Ortiz & Ortiz, LLP
287 Park Avenue South, Ste. 337
New York, New York 10010
Tel. No. 718-522-1117
Fax 718-596-1302
emai@ortizandortiz.com
Norma E. Ortiz
*Proposed Counsel to the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
In re                                             :
                                               :
SANTIAGO QUEZADA, SR.,         :         Case No. 24-22431-shl
                                             :
                                             :         Sub-Chapter V Chapter 11
          Debtor and Debtor in Possession.    :
-------------------------------------------------------x

### DECLARATION OF SANTIAGO QUEZADA PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

I, Santiago Quezada Sr., of full age, declare pursuant to 28 U.S.C. §1746 as follows:

1.    I am the sole shareholder of Euros El Tina Restaurant Lounge and Billiards Corp. ("El Tina") which did business at 500 West 207th Street, New York, New York 10034. El Tina is no longer operating. I am also the sole shareholder of El Tina Fish Market Corp (the "Market). The Market operates a fish store and take-out restaurant in Washington Heights in New York County. My present income is primarily derived from the Market, a family-owned restaurant, and my Social Security checks.

2.    In an action entitled Pizarro vs. El Tina and Santiago Quezada (the "Pizzaro Lawsuit") that is pending before the District Court of the Southern District of New York under Index No. 20 Civ. 5783, the Plaintiff obtained a judgment against me in the approximate amount

1

of $1,625,00.00, without interest or legal fees. My attorneys have informed me that we have appealed that judgment and that they believe the judgement is reversible. However, since the judgment has been entered, my bank account has been restrained. As a result, I have had to seek the protection of the Court.

A.      <u>Local Rule 1007-2 Information Request</u>

3.      My case was not originally commenced as a Chapter 7 or 13 case and I have never filed a bankruptcy petition.

4.      No committee of creditors was appointed prior to the bankruptcy filing so there are no committee members or professionals that were previously appointed.

5.      To the extent I have this information available at this time, I have set forth in Exhibit A the list of the names, addresses, telephone numbers, person(s) familiar with my accounts, the amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of my 20 largest non-insider unsecured creditors. However, because my bankruptcy petition was filed on an emergent basis, I reserve the right to amend any information contained in this Declaration and accompanying Exhibits so I can ensure the information is accurate and true.

6.      To the extent I have this information available at this time, I have set forth in Exhibit A the list of the names, addresses, telephone numbers, person(s) familiar with the Debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of my five largest secured creditors.

7.      To the best of my ability, I have set forth an estimate of my assets and liabilities in Exhibit A. I have not obtained an independent valuation of my assets and the amounts listed

may be subject to amendment.

8. I do not own any stock that is publicly held or traded.

9. I reside in a single family home located at 258 Rumsey Road, Yonkers, New York 10705. My real property is located in New York and the Dominican Republic. My books and records are maintained by my accountant and I believe they are maintained online.

10. The lawsuits pending against me are set forth in **Exhibit A**.

11. I do not have any property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee or rents or secured creditor, or agent for any such entity, other than the funds that may have been subject to the bank levy discussed in Paragraph 2.

12. I do not presently operate a business in my individual name.

13. Other than my interest in the entities listed above and my home, the asset I own outside of the United States is the real property I own in the Dominican Republic. The property is rural in nature and is used as a farm. I am in the process of determining the value of that property and intend to seek the Court's approval of an appraiser in the Dominican Republic.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2024
       Yonkers, NY

                                                    *S/Santiago Quezada, Sr.*
                                                    Santiago Quezada Sr.

# Exhibit A

## Persons Familiar with Debtor's Non-Insider Unsecured Claims

(*List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the Debtor's 20 largest non-insider unsecured creditors.*)

**Please See the List of 20 Largest Unsecured Creditors Attached Hereto.**

## Persons Familiar with Debtor's Five Largest Secured Claims

(*List the names, addresses, telephone numbers, person(s) familiar with the Debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the debtor's 5 largest secured creditors.*)

| Creditor | Contact Information | Amount of Claim | Status of Claims |
|---|---|---|---|
| Mercedes Benz Financial Services | POB 685, Roanoke, TX 76262 | $151,223.00 | Current |
| | | | |
| | | | |
| | | | |

## Summary of Assets and Liabilities

| | |
|---|---|
| **Real Property** | Debtor's single family home located at 258 Rumsey Road, Yonkers, NY. Approximate value: $700,000.00. Value has not been verified.<br><br>Rural land/ farm located in Espaillat Province in the Dominican Republic: Value to be determined by appraisal. |
| **Personal Property** | 100% interest in closely held <u>corporation</u> in El Tina Fish Market. This entity operates a retail fish market and sells fried and fast food exclusively as take-out and does not have any indoor dining. Its lease has expired. Value to be determined.<br><br>100% interest in closely held <u>corporation</u> known as Euros El Tina Restaurant Lounge and Billiards Corp. This entity is not operating. Assets are limited to the tables, chairs and fixtures that are located in its former space. It no longer has a lease for the space it formerly occupied.<br><br><u>Cash or Cash equivalents</u>: The debtor's bank accounts are subject to a restraining order. The Debtor can not determine, at this time, an accurate |

|  | amount of the funds and cash he presently has on hand. |
|  | Used household furniture and goods: Value unknown at this time. |
|  | Mercedes Benz Automobile: Approximate value: $185,000.00. |
|  | Safety Deposit box: the Debtor has one safety deposit box with Chase Bank that is jointly owned with his son. The Debtor can not state, with certainty, the contents of the box at this time. |
| **Secured and Priority Debt** | $151,223.00 due to Mercedes Benz Financial for the Debtor's automobile. |
| **Unsecured Debt** | Guarantee of SBA Loan in the amount of $373,578.78. Loan is current. |
|  | Judgement obtained by Maria Pizarro for no less than $1,635,000.00 |
|  | Guaranty of son's mortgage loan with Rocket Mortgage in the approximate amount of $21,000.00. Loan is current. |
|  | Unliquidated claim by former employee Jose Eladio Castro. Amount unknown. |
|  | Medical bill for less than $1,700.00 |

Estimated Thirty (30) Cash Receipts and Disbursements

*(Provide a schedule, for the thirty (30) day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing)*

| Income | | Expenses | |
|---|---|---|---|
| *Source* | *Amount* | *Type* | *Amount* |
| Wages | 7,678.00 | Real Property Taxes | 1,216.00 |
| Soc. Security | 2,332.00 | Homeowner's Insurance | TBD |
|  |  | Electricity | 641.95 |
|  |  | Groceries | 850.00 |
|  |  | Dining Out | 600.00 |
|  |  | Car Payment | 2,770.03 |
|  |  | Gasoline | 100.00 |

|  |  | Auto Insurance | 432.77 |
|  |  | Doctor Visits | 1,348.28 |
|  |  | Prescriptions | 60.00 |
|  |  | Clothing |  |
|  |  | Cable/Internet | 361.89 |
|  |  | Landscaping | 140.00 |
|  |  | Cell Phone | 459.01 |
|  |  |  |  |
| Total: | 10,010.00 | Total: | 8,979.93 |

**Actions Against the Debtor**

1.      Pizarro v. Euros El Tina, et al.  [SDNY 1:20 -cv- 05783 - AKH].  Judgment was entered in this matter on February 23rd, 2024 after a jury verdict. A notice of appeal was filed. Plaintiff has served judgment enforcement discovery. The Second Circuit has set a mediation date for May 16, 2024.

2.      Jose Eladio Castro v. Santiago Quezada et.al. [N.Y. Sup. Ct. Index No. 701594/2020] Summary judgment motion by Defendant was denied. Case awaits the setting of a trial date. Plaintiff asserts an alleged breach of an employment contract.  The Debtor asserts that the contract at issue, an employment agreement, was entered into with Euros El Tina Restaurant Lounge and Billiards Corp. and not the Debtor individually.  Resolution of this issue will determine whether this claim is properly asserted against the Debtor.


	I declare the information set forth above is accurate and true to the best of my knowledge and belief.

May 14, 2024
Yonkers, New York


		_____
		Santiago Quezada Sr.

**Fill in this information to identify your case:**

Debtor 1  Santiago  Quezada Sr.
         First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number  24-22431-shl
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Maria Jose Pizarro
Creditor's Name

c/o Brustein Law PLLC
Number  Street

299 Broadway, 17th Floor

New York              NY      10007
City                  State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
          Value of security:           − $_____
          Unsecured claim:               $_____

$1,625,000.00

**2**

U.S. Small Business Administration
Creditor's Name

CESC-COVID EIDL Service Center
Number  Street

14925 Kingsport Road

Fort Worth            TX      76155
City                  State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Guarantee of SBA loan to El Tina Fi

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
          Value of security:           − $_____
          Unsecured claim:               $_____

$373,578.78

Debtor 1  Santiago Quezada Sr.  Case number (*if known*) 24-22431-shl
First Name / Middle Name / Last Name

**Unsecured claim**

**3** Rocket Mortgage
Creditor's Name
1050 Woodward Ave
Number / Street

Detroit  MI  48226
City / State / ZIP Code

Contact

Contact phone

What is the nature of the claim? Guarantee of Son's home mortg  $20,891.00

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**4** Cardiology Assoc. of Westchester
Creditor's Name
128 Radio Circle
Number / Street

Mount Kisco  NY  10549
City / State / ZIP Code

Contact
914-244-0386
Contact phone

What is the nature of the claim? Medical Services  $1,256.29

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**5** Jose Eladio Castro
Creditor's Name
c/o The Rose Law Group. PLLC
Number / Street
3272 Steinway Street, Ste. 503
Astoria  NY  11103
City / State / ZIP Code

Contact

Contact phone

What is the nature of the claim? Claim by former employee that has  $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**6**
Creditor's Name

Number / Street

City / State / ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**7**
Creditor's Name

Number / Street

City / State / ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

Debtor 1  Santiago  Quezada Sr.
       First Name   Middle Name   Last Name

Case number (*if known*) 24-22431-shl

**Unsecured claim**

**8**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
      Value of security:   − $_____
      Unsecured claim   $_____

**9**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
      Value of security:   − $_____
      Unsecured claim   $_____

**10**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
      Value of security:   − $_____
      Unsecured claim   $_____

**11**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
      Value of security:   − $_____
      Unsecured claim   $_____

**12**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
      Value of security:   − $_____
      Unsecured claim   $_____

Debtor 1 Santiago Quezada Sr.  
First Name    Middle Name    Last Name

Case number (*if known*) 24-22431-shl

**Unsecured claim**

**13**  
Creditor's Name  
Number    Street  
City    State    ZIP Code  
Contact  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**14**  
Creditor's Name  
Number    Street  
City    State    ZIP Code  
Contact  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**15**  
Creditor's Name  
Number    Street  
City    State    ZIP Code  
Contact  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**16**  
Creditor's Name  
Number    Street  
City    State    ZIP Code  
Contact  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**17**  
Creditor's Name  
Number    Street  
City    State    ZIP Code  
Contact  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4

31

Debtor 1  Santiago  Quezada Sr.                     Case number (*if known*) 24-22431-shl
         First Name  Middle Name  Last Name

|  | Unsecured claim |

**18**

Creditor's Name

Number     Street

City        State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                − $_____
         Unsecured claim                     $_____

**19**

Creditor's Name

Number     Street

City        State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                − $_____
         Unsecured claim                     $_____

**20**

Creditor's Name

Number     Street

City        State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                − $_____
         Unsecured claim                     $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    32    page 5

| Debtor 1 | Santiago Quezada Sr. | | Case number (*if known*) 24-22431-shl |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Santiago Quezada Sr.  ✘ _____
Signature of Debtor 1                Signature of Debtor 2

Date 05/14/2024                      Date 05/14/2024
    MM / DD / YYYY                        MM / DD / YYYY