

Frank A. Ortiz  (1931-2016)　　　　　　　　　　　　　　　　　　　　Tel. (718) 522-1117
Norma E. Ortiz*　　　　　　　　　　　　　　　　　　　　　　　　　Fax (718) 596-1302
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　email@ortizandortiz.com

* (Admitted in New York and New Jersey)

# NOTICE OF ADJOURNMENT OF
# CASE STATUS CONFERENCE

Please be advised that the Case Status Conference in the Chapter 11 case of **SANTIAGO QUEZADA SR., Case No. 24-22431-shl** has been adjourned as follows:

**Present Hearing Date:**　August 13, 2024

**Adjourned Date:**　　　　September 10, 2024 at 10:00 a.m.

Norma E. Ortiz
Ortiz & Ortiz LLP
287 Park Avenue South, Ste. 337
New York, New York 10010
Tel. 718.522.1117
Email@ortizandortiz.com
*Proposed Counsel to the Debtor and Debtor in Possession*