# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SANTIAGO QUEZADA SR | CASE NO: 24-22431<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/9/2024, I did cause a copy of the following documents, described below,

Bar Date Notice and Proof of Claim Form

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/9/2024

/s/ Norma E. Ortiz
Norma E. Ortiz
Counsel
Ortiz & Ortiz, LLP
287 Park Avenue South, Ste. 337
New York, NY  10010
718 522 1117
nicolas@ortizandortiz.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:

SANTIAGO QUEZADA SR

CASE NO: 24-22431

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 8/9/2024, a copy of the following documents, described below,

Bar Date Notice and Proof of Claim Form

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/9/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma E. Ortiz
Ortiz & Ortiz, LLP
287 Park Avenue South, Ste. 337
New York, NY  10010

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
 CASE INFO                              EXCLUDE                                 EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING       (U)ROCKET MORTGAGE   LLC                WHITE PLAINS DIVISION
 NCRS ADDRESS DOWNLOAD                                                          300 QUARROPAS STREET
 CASE 24-22431                                                                  WHITE PLAINS   NY 10601-4140
 SOUTHERN DISTRICT OF NEW YORK
 FRI AUG 9 7-30-30 PST 2024


 CARDIOLOGY ASSOC OF WESTCHESTER        INTERNAL REVENUE SERVICE                JOSE ELADIO CASTRO
 128 RADIO CIRCLE                       PO BOX 7346                             CO THE ROSE LAW GROUP PLLC
 MOUNT KISCO   NY 10549-2617            CENTRALIZED INSOLVENCY AGENCY           3272 STEINWAY STREET   STE 503
                                        PHILADELPIA   PA 19101-7346             ASTORIA   NY 11103-4183


 MARIA JOSE PIZARRO                     MARK A MARINO PC                        MERCEDES BENZ FINANCIAL SERVICES
 CO BRUSTEIN LAW PLLC                   99 WALL STREET                          POB 685
 299 BROADWAY   17TH FLOOR              STE 1865                                ROANOKE   TX 76262-0685
 NEW YORK   NY 10007-1914               NEW YORK   NY 10005-4301


 NAVIENT                                NEW YORK STATE DEPARTMENT OF TAXATION   ROCKET MORTGAGE
 PO BOX 9500                            FINA                                    1050 WOODWARD AVE
 WILKES BARRE   PA 18773-9500           BANKRUPTCY SECTION                      DETROIT   MI 48226-3573
                                        P O BOX 5300
                                        ALBANY NEW YORK 12205-0300


 ROCKET MORTGAGE   LLC                  ROCKET MORTGAGE   LLC FKA QUICKEN LOANS SANTIAGO QUEZADA JR
 GROSS POLOWY LLC                       LLC                                     270 N BROADWAY
 1775 WEHRLE DRIVE SUITE 100            635 WOODWARD AVENUE                     APT 1CD
 WILLIAMSVILLE   NY 14221-7093          DETROIT   MI 48226-3408                 YONKERS   NY 10701-2669


 US SMALL BUSINESS ADMINISTRATION       US SMALL BUSINESS ADMINISTRATION        UNITED STATES TRUSTEE
 CESCCOVID EIDL SERVICE CENTER          NEW YORK DISTRICT OFFICE                OFFICE OF THE UNITED STATES TRUSTEE  N
 14925 KINGSPORT ROAD                   26 FEDERAL PLAZA   ROOM 3100            ALEXANDER HAMILTON CUSTOM HOUSE
 FORT WORTH   TX 76155-2243             NEW YORK   NY 10278-3199                ONE BOWLING GREEN   ROOM 534
                                                                                NEW YORK   NY 10004-1459


                                        EXCLUDE                                 DEBTOR
 ERIC MICHAEL HUEBSCHER                 NORMA E ORTIZ                           SANTIAGO QUEZADA   SR
 HUEBSCHER   CO                         ORTIZ   ORTIZ   LLP                     258 RUMSEY ROAD
 301 EAST 87TH STREET                   287 PARK AVENUE SOUTH                   YONKERS   NY 10705-1530
 20E                                    SUITE 213
 NEW YORK   NY 10128-4838               NEW YORK   NY 10010-4573
```