UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                      :

In re                               :

SANTIAGO QUEZADA SR.        :

                                        :            Case No. 24-22431-shl

                                        :            Sub-Chapter V Chapter 11

                                        :

                      Debtor.     :
--------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTION 1189 (b) OF THE BANKRUPTCY CODE EXTENDING THE DEBTOR'S PERIOD TO FILE A PLAN OF REORGANIZATION

Upon the motion dated August 11, 2024 ( the "Motion") of Santiago Quezada Sr. (the "Debtor") seeking the entry of an order, pursuant to section 1189(b) of title 11 of the United States Code ("Bankruptcy Code") extending the Debtor's time to file a plan of reorganization; and the Court having jurisdiction to consider the Motion and the relief requested; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Motion is granted and the Debtor's time to file a plan of reorganization is hereby extended to November 12, 2024.

Dated: November 7, 2024
White Plains, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge