

Frank A. Ortiz  (1931-2016)  
Norma E. Ortiz*

* (Admitted in New York and New Jersey)

Tel. (718) 522-1117  
Fax (718) 596-1302  
email@ortizandortiz.com

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

Please be advised that the status conference in Santiago Quezada, Sr., Case No. 24-22431-shl has been adjourned as follows:

**Present Hearing Date:**  December 4, 2024

**Adjourned Date:**  January 9, 2025 at 10:00 a.m.

 

Norma E. Ortiz  
Ortiz & Ortiz LLP  
287 Park Avenue South, Ste. 337  
New York, New York 10010  
Tel. 718.522.1117  
Email@ortizandortiz.com  
*Counsel to the Debtor and*  
*Debtor in Possession*