UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re:

Santiago Quezada Sr. AKA Quazada Santiago,

                      Debtors.

Chapter 11

Case No. 24-22431 (SHL)

Assigned to:
Hon. Sean H. Lane
Bankruptcy Judge

------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Maria Jose Pizarro, in the within proceeding with regard to her interest in the proceeding as a creditor.

Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

Date:  New York, New York
        December 6, 2024

                                        Respectfully submitted,

                                        BRUSTEIN LAW PLLC
                                        *Attorney for Maria Jose Pizarro*

                          By:    */s/ Evan Brustein*
                                Evan Brustein
                                Brustein Law PLLC
                                299 Broadway, 17th Floor
                                New York, NY 10007
                                Telephone: (212) 233-3900
                                E-mail: evan@brusteinlaw.com