**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____          Date report filed: 1/3/2025
                                                   MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ❏     ❏     ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏     ❏     ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                 $ _____

31. How much have you paid in total other professional fees since filing the case?               $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                            $ _____

36. Total projected cash disbursements for the next month:                                     − $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

EXHIBIT A


Q. 3- On or around September 23, 2024, the Debtor's DIP account was closed. As a result, the Debtor had to borrow money from his son to pay for groceries, his barber, and a pharmacy copay.  The Debtor still owes his son $792.00 USD for these expenses. The transactions are detailed in Exhibit E.
Q. 5- Because the Debtor's DIP account was closed in September, the Debtor had to deposit his money into a non-DIP bank account (the account he still held jointly with his son).

Q. 10- The Debtor still had his pre-petition joint bank account with his son, where he transferred his money after the DIP account was close.

Q. 15- The Debtor's son paid for groceries, a visit to the barber, and a pharmacy copay when the Debtor's DIP account was closed. The transactions are detailed in Exhibit E.

Exhibit C - Receipts

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 10/3/24 | Deposit from 1765 | Transfer from account 1765 | $215,704.20 | 0671 |
| 10/4/24 | Interest | Interest Payment | $0.88 | 1765 |
| | | Total: | $215,705.08 | |
| | | Total Income Only: | $0.88 | |

Exhibit D - Disbursements

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 10/8/24 | Fee | Chase Bank | $30.00 | 0671 |
| 10/15/24 | Personal Expense | Caridad Restaurant King | $6.54 | 0671 |
| 10/15/24 | Personal Expense | Caridad Restaurant King | $152.65 | 0671 |
| 10/15/24 | Personal Expense | Shoprite Greewyplaza | $194.93 | 0671 |
| 10/16/24 | Personal Expense | Caridad Restaurant King | $110.15 | 0671 |
| 10/16/24 | Utilities | FSI Coned Bill | $456.16 | 0671 |
| 10/16/24 | Personal Expense | Labcorp | $20.00 | 0671 |
| 10/16/24 | Travel Expense | Enterprise Rent-A-Car | $75.00 | 0671 |
| 10/17/24 | Personal Expense | Caridad Restaurant King | $161.55 | 0671 |
| 10/17/24 | Auto Bill | Merecedes-Benz | $5,540.06 | 0671 |
| 10/18/24 | Personal Expense | Segovia Steakhouse | $147.30 | 0671 |
| 10/21/24 | Personal Expense | Caridad Restaurant King | $126.06 | 0671 |
| 10/21/24 | Personal Expense | Caridad Restaurant King | $113.54 | 0671 |
| 10/21/24 | Personal Expense | Shoprite Greewyplaza | $307.49 | 0671 |
| 10/22/24 | Fee | Service Fee | $263.16 | 0671 |
| 10/22/24 | Bill | City of Yonkers | $10,526.42 | 0671 |
| 10/22/24 | Utilities | Verizon | $402.62 | 0671 |
| 10/23/24 | Personal Expense | Caridad Restaurant King | $153.69 | 0671 |
| 10/23/24 | Utilities | Optimum | $363.03 | 0671 |
| 10/24/24 | Personal Expense | Caridad Restaurant King | $141.94 | 0671 |
| 10/24/24 | Travel Expense | BP 2141521 A AND A MANAGE | $56.09 | 0671 |
| 10/24/24 | Medical | Patientco Inc | $85.77 | 0671 |
| 10/25/24 | Personal Expense | Segovia Steakhouse | $188.12 | 0671 |
| 10/28/24 | Travel Expense | Delta Air | $1,138.45 | 0671 |
| 10/28/24 | Travel Expense | Delta Air | $1,138.45 | 0671 |
| 10/28/24 | Personal Expense | Caridad Restaurant King | $110.18 | 0671 |
| 10/28/24 | Personal Expense | Dia Y Noche | $39.66 | 0671 |
| 10/28/24 | Personal Expense | Shoprite Greewyplaza | $107.00 | 0671 |
| 10/30/24 | Personal Expense | Caridad Restaurant King | $113.18 | 0671 |
| 10/30/24 | Personal Expense | Dia Y Noche | $31.13 | 0671 |
| 10/30/24 | Utilities | Optimum | $363.03 | 0671 |

Total: $22,663.35

Exhibit E - Payables

| Date | Description | To/From | Amount |
|---|---|---|---|
| 10/27/24 | Barber | Son | $ 35.00 |
| 10/30/24 | Pharmacy copay | Son | $ 75.00 |
| 10/8/24 | Groceries | Son | $ 157.00 |
| 9/30/24 | Groceries | Son | $ 255.00 |
| 9/23/24 | Groceries | Son | $ 270.00 |
| | Total owed to son* | | $ 792.00 |

*Due to the closure of the DIP account, the Debtor's son paid for the above expenses. The Debtor intends to reimburse his son.



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

September 07, 2024 through October 04, 2024

Account Number: ████████ 1765

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00005489 DRI 802 210 27924 NNNNNNNNNNNN  1 000000000 24 0000
SANTIAGO QUEZADA
270 N BROADWAY APT 1CD
YONKERS NY 10701-2669



## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$98,378.03** |
| Deposits and Additions | 119,527.05 |
| Other Withdrawals | -215,704.20 |
| **Ending Balance** | **$2,200.88** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.88 |
| Interest Paid Year-to-Date | $7.16 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$98,378.03** |
| 09/27 | Deposit    2101716811 | **117,326.17** | 215,704.20 |
| 10/03 | Deposit    2074335670 | **2,200.00** | 217,904.20 |
| 10/03 | 10/03 Withdrawal | -215,704.20 | 2,200.00 |
| 10/04 | Interest Payment | **0.88** | 2,200.88 |
| | **Ending Balance** | | **$2,200.88** |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can continue to avoid this fee during any statement period.
*   **Have an average qualifying deposit and investment balance of $15,000.00 or more**
    (Your average qualifying deposit and investment balance was $219,556.00)

*   **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
    (You do not have a qualifying Chase mortgage)


---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- • Your name and account number;
- • A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- • The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

| **IMAGES** | ACCOUNT # ████████ 1765 |
| --- | --- |

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



007580065119 OCT 03 #0000000000 $215,704.20



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 03, 2024 through October 25, 2024
Account Number: ████████ 0671

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00076610 DRE 802 089 30024 NNNNNNNNNNN 1 000000000 01
SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530



# CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 215,704.20 |
| ATM & Debit Card Withdrawals | -13,563.82 |
| Electronic Withdrawals | -6,028.45 |
| Fees | -30.00 |
| **Ending Balance** | **$196,081.93** |

# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 10/03 | Deposit    2074335669 | **215,704.20** | 215,704.20 |
| 10/08 | Check OR Supply  Order          PPD ID: 1410216800 | -30.00 | 215,674.20 |
| 10/15 | Card Purchase          10/13 Caridad Restaurant - Br Bronx NY Card 2233 | -6.54 | 215,667.66 |
| 10/15 | Card Purchase          10/13 Caridad Restaurant - Br Bronx NY Card 2233 | -152.65 | 215,515.01 |
| 10/15 | Card Purchase With Pin  10/13 Shoprite Greewyplza S1 Yonkers NY Card 2233 | -194.93 | 215,320.08 |
| 10/16 | Card Purchase          10/15 Caridad Restaurant - Br Bronx NY Card 2233 | -110.15 | 215,209.93 |
| 10/16 | Card Purchase          10/16 Fsi*Coned Bill Paymen 800-752-6633 NY Card 2233 | -456.16 | 214,753.77 |
| 10/16 | Card Purchase          10/15 Labcorp8008456167 800-845-6167 NC Card 2233 | -20.00 | 214,733.77 |
| 10/16 | Card Purchase          10/15 Enterprise Rent-A-Car Tulsa OK Card 2233 | -75.00 | 214,658.77 |
| 10/17 | Card Purchase          10/16 Caridad Restaurant - Br Bronx NY Card 2233 | -161.55 | 214,497.22 |
| 10/17 | 10/17 Online Payment 22386834858 To Mercedes-Benz | -5,540.06 | 208,957.16 |
| 10/18 | Card Purchase          10/16 Segovia Steakhouse Little Ferry NJ Card 2233 | -147.30 | 208,809.86 |
| 10/21 | Card Purchase          10/18 Caridad Restaurant - Br Bronx NY Card 2233 | -126.06 | 208,683.80 |
| 10/21 | Card Purchase          10/19 Caridad Restaurant - Br Bronx NY Card 2233 | -113.54 | 208,570.26 |
| 10/21 | Card Purchase With Pin  10/20 Shoprite Greewyplza S1 Yonkers NY Card 2233 | -307.49 | 208,262.77 |
| 10/22 | Card Purchase          10/21 Service Fee 914-377-6615 TN Card 2233 | -263.16 | 207,999.61 |
| 10/22 | Card Purchase          10/21 City of Yonkers 914-377-6615 NY Card 2233 | -10,526.42 | 197,473.19 |
| 10/22 | Verizon Wireless Payments          PPD ID: 7223344794 | -402.62 | 197,070.57 |
| 10/23 | Card Purchase          10/22 Caridad Restaurant - Br Bronx NY Card 2233 | -153.69 | 196,916.88 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 10/23 | Card Purchase | 10/23 Optimum 7803 718-860-3513 NY Card 2233 | -363.03 | 196,553.85 |
| 10/24 | Card Purchase | 10/23 Caridad Restaurant - Br Bronx NY Card 2233 | -141.94 | 196,411.91 |
| 10/24 | Card Purchase 2233 | 10/23 Bp#2141521A And A Manag Fort Lee NJ Card | -56.09 | 196,355.82 |
| 10/24 | Patientco Inc    Web Pmts   Lltf9P      Web ID: 9000377406 | | -85.77 | 196,270.05 |
| 10/25 | Card Purchase | 10/23 Segovia Steakhouse Little Ferry NJ Card 2233 | -188.12 | 196,081.93 |
| | **Ending Balance** | | | **$196,081.93** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $196,553.85)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $246,121.02)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# TD Bank

**America's Most Convenient Bank®**

E     **STATEMENT OF ACCOUNT**

**Go paperless.**
Scan the QR code to opt in to paperless statements

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2628

## TD Business Premier Checking

EL TINA FISH MARKET CORP

Account # ████ 5606

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,047.24 | Average Collected Balance | 17,926.17 |
| Deposits | 8,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 15,879.90 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 31 |
| Ending Balance | 11,337.34 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | DEPOSIT | 2,800.00 |
| 10/22 | DEPOSIT | 2,200.00 |
| 10/29 | DEPOSIT | 3,200.00 |
| | Subtotal: | 8,200.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | CCD DEBIT, CON ED OF NY CECONY 34225000008 | 3,614.90 |
| 10/28 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 12,265.00 |
| | Subtotal: | 15,879.90 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/03 | 19,047.24 | 10/28 | 8,167.34 |
| 10/08 | 21,847.24 | 10/29 | 11,367.34 |
| 10/15 | 18,232.34 | 11/01 | 11,337.34 |
| 10/22 | 20,432.34 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

• Subtract any services charges shown on this statement.

• Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

• Add any interest earned if you have an interest-bearing account.

• Add any automatic deposit or overdraft line of credit.

• Review all withdrawals shown on this statement and check them off in your account register.

• Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 11,337.34 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

• Your name and account number.
• A description of the error or transaction you are unsure about.
• The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number: ████████8829



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



00072269 DRE 802 219 31024 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$12,980.48** |
| Deposits and Additions | 25 | 2,743.90 |
| Electronic Withdrawals | 2 | -407.55 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **28** | **$15,221.83** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000015091902 Eed:241001  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2755091902Tc | $60.40 |
| 10/02 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012908122 Eed:241002  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2762908122Tc | 11.00 |
| 10/03 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013528107 Eed:241003  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2773528107Tc | 152.16 |
| 10/07 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019334498 Eed:241007  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2819334498Tc | 269.98 |
| 10/07 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019302145 Eed:241007  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2819302145Tc | 64.86 |


# DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 10/07 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012999848 Eed:241007<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2812999848Tc | CO Entry<br>Ind ID:B194202 | | 41.90 |
| 10/08 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013612243 Eed:241008<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2823612243Tc | CO Entry<br>Ind ID:B194202 | | 79.52 |
| 10/09 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019071907 Eed:241009<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2839071907Tc | CO Entry<br>Ind ID:B194202 | | 91.60 |
| 10/10 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012458569 Eed:241010<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2842458569Tc | CO Entry<br>Ind ID:B194202 | | 96.32 |
| 10/11 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000010727183 Eed:241011<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2850727183Tc | CO Entry<br>Ind ID:B194202 | | 272.86 |
| 10/15 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000010363077 Eed:241015<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2890363077Tc | CO Entry<br>Ind ID:B194202 | | 213.77 |
| 10/15 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016467189 Eed:241015<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2896467189Tc | CO Entry<br>Ind ID:B194202 | | 73.45 |
| 10/15 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017120257 Eed:241015<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2897120257Tc | CO Entry<br>Ind ID:B194202 | | 64.89 |
| 10/15 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016568281 Eed:241015<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2896568281Tc | CO Entry<br>Ind ID:B194202 | | 45.36 |
| 10/16 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016241883 Eed:241016<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2906241883Tc | CO Entry<br>Ind ID:B194202 | | 163.40 |
| 10/17 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017001545 Eed:241017<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2917001545Tc | CO Entry<br>Ind ID:B194202 | | 213.07 |
| 10/18 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000014487422 Eed:241018<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2924487422Tc | CO Entry<br>Ind ID:B194202 | | 298.72 |
| 10/21 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017058399 Eed:241021<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2957058399Tc | CO Entry<br>Ind ID:B194202 | | 69.11 |
| 10/21 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019837048 Eed:241021<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2959837048Tc | CO Entry<br>Ind ID:B194202 | | 46.58 |
| 10/21 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000011073213 Eed:241021<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 2951073213Tc | CO Entry<br>Ind ID:B194202 | | 42.14 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/22 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Nyotdaebt Sec:CCD    Trace#:091000012685080 Eed:241022   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 2962685080Tc | 37.84 |
| 10/23 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Nyotdaebt Sec:CCD    Trace#:091000017091342 Eed:241023   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 2977091342Tc | 173.94 |
| 10/24 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Nyotdaebt Sec:CCD    Trace#:091000018914034 Eed:241024   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 2988914034Tc | 113.45 |
| 10/25 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Nyotdaebt Sec:CCD    Trace#:091000012289605 Eed:241025   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 2992289605Tc | 28.40 |
| 10/31 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Nyotdaebt Sec:CCD    Trace#:091000013990673 Eed:241031   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 3053990673Tc | 19.18 |
| **Total Deposits and Additions** | | **$2,743.90** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/10 | Orig CO Name:Tax Bureau Servi       Orig ID:9200502236 Desc Date:241010 CO Entry Descr:ACH Debit Sec:CCD    Trace#:021000021909174 Eed:241010   Ind ID:9022735999 Ind Name:El Tina Fish Market CO    Accounting Fees Trn: 2841909174Tc | $300.00 |
| 10/24 | Orig CO Name:Fis Ebt       Orig ID:1675060116 Desc Date:       CO Entry Descr:Ebtmerfee Sec:CCD    Trace#:091000018192789 Eed:241024   Ind ID:B194202 Ind Name:El Tina Fish Market CO Merchant Fees Nyotda Trn: 2988192789Tc | 107.55 |
| **Total Electronic Withdrawals** | | **$407.55** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | Service Charges For The Month of September | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $13,040.88 | 10/10 | 13,453.22 | 10/21 | 14,956.57 |
| 10/02 | 13,051.88 | 10/11 | 13,726.08 | 10/22 | 14,994.41 |
| 10/03 | 13,109.04 | 10/15 | 14,123.55 | 10/23 | 15,168.35 |
| 10/07 | 13,485.78 | 10/16 | 14,286.95 | 10/24 | 15,174.25 |
| 10/08 | 13,565.30 | 10/17 | 14,500.02 | 10/25 | 15,202.65 |
| 10/09 | 13,656.90 | 10/18 | 14,798.74 | 10/31 | 15,221.83 |


## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 11/5/24 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 25 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 81 | 0 | 81 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/5/24)** | | | | | **$95.00** |

| ACCOUNT ▆▆▆▆▆ 8829 | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 25 |
| **Credits** | |
| Non-Electronic Transactions | 2 |
| **Miscellaneous Fees** | |
| Currency Straps Ordered | 81 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051



00001722 DRI 802 219 31024 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$30,836.92** |
| Deposits and Additions | 12 | 56,114.02 |
| Checks Paid | 1 | -5,000.00 |
| Electronic Withdrawals | 27 | -30,878.05 |
| Fees | 1 | -186.25 |
| **Ending Balance** | **41** | **$50,886.64** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | Deposit     2100985666 | $8,000.00 |
| 10/07 | Deposit     2100985665 | 5,200.00 |
| 10/15 | Deposit     2100985671 | 6,800.00 |
| 10/15 | Deposit     2100985670 | 5,000.00 |
| 10/17 | Credit Return: Basic Online Payroll Payment 11148305999 To #####0721 | 1,407.01 |
| 10/21 | Deposit     2100985676 | 5,200.00 |
| 10/21 | Deposit     2100985678 | 4,000.00 |
| 10/23 | Deposit     2100985681 | 4,000.00 |
| 10/28 | Deposit     2100985684 | 5,300.00 |
| 10/28 | Deposit     2100985682 | 4,000.00 |
| 10/29 | Credit Return: Basic Online Payroll Payment 11149526196 To #####0721 | 1,407.01 |
| 10/30 | Deposit     2100985687 | 5,800.00 |
| **Total Deposits and Additions** | | **$56,114.02** |

Page 1 of 6



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 97  ^ | | 10/07 | $5,000.00 |
| **Total Checks Paid** | | | **$5,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015546012 Eed:241001   Ind ID:000000118744242 Ind Name:Fset2409306042948 Trn: 2755546012Tc | $222.94 |
| 10/01 | Orig CO Name: American Express      Orig ID:9493560001 Desc Date:241001 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000021743820 Eed:241001   Ind ID:A2892             Am Ind Name:Santiago Quezada Tm: 2751743820Tc | 2,639.65 |
| 10/02 | Orig CO Name:Instamed        Orig ID:9221883201 Desc Date:      CO Entry Descr:Health Inssec:CCD   Trace#:021000024085601 Eed:241002   Ind ID:021000020715810        Ind Name:El Tina Fish Market CO Trn: 2764085601Tc | 2,010.16 |
| 10/02 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:100224 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036010978567 Eed:241002   Ind ID:225467640522594        Ind Name:El Tina Fish Market IN Trn: 2760978567Tc | 1,099.04 |
| 10/04 | Orig CO Name:Uticafirst        Orig ID:1150476540 Desc Date:241003 CO Entry Descr:Web Pay  Sec:Web   Trace#:022000043705795 Eed:241004   Ind ID:Uticafirst        Ind Name:El Tina Fish Market C 8881234567 Trn: 2783705795Tc | 3,799.38 |
| 10/04 | Orig CO Name:Westguard Ins CO      Orig ID:7232240321 Desc Date:      CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000013613100 Eed:241004   Ind ID:Elwc595485        Ind Name:El Tina Fish Market CO Trn: 2783613100Tc | 127.03 |
| 10/07 | 10/07 Basic Online Payroll Payment 11146515822 To ########0965 | 300.00 |
| 10/08 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000013003224 Eed:241008   Ind ID:000000118985235 Ind Name:Fset2410076119964 Trn: 2823003224Tc | 222.94 |
| 10/09 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:100924 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036017216503 Eed:241009   Ind ID:225468312216086        Ind Name:El Tina Fish Market IN Trn: 2837216503Tc | 1,099.08 |
| 10/11 | 10/11 Basic Online Payroll Payment 11147388123 To ########0965 | 300.00 |
| 10/15 | Orig CO Name:Con Ed of NY        Orig ID:2462467002 Desc Date:241011 CO Entry Descr:Cecony  Sec:CCD   Trace#:021000022613936 Eed:241015   Ind ID:37921560001 Ind Name:Euros El Tina Rest. Lo Trn: 2892613936Tc | 1,413.88 |
| 10/15 | 10/15 Basic Online Payroll Payment 11148305999 To ######0721 | 1,407.01 |
| 10/16 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:101624 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036010280348 Eed:241016   Ind ID:225469085434389        Ind Name:El Tina Fish Market IN Trn: 2903280348Tc | 1,099.04 |
| 10/16 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000016549671 Eed:241016   Ind ID:000000119298517 Ind Name:Fset2410146251021 Trn: 2906549671Tc | 222.94 |
| 10/16 | Orig CO Name:Nys Dol Ui        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000016548388 Eed:241016   Ind ID:000000119270734 Ind Name:Fsui2410146255364 Trn: 2906548388Tc | 71.61 |
| 10/17 | Orig CO Name:Mejia Tirado Acc      Orig ID:9215986202 Desc Date:241017 CO Entry Descr:Sale  Sec:Tel   Trace#:021000028477960 Eed:241017  Ind ID:        Ind Name:El Tina Fish Market IN Trn: 2918477960Tc | 300.00 |
| 10/21 | Orig CO Name:Nys Dtf Sales      Orig ID:O146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000016616376 Eed:241021   Ind ID:000000118680676 Ind Name:Sw2406004377 Trn: 2956616376Tc | 5,200.00 |
| 10/21 | 10/21 Basic Online Payroll Payment 11148013607 To ########0965 | 300.00 |



## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/22 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000012174886 Eed:241021   Ind ID:000000119525281 Ind Name:Fset2410216401649 Trn: 2962174886Tc | 222.94 |
| 10/23 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:102324 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036014424579 Eed:241023   Ind ID:225469763124332        Ind Name:El Tina Fish Market IN Trn: 2974424579Tc | 1,099.04 |
| 10/23 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:102324 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036014424581 Eed:241023   Ind ID:270469772329759        Ind Name:El Tina Fish Market IN Trn: 2974424581Tc | 56.83 |
| 10/25 | 10/25 Basic Online Payroll Payment 11149526196 To ######0721 | 1,407.01 |
| 10/28 | 10/28 Basic Online Payroll Payment 11148939926 To ########0965 | 300.00 |
| 10/29 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000014906045 Eed:241029   Ind ID:000000119729796 Ind Name:Fset2410286522371 Trn: 3034906045Tc | 222.94 |
| 10/30 | Orig CO Name:Action Environme        Orig ID:1134000316 Desc Date:102924 CO Entry Descr:Bt1029    Sec:CCD    Trace#:072000091991007 Eed:241030   Ind ID:000000295937948 Ind Name:El Tina Fish Market CO Action Trn: 30419991007Tc | 4,135.51 |
| 10/30 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:103024 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036018592927 Eed:241030   Ind ID:225470425390620        Ind Name:El Tina Fish Market IN Trn: 3048592927Tc | 1,099.08 |
| 10/30 | Zelle Payment To Luis Tina Repair Maintenance 22541460666 | 500.00 |
| **Total Electronic Withdrawals** | | **$30,878.05** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | Service Charges For The Month of September | $186.25 |
| **Total Fees** | | **$186.25** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $27,974.33 | 10/09 | 27,330.45 | 10/22 | 39,200.04 |
| 10/02 | 24,865.13 | 10/11 | 27,030.45 | 10/23 | 42,044.17 |
| 10/03 | 24,678.88 | 10/15 | 36,009.56 | 10/25 | 40,637.16 |
| 10/04 | 20,752.47 | 10/16 | 34,615.97 | 10/28 | 49,637.16 |
| 10/07 | 28,652.47 | 10/17 | 35,722.98 | 10/29 | 50,821.23 |
| 10/08 | 28,429.53 | 10/21 | 39,422.98 | 10/30 | 50,886.64 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $75.75 |
| **Total Service Charges** | **$170.75**  Will be assessed on 11/5/24 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 10 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 31 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $53,300 | $25,000 | $28,300 | $0.0025 | $70.75 |
| **Cash Management Services** | | | | | |
| Online - Tax / Payroll Return | 2 | 0 | 2 | $2.50 | $5.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/5/24)** | | | | | **$170.75** |

| ACCOUNT ██████ 9395 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 10 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 31 | | | | |
| Branch Deposit - Immediate Verification | $53,300 | | | | |
| **Cash Management Services** | | | | | |
| Online - Tax / Payroll Return | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



## IMACES

ACCOUNT # ████████9395

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.





001070312184 OCT 07 #0000000097 $5,000.00


This Page Intentionally Left Blank