Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case 24-22431-SHL |
|---|---|
| SANTIAGO QUEZADA, SR. | Chapter 11, Subchapter V |
| Debtor | Re: ECF #34 |

# NOTICE OF JUDGMENT CREDITOR MARIA JOSE PIZARRO'S CROSS-MOTION FOR LEAVE TO FILE CLAIM #6 AFTER CLAIMS BAR DATE AND TO ALLOW SAID CLAIM

PLEASE TAKE NOTICE, a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, on January 22, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, on the cross-motion of judgment creditor Maria Jose Pizarro for leave to file Claim #6 after the claims bar date (September 13, 2024) and to allow said claim in full. The grounds for said relief are set forth in her accompanying (ECF #34) response to the Debtor's objection to Claim #6 and cross-motion.

PLEASE TAKE FURTHER NOTICE, you may appear at the hearing in person, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, or you may appear remotely via ZoomGov. Per the Chambers Rules on

remote and in-person proceedings, any person wishing to attend the hearing in person or participate or listen via ZoomGov must register at least twenty-four (24) hours before the hearing using the Court's eCourt Appearance tool https://www.nysb.uscourts.gov/ecourt-appearances. Outlook invitations for the hearing will be sent to registrants after 4:00 p.m. the business day before the hearing.

PLEASE TAKE FURTHER NOTICE, answering papers must be filed at least seven days before the hearing.

Dated: New York, NY
January 7, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro