


# PROSPERIDAD LATINA
Multiservice LLC




*[SPANISH TO ENGLISH TRANSLATION]*

[photo]

PROPERTIES OF MISTER:

SANTIAGO QUEZADA GUZMAN, CONTRIBUTOR ████████6733,

ID: ████████673-3  PLACE OF BIRTH: SANTIAGO DOM REP, DATE ██████/1962

[stamp]

### DESCRIPTION OF PROPERTIES IN THE DOMINICAN REPUBLIC

| CONTRIBUTOR NUMBER | LOCATION | AREAS M2 | DATE | USD VALUE | VALUE IN DR | UPDATED TO 2024 |
|---|---|---|---|---|---|---|
| 1.- 02640047700-2 | LA ROSA DE MOCA SECTOR | 25,156 | 08/12/2010 | 13,536.12 | $804,992.0 | $220,450.35 |
| 2.- 02640047702-9 | LA ROSA DE MOCA SECTOR | 79,340 | 5/5/2009 | 42,789.94 | $2,545,280.0 | $476,176.60 |
| 3.- 03640104303-8 | SANTIAGO D.R. | 700.36 | 04/03/1998 | 148,674.82 | $8,843,814.6 | $1,102,425.10 |
| 4.- 03640146402-5 | MELLA, SANTIAGO, R.D. | 300 | 10/02/2009 | 5,549.52 | $330,000.00 | $55,495.2 |
| 5.- 03640194590-2 | LA VEGA | 87,960.60 | 07/14/1995 | 18,778.57 | $1,116,220.0 | $88,914.50 |
| 6.- 03640195125-2 | CIEN FUEGO, SANTIAGO | 150.12 | 12/08/2002 | 883.45 | $52,542.0 | $35,450.50 |
| 7.- 03640252936-8 | MOCA RURAL SECTOR | 183,669 | 08/04/1987 | 148,002.52 | $8,816,112.0 | $1,560,230.00 |
| 8.- 03640252939-2 | MOCA MONTE DE JAGUA | 21,004.20 | 08/04/1987 | 16,927.70 | $1,008,201.0 | $480,750.25 |
| 9.- 03640252940-6 | MOCA MONTE DE JAGUA | 31,314 | 04/13/1977 | 25,236.58 | $1,503,072.0 | $495,850.30 |


10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

  @prosperidadlatinany     prosperidadlatina@outlook.com

 www.prosperidadlatinamulti.com     929-621-5774


# PROSPERIDAD LATINA
Multiservice LLC


| | | | | | | |
|---|---|---|---|---|---|---|
| 10.- 03640252941-4 | MOCA MONTE DE JAGUA | 15,929 | 08/04/2010 | 5,730.09 | $341,280.00 | $160,720.00 |
| 11.- 03340252943-0 | MOCA MONTE DE JAGUA | 5,961.00 | 08/121998 | 5,730.09 | $341,280.00 | $140,850.30 |
| 12.- 04640047613-2 | MOCA CITY CENTER | 307.74 | 07/31/1998 | 47,905.40 | $2,853,210.0 | $620,230.00 |
| 13.- 05640034445-4 | MOCA BONAGUA SECTOR | 7534.12 | 07/21/2005 | 2,023.99 | $120,547.52 | $470,025.10 |
| 14.- 05640041295-6 | LA VEGA, MANABAO | 7002.2 | 12/08/1998 | 2,896.53 | $172,515.00 | $426,750.00 |
| 15.- 05640042280-3 | LOS JIMENEZ SECTOR | 32,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $630,530.20 |
| 16.- 05640042339-7 | MOCA, LOS JIMENEZ SECTOR | 50,623.55 | 10/30/1987 | 20,399.27 | $1,214,965.2 | $1.985,950.30 |
| 17.- ILLEGIBLE | MOCA EL COROZO SECTOR | 65723 | 11/17/2006 | 70,623.31 | $4,206,272.0 | $480,520.47 |
| 18.- 05640042387-7 | MOCA, LOS JIMENEZ SECTOR | 15,523 | 05/16/1985 | 6,255.15 | $372,552.00 | $325,110.20 |
| 19.- 05640042394-0 | MOCA, LOS JIMENEZ SECTOR | 92,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $530,260.00 |

[2ND PAGE]

| | | | | | | |
|---|---|---|---|---|---|---|
| 20.- 05640042404-0 | MOCA, LOS JIMENEZ SECTOR | 943.35 | 01/14/1993 | 380.13 | $22,640.40 | $12,670.50 |

[stamp]

PROPERTIES OF MISTER: SANTIAGO QUEZADA GUZMAN, CONTRIBUTOR

#054679700033,



10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

 @prosperidadlatinany   prosperidadlatina@outlook.com

www.prosperidadlatinamulti.com   929-621-5774




# PROSPERIDAD LATINA
## Multiservice LLC

ID 673-3, PLACE OF BIRTH: SANTIAGO DOM. REP., DATE 1962

| # | ID | Location | Area | Date | Value 1 | Value 2 | Value 3 |
|---|---|---|---|---|---|---|---|
| 21.- | 05640042411-3 | MOCA, LOS JIMENEZ SECTOR | 3,144.30 | 11/2/1983 | 1,297.03 | $75,463.20 | $36,730.00 |
| 22.- | 05640042426-1 | MOCA, LOS JIMENEZ SECTOR | 73,128.81 | 1/19/1995 | 75,463.20 | ######## | $720,050.30 |
| 23.- | 05640042426-3 | MOCA, LOS JIMENEZ SECTOR | 37,807 | 4/16/1996 | 36,740.30 | $907,168.00 | $235,840.00 |
| 24.- | 05640042437-7 | MOCA, LOS JIMENEZ SECTOR | 57,360 | 1/19/1995 | 19,676.25 | ######## | $330,220.01 |
| 25.- | 07640049572-4 | MELLA, SANTIAGO, D. R. | 105.1 | ######### | $32,649.87 | $717,579.70 | $180,230.00 |
| 26.- | 13640059343-0 | RINCON LARGO SANTIAGO | 174 | 8/13/2014 | 90,200 | ######## | $286,320.00 |
| 27.- | 23640003849-1 | EL ROSAL, SANTIAGO | 285.14 | 10/1/2022 | 264429.02 | ######## | $470,820.53 |
| | | | | | 1,129,329.53 | | $12,339,120.36 |

TOTAL PROPERTIES 27

DOMINICAN PESOS                67,759,771.8        $740,347,221.60

 
10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

  @prosperidadlatinany    prosperidadlatina@outlook.com
 www.prosperidadlatinamulti.com    929-621-5774




# PROSPERIDAD LATINA
Multiservice LLC

---

[3RD PAGE]

[signature]
PREPARED BY ARQ. JOSE ABELARDO BOURDIERD
CODIA: 6009

I, CARMEN CELESTE GOMEZ CABRERA, Dominican, of legal age, single, holder of identity card and electoral card No. 046-00208418. Notary Public of the number for the municipality of San Ignacio de Sabaneta, active member of the College of Notaries, Inc. Registered with registration N. 6415; with professional office open at Sanchez Street N. 141 of this city; I CERTIFY AND TESTIFY TO: That the signature of Mr. JOSE ABELARDO BOURDIERD, which precedes and whose particulars are stated, was placed in my presence on this document freely and voluntarily without any type of physical or moral violence, affirming to me that this is the signature that he usually uses in all his acts of his public and private life, in San Ignacio de Sabaneta, Santiago Rodríguez province, Dominican Republic. on the eighth (08) day of the month of October of the year two thousand twenty-four (2024).----------------------------------------------------------------------------------------------------

[signature]
CARMEN CELESTE GOMEZ CABRERA ESQ.
NOTARY PUBLIC

CARMEN CELESTE
GOMEZ CABRERA ESQ
NOTARY LAWYER
Reg. 6415
San Ignacio de Sabaneta
Santiago Rodriguez
Dom. Rep.

---

## CERTIFICATION OF TRANSLATION ACCURACY

I, Andrea Yandun hereby certify that I am competent enough to translate from Spanish to English, that I have translated the foregoing document from Spanish to English, and that the translation is accurate to the best of my knowledge and skills.

[signature]
Translator's signature

State of New York
County of Queens
Signed and Sworn to (or affirmed) before me on this 4 day of November, 20 24

SUSY DENYFS REBOLLEDO
Notary Public - State of New York
No. 01RE0013905
Qualified in Queens County
My Commission Expires September 28, 20 27



---

10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

@prosperidadlatinany     prosperidadlatina@outlook.com
www.prosperidadlatinamulti.com     929-621-5774

 

PROPIEDADES DEL SEÑOR:
SANTIAGO QUEZADA GUZMAN, CONTRIBUIDOR # 054000976733,
CEDULA ███-673-3. LUGAR DE NACIMIENTO: SANTIAGO REP. DOM. FECHA ███ 962

DESCRIPCION DE PROPIEDADES EN LA REPUBLICA DOMINICANA

| # | NUMERO CONTRIBUIDOR | UBICACIÓN | AREAS M2 | FECHA | VALOR USD | VALOR EN RD | ACTUALIZADO AL 2024 |
|---|---|---|---|---|---|---|---|
| 1.- | 02640047700-2 | SECTOR LA ROSA DE MOCA | 25,156 | 8/12/2010 | 13,536.12 | $804,992.0 | $220,450.35 |
| 2.- | 02640047702-9 | SECTOR LA ROSA DE MOCA | 79,340 | 5/5/2009 | 42,789.94 | $2,545,280.0 | $476,176.60 |
| 3.- | 03640104303-8 | SANTIAGO R.D. | 700.36 | 4/3/1998 | 148,674.82 | $8,843,814.6 | $1,102,425.10 |
| 4.- | 03640146402-5 | MELLA, SANTIAGO, R.D. | 300 | 10/2/2009 | 5,549.52 | $330,000.00 | $55,495.20 |
| 5.- | 03640194590-2 | LA VEGA | 87,960.60 | 07/14/1955 | 18,778.57 | $1,116,220.0 | $88,914.50 |
| 6.- | 03640195125-2 | CIEN FUEGO, SANTIAGO | 150.12 | 12/8/2002 | 883.45 | $52,542.0 | $35,450.50 |
| 7.- | 03640252936-8 | MOCA SECTOR RURAL | 183,669 | 8/4/1987 | 148,022.52 | $8,816,112.0 | $1,560,230.00 |
| 8.- | 03640252939-2 | MOCA MONTE DE JAGUA | 21,004.20 | 8/4/1987 | 16,927.70 | $1,008,201.0 | $480,750.25 |
| 9.- | 03640252940-6 | MOCA MONTE DE JAGUA | 31,314 | 04/13/1977 | 25,236.58 | $1,503,072.0 | $495,850.30 |
| 10.- | 03640252941-4 | MOCA MONTE DE JAGUA | 15,929 | 8/4/1987 | 5,730.09 | $341,280.00 | $160,720.00 |
| 11.- | 03340252943-0 | MOCA MONTE DE JAGUA | 5,961.00 | 8/12/2010 | 5,730.09 | $341,280.00 | $140,850.30 |
| 12.- | 04640047613-2 | MOCA CENTRO CIUDAD | 307.74 | 07/31/1998 | 47,905.40 | $2,853,210.0 | $620,230.00 |
| 13.- | 05640034445-4 | MOCA SECTOR BONAGUA | 7534.12 | 07/21/2005 | 2,023.99 | $120,547.52 | $470,025.10 |
| 14.- | 05640041295-6 | LA VEGA, MANABAO | 7002.2 | 12/8/1998 | 2,896.53 | $172,515.00 | $426,750.00 |
| 15.- | 05640042280-3 | SECTOR LOS JIMENEZ | 32,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $630,530.20 |
| 16.- | 05640042339-7 | MOCA, SECTOR LOS JIMENEZ | 50,623.55 | 10/30/1987 | 20,399.27 | $1,214,965.2 | $1,985,950.30 |
| 17.- | ILEGIBLE | MOCA SECTOR EL COROZO | 65723 | 11/17/2006 | 70,623.31 | $4,206,272.0 | $480,520.47 |
| 18.- | 05640042387-7 | MOCA, SECTOR LOS JIMENEZ | 15,523 | 05/16/1985 | 6,255.15 | $372,552.00 | $325,110.20 |
| 19.- | 05640042394-0 | MOCA, SECTOR LOS JIMENEZ | 92,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $530,260.00 |

| # | Código | Ubicación | Área | Fecha | Valor 1 | Valor 2 | Valor 3 |
|---|---|---|---|---|---|---|---|
| 20.- | 05640042404-0 | MOCA, SECTOR LOS JIMENEZ | 943.35 | 01/14/1993 | 380.13 | $22,640.40 | $12,670.50 |

PROPIEDADES DEL SEÑOR: SANTIAGO QUEZADA GUZMAN, CONTRIBUIDOR #054679700033,

CEDULA ██████673-3, LUGAR DE NACIMIENTO: SANTIAGO REP. DOM, FECHA ████/1962

| # | Código | Ubicación | Área | Fecha | Valor 1 | Valor 2 | Valor 3 |
|---|---|---|---|---|---|---|---|
| 21.- | 05640042411-3 | MOCA, SECTOR LOS JIMENEZ | 3,144.30 | 11/2/1983 | 1,297.03 | $75,463.20 | $36,730.00 |
| 22.- | 05640042426-1 | MOCA, SECTOR LOS JIMENEZ | 73,128.81 | 1/19/1995 | 75,463.20 | ########### | $720,050.30 |
| 23.- | 05640042426-1 | MOCA, SECTOR LOS JIMENEZ | 37,807 | 4/16/1996 | 36,740.30 | $907,168.00 | $235,840.00 |
| 24.- | 05640042437-7 | MOCA, SECTOR LOS JIMENEZ | 57,360 | 1/19/1995 | 19,676.25 | ########### | $330,220.01 |
| 25.- | 07640049572-4 | MELLA, SANTIAGO, R.D. | 105.1 | ######### | $32,649.87 | $717,579.70 | $180,230.00 |
| 26.- | 13640059343-0 | RINCON LARGO SANTIAGO | 174 | 8/13/2014 | 90,200 | ########### | $286,320.00 |
| 27.- | 23640003849-1 | EL ROSAL, SANTIAGO | 285.14 | 10/1/2022 | 264429.02 | ########### | $470,820.53 |
| | | | | | 1,129,329.53 | | $12,339,120.36 |

**TOTAL DE INMUEBLES 27**

PESOS DOMINICANO          67,759,771.8          $740,347,221.60

*[firma]*

REALIZADO POR: ARQ. JOSE ABELARDO BOURDIERD
CODIA: 6009

YO, **CARMEN CELESTE GOMEZ CABRERA**, dominicana, mayor de edad, soltera, portadora de la cédula de identidad y electoral No. 046-0020841-9, Notario Público de los del número para el municipio de San Ignacio de Sabaneta, miembro activo del Colegio de Notarios, Inc. Registrada con la Matrícula No. 6415; con estudio profesional abierto en la calle Sánchez No. 141 de esta ciudad; CERTIFICO Y DOY FE: Que la firma del señor **JOSE ABELARDO BOURDIERD**, que antecede y de generales que constan, fue puesta en mi presencia en el presente documento de manera libre y voluntaria sin que existiera ningún tipo de violencia física ni moral, afirmándome que esa es la firma que acostumbra usar en todos sus actos de su vida pública y privada, en San Ignacio de Sabaneta, provincia Santiago Rodríguez, República Dominicana, a los ocho (08) días del mes de octubre del año dos mil veinticuatro (2024);—————————————————————————————————————

LICDA. CARMEN CELESTE GOMEZ CABRERA
NOTARIO PUBLICO