| | |
|---|---|
| **From:** | Evan Brustein |
| **To:** | Jeffrey Chubak |
| **Subject:** | Fwd: Quezada Bar Date |
| **Date:** | Thursday, January 2, 2025 3:06:03 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image002.png |
| | Flat POC (24-22431).pdf |
| | Bar Date Notice (24-22431) V2.pdf |



---------- Forwarded message ---------
From: **Ortiz & Ortiz, LLP** <email@ortizandortiz.com>
Date: Wed, Sep 11, 2024, 2:33 PM
Subject: Re: Quezada Bar Date
To: pizarromaria477@gmail.com <pizarromaria477@gmail.com>
Cc: Norma Ortiz <norma@ortizandortiz.com>


Good afternoon Ms. Pizarro,


Attached is a copy of the Bar Date Notice and a Proof of Claim which had been previously mailed to Brustein Law on August 9, 2024.


Thank you,



signature_2133829718

**Nicolas Santacruz**  |  Paralegal

Ortiz & Ortiz, L.L.P.

287 Park Avenue South, Ste. 337

New York, New York 10010

Office (718) 522-1117 ext. 103 | Fax (718) 596-1302

nicolas@ortizandortiz.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*