UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case 24-22431-SHL |
|---|---|
| SANTIAGO QUEZADA, SR. | Chapter 11, Subchapter V |
| Debtor | |

**SUPPLEMENTAL DECLARATION OF MARIA JOSE PIZARRO**

I, Maria Jose Pizaaro, hereby declare:

1. This declaration is being filed to supplement my January 7, 2025 declaration (ECF [#36](#)), submitted in relation to (a) my response to the Debtor's objection to Claim #6 filed by me, through my attorney Evan Brustein, and cross-motion to allow the filing of the same after the claims bar date and to allow the same (ECF [#34](#), [#35](#)), and (b) my application to take discovery from the Debtor, Popular Bank and Scotiabank (ECF [#37](#)).

2. My prior declaration attached as Exhibit 1 (ECF [#36-1](#)) a Dominican real property public records search, for properties owned by the Debtor. Prior to making the above motions, I had ordered a description of the real property parcels listed in that search. However, the property description was not provided to me until this afternoon, after the filing deadline which I understand is fourteen days before the January 22, 2025 hearing. I am accordingly making this supplemental declaration to attach the property description as <u>Exhibit 5</u> so the Court can review the same prior to the hearing. The property description shows, that contrary to the Debtor's description in his Schedule A/B (ECF [#11](#)) and proposed plan (ECF [#28](#)), which describe his Dominican real property as either rural property/land, or "farm with home" or "lot … that may be used for farming", his Dominican properties appear to be located mainly in urban areas. No mortgage on these properties appears to be listed in his Schedule D either, which also indicates that any vehicle loan on 2020 Mercedes GLS kept in the Dominican Republic (see Schedule A/B Item 3.2) has

been paid off. This underscores the need for discovery concerning the Debtor's Dominican real property.

3. In addition, attached as <u>Exhibit 6</u> is a true copy of Claim #6, which I understand was inadvertently omitted from the motion papers.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2025.

_____
Maria Jose Pizaaro