# PROPIEDADES DEL SEÑOR:
## SANTIAGO QUEZADA GUZMAN, CONTRIBUIDOR # ▓▓▓▓▓▓6733,
### EDULA ▓▓▓▓▓▓673-3. LUGAR DE NACIMIENTO: SANTIAGO REP. DOM, FECHA ▓▓▓▓/1962



## DESCRIPCION DE PROPIEDADES EN LA REPUBLICA DOMINICANA

| NUMERO | CONTRIBUIDOR | UBICACIÓN | AREAS M2 | FECHA | VALOR USD | VALOR EN RD | ACTUALIZADO AL 2024 |
|---|---|---|---|---|---|---|---|
| 1.- | 02640047700-2 | SECTOR LA ROSA DE MOCA | 25,156 | 8/12/2010 | 13,536.12 | $804,992.0 | $220,450.35 |
| 2.- | 02640047702-9 | SECTOR LA ROSA DE MOCA | 79,340 | 5/5/2009 | 42,789.94 | $2,545,280.0 | $476,176.60 |
| 3.- | 03640104303-8 | SANTIAGO R.D. | 700.36 | 4/3/1998 | 148,674.82 | $8,843,814.6 | $1,102,425.10 |
| 4.- | 03640146402-5 | MELLA, SANTIAGO, R.D. | 300 | 10/2/2009 | 5,549.52 | $330,000.00 | $55,495.20 |
| 5.- | 03640194590-2 | LA VEGA | 87,960.60 | 07/14/1955 | 18,778.57 | $1,116,220.0 | $88,914.50 |
| 6.- | 03640195125-2 | CIEN FUEGO, SANTIAGO | 150.12 | 12/8/2002 | 883.45 | $52,542.0 | $35,450.50 |
| 7.- | 03640252936-8 | MOCA SECTOR RURAL | 183,669 | 8/4/1987 | 148,022.52 | $8,816,112.0 | $1,560,230.00 |
| 8.- | 03640252939-2 | MOCA MONTE DE JAGUA | 21,004.20 | 8/4/1987 | 16,927.70 | $1,008,201.0 | $480,750.25 |
| 9.- | 03640252940-6 | MOCA MONTE DE JAGUA | 31,314 | 04/13/1977 | 25,236.58 | $1,503,072.0 | $495,850.30 |
| 10.- | 03640252941-4 | MOCA MONTE DE JAGUA | 15,929 | 8/4/1987 | 5,730.09 | $341,280.00 | $160,720.00 |
| 11.- | 03340252943-0 | MOCA MONTE DE JAGUA | 5,961.00 | 8/12/2010 | 5,730.09 | $341,280.00 | $140,850.30 |
| 12.- | 04640047613-2 | MOCA CENTRO CIUDAD | 307.74 | 07/31/1998 | 47,905.40 | $2,853,210.0 | $620,230.00 |
| 13.- | 05640034445-4 | MOCA SECTOR BONAGUA | 7534.12 | 07/21/2005 | 2,023.99 | $120,547.52 | $470,025.10 |
| 14.- | 05640041295-6 | LA VEGA, MANABAO | 7002.2 | 12/8/1998 | 2,896.53 | $172,515.00 | $426,750.00 |
| 15.- | 05640042280-3 | MOCA, SECTOR LOS JIMENEZ | 32,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $630,530.20 |
| 16.- | 05640042339-7 | MOCA, SECTOR LOS JIMENEZ | 50,623.55 | 10/30/1987 | 20,399.27 | $1,214,965.2 | $1,985,950.30 |
| 17.- | ILEGIBLE | MOCA SECTOR EL COROZO | 65723 | 11/17/2006 | 70,623.31 | $4,206,272.0 | $480,520.47 |
| 18.- | 05640042387-7 | MOCA, SECTOR LOS JIMENEZ | 15,523 | 05/16/1985 | 6,255.15 | $372,552.00 | $325,110.20 |
| 19.- | 05640042394-0 | MOCA, SECTOR LOS JIMENEZ | 92,919.75 | 09/30/1992 | 13,265.34 | $790,074.00 | $530,260.00 |
| 20.- | 05640042404-0 | MOCA, SECTOR LOS JIMENEZ | 943.35 | 01/14/1993 | 380.13 | $22,640.40 | $12,670.50 |

PROPIEDADES DEL SEÑOR:
SANTIAGO QUEZADA GUZMAN, CONTRIBUIDOR # ▅▅▅▅6733,
CEDULA: ▅▅▅673-3. LUGAR DE NACIMIENTO: SANTIAGO REP. DOM, FECHA ▅▅▅1962

| # | Código | Ubicación | Área | Fecha | Valor 1 | Valor 2 | Valor 3 |
|---|---|---|---|---|---|---|---|
| 21.- | 05640042411-3 | MOCA, SECTOR LOS JIMENEZ | 3,144.30 | 11/2/1983 | 1,297.03 | $75,463.20 | $36,730.00 |
| 22.- | 05640042426-1 | MOCA, SECTOR LOS JIMENEZ | 73,128.81 | 1/19/1995 | 75,463.20 | ########## | $720,050.30 |
| 23.- | 05640042426-1 | MOCA, SECTOR LOS JIMENEZ | 37,807 | 4/16/1996 | 36,740.30 | $907,168.00 | $235,840.00 |
| 24.- | 05640042437-7 | MOCA, SECTOR LOS JIMENEZ | 57,360 | 1/19/1995 | 19,676.25 | ########## | $330,220.01 |
| 25.- | 07640049572-4 | MELLA, SANTIAGO, R.D. | 105.1 | ######### | $32,649.87 | $717,579.70 | $180,230.00 |
| 26.- | 13640059343-C | RINCON LARGO SANTIAGO | 174 | 8/13/2014 | 90,200 | ########## | $286,320.00 |
| 27.- | 23640003849-1 | EL ROSAL, SANTIAGO | 285.14 | 10/1/2022 | 264429.02 | ########## | $470,820.53 |
| | | | | | 1,129,329.53 | | $12,339,120.36 |

**TOTAL DE INMUEBLES 27**

PESOS DOMINICANO    67,759,771.8    $740,347,221.60

REALIZADO POR: ARQ. JOSE BOURDIERD
CODIA: 6009

Yo, Carmen Celeste Gomez Cabrera, Abogada Notario Publico de los del Municipio de San Ignacio de Sabaneta, miembro activo del Colegio de Notarios, Inc. Registrada con la matricula No. 6415, con Estudio Profesional abierto en la calle Sanchez No. 141 de esta Ciudad. Certifico y doy Fe: que la firma del señor Jose Abelardo Bourdierd Fue puesta delante de mi presencia, el cual legalizo y me declara que esa es la firma que acostumbra hacer en todos sus actos de su vida tanto publica como privada.

En San Ignacio de Sabaneta, provincia Santiago Rodriguez, Republica Dominicana, a los 8 días del mes de Octubre del año Dos mil veinticuatro (2024);-----------------------------------------------------------------------------------------------------

LIC. CARMEN CELESTE GOMEZ CABRERA
Abogado Notario Publico

PORPIEDADES DEL SEÑOR: SANTIAGO QUEZADA GUZMAN, CONTRIBUIDOR #▮6733, CEDULA ▮673-3, LUGAR DE NACIMIENTO: SANTIAGO REP. DOM, FECHA ▮/1962

DESCRIPCION DE PROPIEDADES EN ZONAS URBANAS, REPUBLICA DOMINICANA.

NUMERO DE CONTRIBUYENTE

# 03640104303-8

Propiedad ubicada en el Centro

De la ciudad de Santiago



AREA 700.36 M2

#05640042404-0

LOS JIMENEZ EN MOCA, Rep. Dom.



AREA DE 953.35M2

CONTRIBUYENTE # 04640047613-2

EN EL CENTRO DE MOCA



AREA = 307.14 M2

#23640003849-1

EL ROSAL ZONA EXCLUSIVA

DE SANTIAGO, REP. DOM.



AREA = 285.14 M2

CONTRIBUYENTE # 13640059343-0

EL RINCON LARGO ZONA EXCLUSIVA

DE SANTIAGO, REP. DOM.



AREA = 174 M2

# 03640146402-2

ZONA MONUMENTAL

SANTIAGO, REP. DOM.



AREA = 300.00M2

CONTRIBUYENTE # 07640049572-4

CENTRO DE SANTIAGO, REP. DOM.

LUGAR EXCLUSIVO



AREA = 105.1 M2

Reporte realizado por ARQ. JOSE BOURDIERD
CODIA:6009

Fecha: Enero 7 del 2025




# PROSPERIDAD LATINA
Multiservice LLC

## TRANSLATION OF A DOCUMENT FROM SPANISH TO ENGLISH

PROPERTIES OF MISTER: SANTIAGO QUEZADA GUZMAN, CONTRIBUTOR # ▓▓▓▓▓6733, ID ▓▓▓▓▓673-3, PLACE OF BIRTH: SANTIAGO DOM. REP., DATE: ▓▓▓▓ 1962

DESCRIPTION OF PROPERTIES IN URBAN AREAS, DOMINICAN REPUBLIC.

**TAXPAYER NUMBER**

| # 03640104303-8 | #05640042404-0 |
|---|---|
| Property located in the Center the city of Santiago | Los Jimenez in Moca, Dominican Republic. |
| [PHOTO] | [PHOTO] |
| AREA 700.36 M2 (**7538.61 Sq Ft**) | AREA OF 953.35 M2 (**10261.77 Sq Ft**) |

*[Page 2]*

| TAXPAYER # 04640047613-2 | #23640003849-1 |
|---|---|
| IN THE CENTER OF MOCA | EL ROSAL EXCLUSIVE ZONE OF SANTIAGO, DOM. REP. |
| [PHOTO] | [PHOTO] |
| AREA = 307.14 M2 (**3306.02 Sq Ft**) | AREA = 285.14 M2 (**3069.22 Sq Ft**) |

| TAXPAYER # 13640059343-0 | # 03640146402-2 |
|---|---|
| EL RINCON LARGO EXCLUSIVE ZONE SANTIAGO, DOM. REP. | MONUMENTAL ZONE OF SANTIAGO, DOM. REP. |
| [PHOTO] | [PHOTO] |
| AREA = 174 M2 (**1872.92 Sq Ft**) | AREA = 300.00 M2 (**3229.17 Sq Ft**) |

10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

@prosperidadlatinany    prosperidadlatina@outlook.com
www.prosperidadlatinamulti.com    929-621-5774





# PROSPERIDAD LATINA
Multiservice LLC

[Page 3]

TAXPAYER # 07640049572-4

DOWNTOWN OF SANTIAGO, DOM. REP.

EXCLUSIVE PLACE

[PHOTO]

AREA = 105.1 M2 (**1131.28 Sq Ft**)

Report by Architect JOSE BOURDIERD
CODIA : 6009

Date: January 7, 2025

---

## CERTIFICATION OF TRANSLATION ACCURACY
### Spanish to English Translation

I, <u>Emily Burgos</u> hereby certify that I am competent enough to translate from <u>Spanish</u> to <u>English</u> and that I have translated the foregoing document from <u>Spanish</u> to <u>English</u> and that the translation is accurate to the best of my knowledge and skills.

*Emily Burgos*
_____
Translator's signature

State of New York
County of Queens
Signed and Sworn to (or affirmed) before me on this ___8___ day of __January__, 20_25_

SUSY DENYFS REBOLLEDO
Notary Public - State of New York
No. 01RE0013905
Qualified in Queens County
My Commission Expires September 28, 20_27_



---

10854 Roosevelt Ave. Corona, NY, 11368 (Suite 7, 1st floor)

@prosperidadlatinany  prosperidadlatina@outlook.com
www.prosperidadlatinamulti.com  929-621-5774