**Fill in this information to identify the case:**

Debtor Name: Santiago Quezada

United States Bankruptcy Court for the: Southern District of New York

Case number: 24-22431

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: December 2024

Date report filed: 02/19/2025
MM / DD / YYYY

Line of business: Individual.

NAISC code: N/A

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Debtor

Original signature of responsible party: *[signature]*

Printed name of responsible party: Santiago Quezada Sr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 195,955.34

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 17,616.15

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 10,397.66

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 7,218.49

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 203,173.80

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 792.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 0

27. What is the number of employees as of the date of this monthly report?  _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,500.00 − | $ 17,616.15 = | $ -8,116.15 |
| 33. **Cash disbursements** | $ 9,000.00 − | $ 10,397.66 = | $ -1,397.66 |
| 34. **Net cash flow** | $ 500.00 − | $ 7,218.49 = | $ -6,718.49 |

35. Total projected cash receipts for the next month:  $ 9,500.00

36. Total projected cash disbursements for the next month:  - $ 9,000.00

37. Total projected net cash flow for the next month:  = $ 500.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C - Receipts

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 12/6 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 12/6 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 12/6 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/6 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/13 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 12/13 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/20 | Social Security | SSA Treasury | 6,966.00 | Chase DIP *0671 |
| 12/20 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 12/20 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/20 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/27 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 12/27 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/27 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 12/31 | Purchase Return | Card Purchase Return -  Sherman Abrams Lab | 27.95 | Chase DIP *0671 |

Total Receipts: 17,616.15

# Exhibit D - Disbursements

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 12/2 | Personal Expense | Misupa Store And Coffee | 14.25 | Chase DIP *0671 |
| 12/2 | Personal Expense | Misupa Store And Coffee | 10.96 | Chase DIP *0671 |
| 12/2 | Personal Expense | Abb Bar Airport | 4.00 | Chase DIP *0671 |
| 12/2 | Personal Expense | Misupa Store And Coffee | 12.06 | Chase DIP *0671 |
| 12/2 | Bank Exchange Rate Fee | Misupa Store And Coffee - foreign exchange rate adjustment fee | 0.42 | Chase DIP *0671 |
| 12/2 | Bank Exchange Rate Fee | Misupa Store And Coffee - foreign exchange rate adjustment fee | 0.36 | Chase DIP *0671 |
| 12/2 | Bank Exchange Rate Fee | Misupa Store And Coffee - foreign exchange rate adjustment fee | 0.32 | Chase DIP *0671 |
| 12/3 | Personal Expense | Caridad Restaurant | 183.36 | Chase DIP *0671 |
| 12/4 | Personal Expense | Caridad Restaurant | 123.65 | Chase DIP *0671 |
| 12/4 | Personal Expense | Segovia Steakhouse | 106.96 | Chase DIP *0671 |
| 12/5 | Utilities | ConEdison | 1,127.51 | Chase DIP *0671 |
| 12/5 | Medical | Sherman Abrams Lab | 20.00 | Chase DIP *0671 |
| 12/6 | Personal Expense | Caridad Restaurant | 187.41 | Chase DIP *0671 |
| 12/9 | Personal Expense | Caridad Restaurant | 125.01 | Chase DIP *0671 |
| 12/9 | Travel Expense | BP | 53.34 | Chase DIP *0671 |
| 12/9 | Personal Expense | Segovia Steakhouse | 141.38 | Chase DIP *0671 |
| 12/9 | Personal Expense | Shoprite | 343.58 | Chase DIP *0671 |
| 12/11 | Personal Expense | Caridad Restaurant | 149.78 | Chase DIP *0671 |
| 12/12 | Personal Expense | Caridad Restaurant | 99.08 | Chase DIP *0671 |
| 12/12 | Personal Expense | Segovia Steakhouse | 212.16 | Chase DIP *0671 |
| 12/12 | Medical | Mid Rockland Imaging | 1,792.00 | Chase DIP *0671 |
| 12/16 | Personal Expense | Caridad Restaurant | 103.46 | Chase DIP *0671 |
| 12/16 | Personal Expense | Caridad Restaurant | 115.03 | Chase DIP *0671 |
| 12/16 | Personal Expense | Shoprite | 296.55 | Chase DIP *0671 |
| 12/16 | Utilities | Optimum | 363.03 | Chase DIP *0671 |
| 12/18 | Personal Expense | Caridad Restaurant | 132.15 | Chase DIP *0671 |
| 12/19 | Personal Expense | Caridad Restaurant | 89.31 | Chase DIP *0671 |
| 12/19 | Medical | Sherman Abrams Lab | 47.95 | Chase DIP *0671 |
| 12/19 | Medical | Jose Pharmacy | 70.00 | Chase DIP *0671 |
| 12/19 | Travel Expense | BP | 48.49 | Chase DIP *0671 |
| 12/19 | Personal Expense | Segovia Steakhouse | 158.12 | Chase DIP *0671 |
| 12/19 | Auto Bill | Mercedes-Benz | 2,770.03 | Chase DIP *0671 |
| 12/23 | Personal Expense | Caridad Restaurant | 235.37 | Chase DIP *0671 |
| 12/23 | Personal Expense | Caridad Restaurant | 140.79 | Chase DIP *0671 |
| 12/23 | Utilities | Verizon | 386.18 | Chase DIP *0671 |
| 12/24 | Medical | Mount Sinai | 75.00 | Chase DIP *0671 |
| 12/26 | Personal Expense | Caridad Restaurant | 145.21 | Chase DIP *0671 |
| 12/27 | Personal Expense | Caridad Restaurant | 345.49 | Chase DIP *0671 |
| 12/30 | Medical | Jose Pharmacy & Surgic | 40.00 | Chase DIP *0671 |
| 12/30 | Personal Expense | Caridad Restaurant | 127.91 | Chase DIP *0671 |

Total Disbursements: 10,397.66

Exhibit E - Payables

| Date | Description | To/From | Amount |
|------|-------------|---------|--------|
| 10/27/24 | Barber | Son | $ 35.00 |
| 10/30/24 | Pharmacy copay | Son | $ 75.00 |
| 10/8/24 | Groceries | Son | $ 157.00 |
| 9/30/24 | Groceries | Son | $ 255.00 |
| 9/23/24 | Groceries | Son | $ 270.00 |
| | Total owed to son* | | $ 792.00 |

*Due to the closure of the DIP account, the Debtor's son paid for the above expenses. The Debtor intends to reimburse his son.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 28, 2024 through December 26, 2024

Account Number: ████████ 0671

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00075062 DRE 802 089 36224 NNNNNNNNNNN 1 000000000 01
SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$193,871.75** |
| Deposits and Additions | 18,995.21 |
| ATM & Debit Card Withdrawals | -7,134.70 |
| Electronic Withdrawals | -3,156.21 |
| Fees | -13.29 |
| **Ending Balance** | **$202,562.76** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$193,871.75** |
| 11/29 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 195,278.76 |
| 11/29 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 196,685.77 |
| 11/29 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 197,198.22 |
| 11/29 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 197,710.67 |
| 11/29 | Card Purchase          11/26 Restaurant Pez Dorado Santiago Card 2233 Do Peso 12000.00 X 0.01664250 (Exchg Rte) | | -199.71 | 197,510.96 |
| 11/29 | Card Purchase          11/27 Texaco Estacion Anti Santiago De L Card 2233 Do Peso 4460.00 X 0.01661435 (Exchg Rte) | | -74.10 | 197,436.86 |
| 11/29 | Card Purchase          11/27 Evesant Group Moca Card 2233 Do Peso 4213.76 X 0.01661462 (Exchg Rte) | | -70.01 | 197,366.85 |
| 11/29 | Card Purchase          11/27 Texaco Antillana Santiago Card 2233 Do Peso 1150.00 X 0.01661739 (Exchg Rte) | | -19.11 | 197,347.74 |
| 11/29 | Card Purchase          11/28 Texaco Antillana Santiago Card 2233 Do Peso 750.00 X 0.01660000 (Exchg Rte) | | -12.45 | 197,335.29 |
| 11/29 | Card Purchase          11/28 Texaco Antillana Santiago Card 2233 Do Peso 700.00 X 0.01660000 (Exchg Rte) | | -11.62 | 197,323.67 |
| 11/29 | Card Purchase          11/28 Texaco Antillana Santiago Card 2233 Do Peso 700.00 X 0.01660000 (Exchg Rte) | | -11.62 | 197,312.05 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/29 | Card Purchase<br>Do Peso<br>250.00 X 0.01660000 (Exchg Rte) | 11/28 Texaco Antillana Santiago Card 2233 | -4.15 | 197,307.90 |
| 11/29 | Card Purchase<br>Do Peso<br>300.00 X 0.01660000 (Exchg Rte) | 11/28 Texaco Antillana Santiago Card 2233 | -4.98 | 197,302.92 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/26 Restaurant Pez Dorado Santiago Card 2233 | | -5.99 | 197,296.93 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/27 Texaco Estacion Anti Santiago De L Card 2233 | | -2.22 | 197,294.71 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/27 Evesant Group Moca Card 2233 | | -2.10 | 197,292.61 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/27 Texaco Antillana Santiago Card 2233 | | -0.57 | 197,292.04 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/28 Texaco Antillana Santiago Card 2233 | | -0.37 | 197,291.67 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/28 Texaco Antillana Santiago Card 2233 | | -0.34 | 197,291.33 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/28 Texaco Antillana Santiago Card 2233 | | -0.34 | 197,290.99 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/28 Texaco Antillana Santiago Card 2233 | | -0.14 | 197,290.85 |
| 11/29 | Foreign Exch Rt ADJ Fee 11/28 Texaco Antillana Santiago Card 2233 | | -0.12 | 197,290.73 |
| 12/02 | Card Purchase<br>Do Peso<br>858.00 X 0.01660839 (Exchg Rte) | 11/29 Misupa Store And Coffe Santiago Card 2233 | -14.25 | 197,276.48 |
| 12/02 | Card Purchase<br>Do Peso<br>660.00 X 0.01660606 (Exchg Rte) | 11/29 Misupa Store And Coffe Santiago Card 2233 | -10.96 | 197,265.52 |
| 12/02 | Card Purchase | 11/29 Abb Bar Aerpt Del C Santiago Card 2233 | -4.00 | 197,261.52 |
| 12/02 | Card Purchase<br>Do Peso<br>726.00 X 0.01661157 (Exchg Rte) | 11/29 Misupa Store And Coffe Santiago Card 2233 | -12.06 | 197,249.46 |
| 12/02 | Foreign Exch Rt ADJ Fee 11/29 Misupa Store And Coffe Santiago Card 2233 | | -0.42 | 197,249.04 |
| 12/02 | Foreign Exch Rt ADJ Fee 11/29 Misupa Store And Coffe Santiago Card 2233 | | -0.36 | 197,248.68 |
| 12/02 | Foreign Exch Rt ADJ Fee 11/29 Misupa Store And Coffe Santiago Card 2233 | | -0.32 | 197,248.36 |
| 12/03 | Card Purchase | 11/30 Caridad Restaurant - Br Bronx NY Card 2233 | -183.36 | 197,065.00 |
| 12/04 | Card Purchase | 12/02 Caridad Restaurant - Br Bronx NY Card 2233 | -123.65 | 196,941.35 |
| 12/04 | Card Purchase | 12/03 Segovia Steakhouse Little Ferry NJ Card 2233 | -106.96 | 196,834.39 |
| 12/05 | Card Purchase | 12/05 Fsi*Coned Bill Paymen 800-752-6633 NY Card 2233 | -1,127.51 | 195,706.88 |
| 12/05 | Card Purchase | 12/04 Sherman Abrams Lab 718-4357200 NY Card 2233 | -20.00 | 195,686.88 |
| 12/06 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 197,093.89 |
| 12/06 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 198,500.90 |
| 12/06 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,013.35 |
| 12/06 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,525.80 |
| 12/06 | Card Purchase | 12/04 Caridad Restaurant - Br Bronx NY Card 2233 | -187.41 | 199,338.39 |
| 12/09 | Card Purchase | 12/05 Caridad Restaurant - Br Bronx NY Card 2233 | -125.01 | 199,213.38 |
| 12/09 | Card Purchase | 12/06 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -53.34 | 199,160.04 |
| 12/09 | Card Purchase | 12/06 Segovia Steakhouse Little Ferry NJ Card 2233 | -141.38 | 199,018.66 |
| 12/09 | Card Purchase With Pin 12/07 Shoprite Greewyplza S1 Yonkers NY Card 2233 | | -343.58 | 198,675.08 |
| 12/11 | Card Purchase | 12/09 Caridad Restaurant - Br Bronx NY Card 2233 | -149.78 | 198,525.30 |
| 12/12 | Card Purchase | 12/10 Caridad Restaurant - Br Bronx NY Card 2233 | -99.08 | 198,426.22 |
| 12/12 | Card Purchase | 12/11 Segovia Steakhouse Little Ferry NJ Card 2233 | -212.16 | 198,214.06 |



# TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/12 | Card Purchase With Pin  12/12 Mid Rockland Imaging A New City NY Card 2233 | -1,792.00 | 196,422.06 |
| 12/13 | El Tina Fish Mar Payroll          PPD ID: 9200502232 | **1,407.01** | 197,829.07 |
| 12/13 | 207th Street Lin Payroll          PPD ID: 9200502232 | **512.45** | 198,341.52 |
| 12/16 | Card Purchase          12/12 Caridad Restaurant - Br Bronx NY Card 2233 | -103.46 | 198,238.06 |
| 12/16 | Card Purchase          12/13 Caridad Restaurant - Br Bronx NY Card 2233 | -115.03 | 198,123.03 |
| 12/16 | Card Purchase With Pin  12/15 Shoprite Greewyplza S1 Yonkers NY Card 2233 | -296.55 | 197,826.48 |
| 12/16 | Recurring Card Purchase 12/16 Optimum 7803 718-860-3513 NY Card 2233 | -363.03 | 197,463.45 |
| 12/18 | Card Purchase          12/16 Caridad Restaurant - Br Bronx NY Card 2233 | -132.15 | 197,331.30 |
| 12/19 | Card Purchase          12/17 Caridad Restaurant - Br Bronx NY Card 2233 | -89.31 | 197,241.99 |
| 12/19 | Card Purchase          12/18 Sherman Abrams Lab 718-4357200 NY Card 2233 | -47.95 | 197,194.04 |
| 12/19 | Card Purchase          12/18 Jose Pharmacy & Surgic New York NY Card 2233 | -70.00 | 197,124.04 |
| 12/19 | Card Purchase          12/18 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -48.49 | 197,075.55 |
| 12/19 | Card Purchase          12/18 Segovia Steakhouse Little Ferry NJ Card 2233 | -158.12 | 196,917.43 |
| 12/19 | 12/19 Online Payment 22765557396 To Mercedes-Benz | -2,770.03 | 194,147.40 |
| 12/20 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9101036669 | 6,966.00 | 201,113.40 |
| 12/20 | El Tina Fish Mar Payroll          PPD ID: 9200502232 | **1,407.01** | 202,520.41 |
| 12/20 | 207th Street Lin Payroll          PPD ID: 9200502232 | **512.45** | 203,032.86 |
| 12/20 | 207th Street Lin Payroll          PPD ID: 9200502232 | **512.45** | 203,545.31 |
| 12/23 | Card Purchase          12/19 Caridad Restaurant - Br Bronx NY Card 2233 | -235.37 | 203,309.94 |
| 12/23 | Card Purchase          12/20 Caridad Restaurant - Br Bronx NY Card 2233 | -140.79 | 203,169.15 |
| 12/23 | Verizon Wireless Payments          PPD ID: 7223344794 | -386.18 | 202,782.97 |
| 12/24 | Card Purchase          12/23 Pt *Mount Sinai New York NY Card 2233 | -75.00 | 202,707.97 |
| 12/26 | Card Purchase          12/23 Caridad Restaurant - Br Bronx NY Card 2233 | -145.21 | 202,562.76 |
| | **Ending Balance** | | **$202,562.76** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow[SM] network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $21,427.12. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $193,871.75)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $252,963.72)




**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 27, 2024 through January 28, 2025
Account Number: ███████ 0671



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00074409 DRE 802 089 02925 NNNNNNNNNNN  1 000000000 01
SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530

## A reminder about incoming wire transfer fees

Due to a system issue, we may not have charged you for all incoming wires in the past. Beginning March 23, 2025, wire transfer fees will be charged for all incoming wires for Chase High School Checking[SM], Chase College Checking[SM], Chase Total Checking®, Chase Premier Plus Checking[SM] and Chase Savings[SM] accounts. Please visit **chase.com/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Sapphire[SM] Checking, Chase Private Client Checking[SM], Chase Private Client Savings[SM], Chase Premier Savings[SM] accounts and for Chase Premier Plus Checking[SM] accounts with Military Enhanced Benefits.

As a reminder, Chase Secure Banking[SM] and Chase First Banking[SM] accounts cannot send or receive wire transfers.

If you have any questions, call the number on this statement.

## Un recordatorio acerca de los cargos por giro bancario entrante

Debido a un problema del sistema, es posible que no le hayamos cobrado todos los giros entrantes en el pasado. A partir del 23 de marzo de 2025, se cobrarán cargos por giro bancario por todos los giros entrantes de las cuentas Chase High School Checking[SM], Chase College Checking[SM], Chase Total Checking®, Chase Premier Plus Checking[SM] y Chase Savings[SM]. Por favor visite **chase.com/disclosures** y revise el documento de Servicios y Cargos Bancarios Adicionales para obtener más detalles.

Por favor, tenga en cuenta que no cobramos cargos por giro bancario entrante de las cuentas Chase Sapphire[SM] Checking, Chase Private Client Checking[SM], Chase Private Client Savings[SM], Chase Premier Savings[SM] y para las cuentas Chase Premier Plus Checking[SM] con beneficios mejorados para militares.

Como recordatorio, las cuentas Chase Secure Banking[SM] y Chase First Banking[SM] no pueden enviar ni recibir giros bancarios.

Si tiene alguna pregunta, llame al número que aparece en este estado de cuenta.



## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $202,562.76 |
| Deposits and Additions | 13,030.15 |
| ATM & Debit Card Withdrawals | -3,975.61 |
| Electronic Withdrawals | -11,166.20 |
| Fees | -25.00 |
| **Ending Balance** | **$200,426.10** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | $202,562.76 |
| 12/27 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 203,969.77 |
| 12/27 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 204,482.22 |
| 12/27 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 204,994.67 |
| 12/27 | Card Purchase | 12/25 Caridad Restaurant - Br Bronx NY Card 2233 | -345.49 | 204,649.18 |
| 12/30 | Card Purchase | 12/27 Jose Pharmacy & Surgic New York NY Card 2233 | -40.00 | 204,609.18 |
| 12/30 | Card Purchase | 12/27 Caridad Restaurant - Br Bronx NY Card 2233 | -127.91 | 204,481.27 |
| 12/31 | Card Purchase Return | 12/27 Sherman Abrams Lab 718-4357200 NY Card 2233 | **27.95** | 204,509.22 |
| 01/02 | Card Purchase | 12/30 Caridad Restaurant - Br Bronx NY Card 2233 | -129.91 | 204,379.31 |
| 01/02 | Card Purchase | 01/01 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -46.56 | 204,332.75 |
| 01/03 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 205,739.76 |
| 01/03 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 206,252.21 |
| 01/03 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 206,764.66 |
| 01/03 | Card Purchase | 01/03 Tomo Sushi Yonkers NY Card 2233 | -45.60 | 206,719.06 |
| 01/06 | Card Purchase | 01/02 Caridad Restaurant - Br Bronx NY Card 2233 | -135.41 | 206,583.65 |
| 01/06 | Card Purchase With Pin | 01/05 Shoprite Greewyplza S1 Yonkers NY Card 2233 | -307.90 | 206,275.75 |
| 01/06 | 01/06 Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Ortiz And Ortiz Llp Iola Trust Acc Astoria NY 11103 US Ref: Santiago Quezada Tustee Fees Imad: 0106Mmqfmp2M027051 Trn: 3623455006Es | | -8,000.00 | 198,275.75 |
| 01/06 | Online Domestic Wire Fee | | -25.00 | 198,250.75 |
| 01/08 | Card Purchase | 01/07 Caridad Restaurant - Br Bronx NY Card 2233 | -133.13 | 198,117.62 |
| 01/08 | Card Purchase | 01/07 Caridad Restaurant - Br Bronx NY Card 2233 | -69.89 | 198,047.73 |
| 01/08 | Card Purchase | 01/07 Pt *Mount Sinai New York NY Card 2233 | -35.00 | 198,012.73 |
| 01/09 | Card Purchase | 01/08 Caridad Restaurant - Br Bronx NY Card 2233 | -96.61 | 197,916.12 |
| 01/10 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 199,323.13 |
| 01/10 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,835.58 |
| 01/10 | Card Purchase | 01/09 Caridad Restaurant - Br Bronx NY Card 2233 | -191.53 | 199,644.05 |
| 01/10 | Card Purchase | 01/09 Jose Pharmacy & Surgic New York NY Card 2233 | -25.00 | 199,619.05 |
| 01/13 | Card Purchase | 01/10 Caridad Restaurant - Br Bronx NY Card 2233 | -99.35 | 199,519.70 |
| 01/13 | Card Purchase | 01/10 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -38.01 | 199,481.69 |
| 01/13 | Card Purchase | 01/10 Segovia Steakhouse Little Ferry NJ Card 2233 | -150.22 | 199,331.47 |
| 01/13 | Card Purchase With Pin | 01/12 Shoprite Greewyplza S1 Yonkers NY Card 2233 | -324.32 | 199,007.15 |
| 01/15 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036030 | **2,380.00** | 201,387.15 |
| 01/16 | Card Purchase | 01/15 Caridad Restaurant - Br Bronx NY Card 2233 | -139.98 | 201,247.17 |



# CHASE ◯

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 01/16 | Recurring Card Purchase 01/16 Optimum 7803 718-860-3513 NY Card 2233 | -363.96 | 200,883.21 |
| 01/16 | Card Purchase          01/15 Segovia Steakhouse Little Ferry NJ Card 2233 | -300.93 | 200,582.28 |
| 01/16 | 01/16 Online Payment 23099368393 To Mercedes-Benz | -2,770.03 | 197,812.25 |
| 01/17 | El Tina Fish Mar Payroll          PPD ID: 9200502232 | **1,407.01** | 199,219.26 |
| 01/17 | 207th Street Lin Payroll          PPD ID: 9200502232 | **512.45** | 199,731.71 |
| 01/21 | Card Purchase          01/17 Caridad Restaurant - Br Bronx NY Card 2233 | -107.28 | 199,624.43 |
| 01/21 | Card Purchase          01/17 Caridad Restaurant - Br Bronx NY Card 2233 | -69.89 | 199,554.54 |
| 01/21 | Card Purchase          01/17 Jose Pharmacy & Surgic New York NY Card 2233 | -101.00 | 199,453.54 |
| 01/21 | Card Purchase          01/18 Caridad Restaurant - Br Bronx NY Card 2233 | -110.81 | 199,342.73 |
| 01/22 | Verizon Wireless Payments          PPD ID: 7223344794 | -396.17 | 198,946.56 |
| 01/24 | El Tina Fish Mar Payroll          PPD ID: 9200502232 | **1,407.01** | 200,353.57 |
| 01/24 | 207th Street Lin Payroll          PPD ID: 9200502232 | **512.45** | 200,866.02 |
| 01/24 | Card Purchase          01/24 Shoprite Greewy Plza 914-376-5429 NY Card 2233 | -107.61 | 200,758.41 |
| 01/27 | Card Purchase          01/24 Caridad Restaurant - Br Bronx NY Card 2233 | -144.07 | 200,614.34 |
| 01/27 | Card Purchase          01/24 Caridad Restaurant - Br Bronx NY Card 2233 | -69.89 | 200,544.45 |
| 01/27 | Card Purchase          01/25 Caridad Restaurant - Br Bronx NY Card 2233 | -118.35 | 200,426.10 |
| | **Ending Balance** | | **$200,426.10** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow**<sup>SM</sup> **network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $13,002.20. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $197,812.25)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $255,547.96)



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**




## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00068545 DRE 802 219 00425 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## A reminder about incoming wire transfer fees

Due to a systems issue, we may not have charged you for all incoming wires in the past. On or after March 23, 2025, wire transfer fees will be charged for incoming wires in accordance with your Chase Deposit Account Agreement.

Please visit **chase.com/business/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Performance Business Checking®, Chase Performance Business Checking with Interest®, Chase Platinum Business Checking℠, Chase Business Complete Checking℠ accounts when transfer is originally sent with the help of a Chase banker or using chase.com or Chase Mobile, Chase Business Complete Checking℠ accounts with Military Banking Benefits, IOLTA, IOTA, IOLA, IBRETA, IOREBTA, IRETA, COLTAF, CARHOF, UARHOF℠, Client Funds Checking℠ and Client Funds Savings℠ accounts.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$17,831.07** |
| Deposits and Additions | 24 | 1,999.53 |
| Electronic Withdrawals | 3 | -433.30 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **28** | **$19,302.30** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.


## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/02 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000010687305 Eed:241202   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3370687305Tc | | $17.00 |
| 12/03 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000013659378 Eed:241203   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3383659378Tc | | 63.00 |
| 12/04 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000014869363 Eed:241204   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3394869363Tc | | 90.72 |
| 12/05 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000018735522 Eed:241205   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3408735522Tc | | 30.54 |
| 12/06 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000014021883 Eed:241206   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3414021883Tc | | 220.30 |
| 12/09 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000013435333 Eed:241209   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3443435333Tc | | 155.24 |
| 12/09 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000018343150 Eed:241209   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3448343150Tc | | 121.06 |
| 12/09 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000013327436 Eed:241209   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3443327436Tc | | 18.24 |
| 12/10 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000019457063 Eed:241210   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3459457063Tc | | 42.14 |
| 12/12 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000013459909 Eed:241212   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3473459909Tc | | 124.64 |
| 12/13 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000014299918 Eed:241213   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3484299918Tc | | 70.72 |
| 12/16 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000018050114 Eed:241216   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3518050114Tc | | 280.82 |
| 12/16 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000010702855 Eed:241216   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3510702855Tc | | 81.98 |
| 12/16 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000019096757 Eed:241216   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3519096757Tc | | 38.55 |
| 12/17 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD   Trace#:091000011742201 Eed:241217   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3521742201Tc | | 8.70 |

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/18 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012929468 Eed:241218    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3532929468Tc | 26.55 |
| 12/19 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019454926 Eed:241219    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3549454926Tc | 123.06 |
| 12/20 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019243625 Eed:241220    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3559243625Tc | 24.55 |
| 12/23 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017887552 Eed:241223    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3587887552Tc | 155.24 |
| 12/23 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017325611 Eed:241223    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3587325611Tc | 120.00 |
| 12/23 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013311647 Eed:241223    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3583311647Tc | 28.25 |
| 12/26 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000011123652 Eed:241226    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3611123652Tc | 51.59 |
| 12/26 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016821779 Eed:241226    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3616821779Tc | 30.38 |
| 12/30 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000011338369 Eed:241230    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 3651338369Tc | 76.26 |
| **Total Deposits and Additions** | | **$1,999.53** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/10 | Orig CO Name:Tax Bureau Servi          Orig ID:9200502236 Desc Date:241210 CO Entry<br>Descr:ACH Debit Sec:CCD    Trace#:021000020149586 Eed:241210    Ind ID:9023574781<br>Ind Name:El Tina Fish Market CO    Accounting Fees Trn: 3450149586Tc | $300.00 |
| 12/13 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000014155652 Eed:241213    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 3484155652Tc | 106.35 |
| 12/20 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000018705673 Eed:241220    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 3558705673Tc | 26.95 |
| **Total Electronic Withdrawals** | | **$433.30** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/04 | Service Charges For The Month of November | $95.00 |
| **Total Fees** | | **$95.00** |





# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/02 | $17,848.07 | 12/10 | 18,194.31 | 12/19 | 18,842.98 |
| 12/03 | 17,911.07 | 12/12 | 18,318.95 | 12/20 | 18,840.58 |
| 12/04 | 17,906.79 | 12/13 | 18,283.32 | 12/23 | 19,144.07 |
| 12/05 | 17,937.33 | 12/16 | 18,684.67 | 12/26 | 19,226.04 |
| 12/06 | 18,157.63 | 12/17 | 18,693.37 | 12/30 | 19,302.30 |
| 12/09 | 18,452.17 | 12/18 | 18,719.92 | | |

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 1/6/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 24 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 75 | 0 | 75 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 1/6/25)** | | | | | **$95.00** |

| ACCOUNT  8829 | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 24 |
| **Credits** | |
| Non-Electronic Transactions | 3 |
| **Miscellaneous Fees** | |
| Currency Straps Ordered | 75 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.




**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00001713 DRI 802 219 00425 NNNNNNNNNNN 1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## A reminder about incoming wire transfer fees

Due to a systems issue, we may not have charged you for all incoming wires in the past. On or after March 23, 2025, wire transfer fees will be charged for incoming wires in accordance with your Chase Deposit Account Agreement.

Please visit **chase.com/business/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Performance Business Checking®, Chase Performance Business Checking with Interest®, Chase Platinum Business Checking℠, Chase Business Complete Checking℠ accounts when transfer is originally sent with the help of a Chase banker or using chase.com or Chase Mobile, Chase Business Complete Checking℠ accounts with Military Banking Benefits, IOLTA, IOTA, IOLA, IBRETA, IOREBTA, IRETA, COLTAF, CARHOF, UARHOF℠, Client Funds Checking℠ and Client Funds Savings℠ accounts.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$49,480.22** |
| Deposits and Additions | 12 | 54,657.21 |
| Checks Paid | 1 | -9,000.00 |
| Electronic Withdrawals | 24 | -23,267.34 |
| Fees | 1 | -128.50 |
| **Ending Balance** | **38** | **$71,741.59** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/02 | Deposit      2042534372 | $6,000.00 |
| 12/02 | Deposit      2100985708 | 5,400.00 |
| 12/09 | Deposit      2100985712 | 4,800.00 |
| 12/09 | Deposit      2100985713 | 4,600.00 |
| 12/10 | Remote Online Deposit            1 | 57.21 |
| 12/11 | Deposit      2100985717 | 3,000.00 |
| 12/16 | Deposit      2100985718 | 5,500.00 |
| 12/18 | Deposit      2100985720 | 4,300.00 |
| 12/23 | Deposit      2100985724 | 5,200.00 |
| 12/23 | Deposit      2100985726 | 4,300.00 |
| 12/30 | Deposit      2100985730 | 6,700.00 |
| 12/30 | Deposit      2100985727 | 4,800.00 |
| **Total Deposits and Additions** | | **$54,657.21** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 100  ^ | | 12/09 | $9,000.00 |
| **Total Checks Paid** | | | **$9,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/02 | Zelle Payment To Luis Tina Repair Maintenance 22891232928 | $900.00 |
| 12/02 | 12/02 Basic Online Payroll Payment 11152928069 To ########0965 | 300.00 |
| 12/02 | Orig CO Name:American Express      Orig ID:9493560001 Desc Date:241202 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024567966 Eed:241202  Ind ID:A0896 Ind Name:Santiago Quezada                                                     Am Trn: 3374567966Tc | 2,882.08 |
| 12/03 | Orig CO Name:Instamed      Orig ID:9221883201 Desc Date:      CO Entry Descr:Health Inssec:CCD   Trace#:021000024224609 Eed:241203  Ind ID:021000029566112       Ind Name:El Tina Fish Market CO Trn: 3384224609Tc | 2,010.16 |
| 12/03 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000013226540 Eed:241203  Ind ID:000000120780329 Ind Name:Fset2412026884853 Trn: 3383226540Tc | 222.94 |
| 12/04 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:120424 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036015879853 Eed:241204  Ind ID:225473950383475      Ind Name:El Tina Fish Market IN Trn: 3395879853Tc | 1,099.06 |
| 12/04 | Orig CO Name:Westguard Ins CO      Orig ID:7232240321 Desc Date:      CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000015153267 Eed:241204  Ind ID:Elwc595485       Ind Name:El Tina Fish Market CO Trn: 3395153267Tc | 127.03 |
| 12/05 | 12/05 Basic Online Payroll Payment 11153318859 To ####0671 | 1,407.01 |
| 12/05 | 12/05 Basic Online Payroll Payment 11153332968 To ####0671 | 1,407.01 |
| 12/09 | 12/09 Basic Online Payroll Payment 11153678716 To ########0965 | 300.00 |
| 12/11 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:121124 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036010570786 Eed:241211  Ind ID:225474615061361      Ind Name:El Tina Fish Market IN Trn: 3460570786Tc | 1,099.08 |
| 12/11 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014941911 Eed:241211  Ind ID:000000121045139 Ind Name:Fset2412097001849 Trn: 3464941911Tc | 222.94 |



## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:241211 CO Entry Descr:Cecony  Sec:CCD    Trace#:021000025686580 Eed:241212  Ind ID:37921560001 Ind Name:Euros El Tina Rest. Lo Trn: 3475686580Tc | 1,203.89 |
| 12/12 | 12/12 Basic Online Payroll Payment 11154164372 To ####0671 | 1,407.01 |
| 12/16 | 12/16 Basic Online Payroll Payment 11154526300 To ########0965 | 300.00 |
| 12/17 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000011678296 Eed:241217   Ind ID:000000121293996 Ind Name:Fset2412167160246 Trn: 3521678296Tc | 222.94 |
| 12/18 | Orig CO Name:Irs            Orig ID:3387702000 Desc Date:121824 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036017919202 Eed:241218   Ind ID:225475361631385      Ind Name:El Tina Fish Market IN Trn: 3537919202Tc | 1,099.06 |
| 12/19 | 12/19 Basic Online Payroll Payment 11154984100 To ####0671 | 1,407.01 |
| 12/20 | Orig CO Name:Nys Dtf Sales      Orig ID:O146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000019066800 Eed:241220   Ind ID:000000121535747 Ind Name:Sw2407311153 Trn: 3559066800Tc | 2,321.11 |
| 12/23 | 12/23 Basic Online Payroll Payment 11155359389 To ########0965 | 300.00 |
| 12/26 | Orig CO Name:Irs            Orig ID:3387702000 Desc Date:122624 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036012011726 Eed:241226   Ind ID:225476142287646      Ind Name:El Tina Fish Market IN Trn: 3612011726Tc | 1,099.06 |
| 12/26 | 12/26 Basic Online Payroll Payment 11155811910 To ####0671 | 1,407.01 |
| 12/30 | 12/30 Basic Online Payroll Payment 11156208306 To ########0965 | 300.00 |
| 12/31 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD    Trace#:091000017782806 Eed:241231   Ind ID:000000121787668 Ind Name:Fset2412307460210 Trn: 3667782886Tc | 222.94 |
| **Total Electronic Withdrawals** | | **$23,267.34** |



## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | Service Charges For The Month of November | $128.50 |
| **Total Fees** | | **$128.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/02 | $56,798.14 | 12/11 | 52,231.62 | 12/20 | 54,070.60 |
| 12/03 | 54,565.04 | 12/12 | 49,620.72 | 12/23 | 63,270.60 |
| 12/04 | 53,210.45 | 12/16 | 54,820.72 | 12/26 | 60,764.53 |
| 12/05 | 50,396.43 | 12/17 | 54,597.78 | 12/30 | 71,964.53 |
| 12/09 | 50,496.43 | 12/18 | 57,798.72 | 12/31 | 71,741.59 |
| 12/10 | 50,553.64 | 12/19 | 56,391.71 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $74.00 |
| **Total Service Charges** | **$169.00**  Will be assessed on 1/6/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.


## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 12 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 25 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $54,600 | $25,000 | $29,600 | $0.0025 | $74.00 |
| **Subtotal Other Service Charges (Will be assessed on 1/6/25)** | | | | | **$169.00** |

| ACCOUNT ▮▮▮▮9395 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 12 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 25 | | | | |
| Branch Deposit - Immediate Verification | $54,600 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



## IMAGES

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.





004090032964 DEC 09 #0000000100 $9,000.00



This Page Intentionally Left Blank

# TD Bank

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**

Go paperless.
Scan the QR code to opt in to paperless statements

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2628

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Dec 04 2024-Jan 03 2025 |
| Cust Ref #: | ████5606-719-E-*** |
| Primary Account #: | ████5606 |

## TD Business Premier Checking

EL TINA FISH MARKET CORP

Account # ████5606

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,911.52 | Average Collected Balance | 16,537.86 |
| Deposits | 9,021.80 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 11,046.13 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 31 |
| Ending Balance | 15,857.19 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

---

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DEPOSIT | 2,700.00 |
| 12/16 | DEPOSIT | 2,400.00 |
| 12/17 | SBB MDEPOSIT | 788.80 |
| 12/17 | SBB MDEPOSIT | 633.00 |
| 12/24 | DEPOSIT | 2,500.00 |
| | Subtotal: | 9,021.80 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| 12/12 | CCD DEBIT, CON ED OF NY CECONY 34225000008 | 3,687.13 |
| 12/18 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| 01/02 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| | Subtotal: | 11,046.13 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 15,857.19 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

EL TINA FISH MARKET CORP

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/03 | 17,911.52 | 12/17 | 18,293.19 |
| 12/04 | 15,458.52 | 12/18 | 15,840.19 |
| 12/10 | 18,158.52 | 12/24 | 18,340.19 |
| 12/12 | 14,471.39 | 01/02 | 15,887.19 |
| 12/16 | 16,871.39 | 01/03 | 15,857.19 |

