UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SANTIAGO QUEZADA, SR.<br><br>Debtor | Case 24-22431-SHL<br><br>Chapter 11, Subchapter V |

**ORDER GRANTING MARIA JOSE PIZARRO'S**
**APPLICATION FOR FRBP 2004 EXAMINATION**

This matter having come before this Court on the FRBP 2004 application of judgment creditor Maria Jose Pizarro ("Maria") for an order (a) authorizing her to serve document subpoenas on Popular Bank and Scotiabank in the form attached as Exhibit 1 to her application, and (b) compelling the Debtor's production of documents responsive to the requests set forth in Exhibit 2 to her application and attendance at a FRBP 2004 examination; and good cause for the requested discovery having been shown; now, therefore, it is hereby:

ORDERED, that Maria is hereby authorized to serve document subpoenas on Popular Bank and Scotiabank in the form attached as Exhibit 1 to her application; and it is further

ORDERED, that the Debtor shall produce all documents in his possession, custody or control responsive to the requests set forth in Exhibit 2 to her application; and it is further

ORDERED, that the Debtor shall appear and testify at a FRBP 2004 examination, at the Offices of Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001, at a mutually agreed date and time following receipt of documents in response to Maria's document subpoenas and requests for production; and it is further

ORDERED, that this Court shall retain jurisdiction to implement, interpret and enforce the terms hereof.

Dated: February 27, 2025
      White Plains, New York

                                                      ***/s/ Sean H. Lane***
                                                      United States Bankruptcy Judge