UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re

**SANTIAGO QUEZADA,**

                                        Case No. 24-22431-shl

                                        Sub-Chapter V Chapter 11

                     Debtor.
------------------------------------------------------x

## ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF JACKSON LEWIS P.C. AS SPECIAL COUNSEL FOR THE DEBTOR AS OF MAY 14, 2024

Upon the application (the "Application") of Santiago Quezada, (the "Debtor"), as debtor and debtor in possession, dated January 8, 2025, for entry of an order pursuant to 11 U.S.C. § 327(e) authorizing and approving the employment of Jackson Lewis P.C. ("Jackson Lewis") as special counsel; upon the Declaration of Scott T. Baken, Esq., a partner at Jackson Lewis; and it appearing that the members of Jackson Lewis are qualified for the matters for which it is being retained; and the Court being satisfied that Jackson Lewis represents no interest adverse to the Debtor and its estate as to the matters upon which it is to be engaged, is disinterested under 11 U.S.C. §101(14), and that the employment of Jackson Lewis is necessary and in the best interest of the Debtor and its estate; due notice of the Application having been given to the United States Trustee, and it appearing that no other or further notice need be given; sufficient cause appearing therefore, it is

ORDERED, that the Application is granted to the extent set forth herein as of May 14, 2024; and it is further

ORDERED, that pursuant to 11 U.S.C. § 327(e) of the Bankruptcy Code, the Debtor is authorized to employ Jackson Lewis as its special counsel as of May 14, 2024, to perform the

{00061341 3 }

services set forth in the Application, under the terms and conditions set forth in the Application; and it is further

ORDERED, that pursuant to 11 U.S.C. §327(e), Jackson Lewis shall seek compensation for legal services upon the application to the Court, and upon notice and a hearing pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2014 and S.D.N.Y.L.B.R. 2014-1 and ***applicable law [SHL]*** ~~the Guidelines of the Office of the United States Trustee~~; and it is further

ORDERED, that Jackson Lewis shall maintain time records in six-minute increments; and it is further

ORDERED, that prior to any increases in Jackson Lewis rates for any individual retained by Jackson Lewis and providing services in this case, Jackson Lewis shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and the Subchapter V Trustee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether Jackson Lewis's client has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code; and it is further

ORDERED, that Jackson Lewis will not seek to use contract lawyers to perform services without separate Court approval; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to the implementation of this Order; and it is further

ORDERED, that if there is any inconsistency between the terms of this Order, the Application, and the Declaration of Scott T. Baken, Esq. in support thereof, the terms of this Order shall govern.

Dated: February 27, 2025
White Plains, New York

                                                   ***/s/ Sean H. Lane***
                                                  United States Bankruptcy Judge

NO OBJECTION:

s/*Rachael E. Siegel*

Office of the United States Trustee

Rachael E. Siegel
Trial Attorney
U.S. Trustee's Office
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0509