UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SANTIAGO QUEZADA, SR.<br><br>Debtor | Case 24-22431-SHL<br><br>Chapter 11, Subchapter V<br><br>Re: ECF #31, #35 |

**ORDER DENYING DEBTOR'S OBJECTION TO CLAIM #6
AND GRANTING CREDITOR MARIA JOSE PIZARRO'S CROSS-
MOTION TO FILE SAID CLAIM AFTER CLAIMS BAR DATE**

Upon the Debtor's objection (ECF #31) to Claim #6 filed by Maria Jose Pizarro ("Pizarro") and Pizarro's cross-motion (ECF #35) to file Claim #6 after the claims bar ***date for the reasons stated on the record at the hearing on February 26, 2025 [SHL]***; now, therefore, it is hereby:

ORDERED, that the Debtor's objection to Claim #6 is hereby denied; and it is further

ORDERED, that should the Debtor require further elaboration of the grounds for the denial of the objection, he may make such a request to the Court; and it is further

ORDERED, that Pizarro's cross-motion to file Claim #6 after the claims bar date is hereby granted, and Claim #6 was and shall be treated as timely-filed; and it is further

ORDERED, that this Court shall retain jurisdiction to implement, interpret and enforce the terms hereof.

Dated: White Plains, New York
       March 17, 2025

                                            ***/s/ Sean H. Lane***
                                            United States Bankruptcy Judge