UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case 24-22431-SHL |
|---|---|
| SANTIAGO QUEZADA, SR. | Chapter 11, Subchapter V |
| Debtor | Re: ECF #45 |

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE the hearing on judgment creditor Maria Jose Pizarro's motion to expand trustee Eric Huebscher's duties pursuant to 11 U.S.C. § 1183(b)(2) has been adjourned, from March 18, 2025, at 10:00 a.m. to March 25, 2025, at 10:00 a.m.

Dated: New York, NY
       March 18, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro