**Fill in this information to identify the case:**

Debtor Name __Santiago Quezada__

United States Bankruptcy Court for the: Southern District of New York

Case number: __24-22431__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    **12/17**

Month: __February 2025__

Date report filed: _____
MM / DD / YYYY

Line of business: __Individual.__

NAISC code: __N/A__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Debtor__

Original signature of responsible party _____

Printed name of responsible party __Santiago Quezada Sr.__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 200,662.27

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 10,071.85

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 14,367.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + - $ 4,295.39

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $196,366.88

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    (Exhibit E)

    $ 792.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      0

27. What is the number of employees as of the date of this monthly report?                         0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | **Actual**<br><br>Copy lines 20-22 of this report. | = | **Difference**<br><br>Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,500.00 | − | $ 10,071.85 | = | $ - 571.85 |
| 33. **Cash disbursements** | $ 9,000.00 | − | $ 14,367.24 | = | $ - 5,367.24 |
| 34. **Net cash flow** | $ 500.00 | − | $ - 4,295.39 | = | $ - 4,795.39 |

35. Total projected cash receipts for the next month:                                         $ 9,500.00

36. Total projected cash disbursements for the next month:                                  − $ 9,000.00

37. Total projected net cash flow for the next month:                                        = $ 500.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit C - Receipts

| Date | Description | To/From | Amount | Account |
|---|---|---|---|---|
| 2/7/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 2/7/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 2/14/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 2/14/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 2/19/2025 | Social Security | SSA  Treas 310   Xxsoc Sec | 2,380.00 | Chase DIP *0671 |
| 2/21/2025 | Purchase Return | Shoprite | 14.01 | Chase DIP *0671 |
| 2/21/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 2/21/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 2/28/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 2/28/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |

Total Receipts:  10,071.85

# Exhibit D - Disbursements

| Date | Description | To/From | Amount | Account |
|---|---|---|---|---|
| 2/3/2025 | Personal Expense | Caridad Restaurant | 136.77 | Chase DIP *0671 |
| 2/6/2025 | Personal Expense | Caridad Restaurant | 123.16 | Chase DIP *0671 |
| 2/6/2025 | Personal Expense | Segovia Steakhouse | 219.95 | Chase DIP *0671 |
| 2/7/2025 | Personal Expense | Shoprite | 235.18 | Chase DIP *0671 |
| 2/10/2025 | Personal Expense | Caridad Restaurant | 136.77 | Chase DIP *0671 |
| 2/10/2025 | Personal Expense | Caridad Restaurant | 103.46 | Chase DIP *0671 |
| 2/10/2025 | Personal Expense | Caridad Restaurant | 166.54 | Chase DIP *0671 |
| 2/10/2025 | Auto Insurance | Geico Auto | 3,804.50 | Chase DIP *0671 |
| 2/12/2025 | Personal Expense | Caridad Restaurant | 110.76 | Chase DIP *0671 |
| 2/13/2025 | Personal Expense | Caridad Restaurant | 132.64 | Chase DIP *0671 |
| 2/13/2025 | Utilities | Con Edison | 1,053.81 | Chase DIP *0671 |
| 2/13/2025 | Travel Expense | BP | 60.92 | Chase DIP *0671 |
| 2/13/2025 | Personal Expense | Dolce Novita Moonachie | 179.79 | Chase DIP *0671 |
| 2/13/2025 | Medical | Jose Pharmacy & Surgic | 109.00 | Chase DIP *0671 |
| 2/18/2025 | Personal Expense | Caridad Restaurant | 171.99 | Chase DIP *0671 |
| 2/18/2025 | Personal Expense | Caridad Restaurant | 192.13 | Chase DIP *0671 |
| 2/18/2025 | Utilities | Optimum | 399.15 | Chase DIP *0671 |
| 2/19/2025 | Personal Expense | Caridad Restaurant | 148.24 | Chase DIP *0671 |
| 2/19/2025 | Auto Bill | Mercedes-Benz | 2,770.03 | Chase DIP *0671 |
| 2/20/2025 | Personal Expense | Caridad Restaurant | 153.25 | Chase DIP *0671 |
| 2/20/2025 | Insurance Bill | Interboro Insurance | 148.00 | Chase DIP *0671 |
| 2/20/2025 | Segovia Steakhouse Little Ferry NJ Card 2233 | Segovia Steakhouse | 244.92 | Chase DIP *0671 |
| 2/21/2025 | Shoprite Greewy Plza 914 | Shoprite | 227.87 | Chase DIP *0671 |
| 2/24/2025 | Personal Expense | Caridad Restaurant | 115.81 | Chase DIP *0671 |
| 2/24/2025 | Personal Expense | Caridad Restaurant | 125.74 | Chase DIP *0671 |
| 2/24/2025 | Travel Expense | BP | 47.66 | Chase DIP *0671 |
| 2/24/2025 | Utilities | Verizon Wireless | 402.94 | Chase DIP *0671 |
| 2/24/2025 | Plan Fund payment (See ECF 10 ¶ 10) | O & O Escrow Account | 1,000.00 | Chase DIP *0671 |
| 2/24/2025 | Bank Fee | Wire Fee | 25.00 | Chase DIP *0671 |
| 2/26/2025 | Personal Expense | Caridad Restaurant | 112.76 | Chase DIP *0671 |
| 2/27/2025 | Personal Expense | Caridad Restaurant | 125.77 | Chase DIP *0671 |
| 2/27/2025 | Medical | Jose Pharmacy & Surgic | 29.00 | Chase DIP *0671 |
| 2/28/2025 | Personal Expense | Segovia Steakhouse | 176.30 | Chase DIP *0671 |
| 2/28/2025 | Utilities | Con Edison | 1,177.43 | Chase DIP *0671 |

Total Disbursements: 14,367.24

Exhibit E - Payables

| Date | Description | To/From | Amount |
|---|---|---|---|
| 10/27/24 | Barber | Son | $ 35.00 |
| 10/30/24 | Pharmacy copay | Son | $ 75.00 |
| 10/8/24 | Groceries | Son | $ 157.00 |
| 9/30/24 | Groceries | Son | $ 255.00 |
| 9/23/24 | Groceries | Son | $ 270.00 |
| | Total owed to son* | | $ 792.00 |

*Due to the closure of the DIP account, the Debtor's son paid for the above expenses. The Debtor intends to reimburse his son.

# Exhibit F – Escrow Accounts

**Ortiz & Ortiz is holding $9,000.00 in its escrow account as of 02.28.2025 pursuant to the Case Management Order (ECF Doc. No. 10 ¶ 10).

** Argilio Rodriguez Esq. is holding $55,000.00 in its escrow account as of 02.28.2025, this amount has not changed since the case was filed.

# DUPLICATE STATEMENT



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 29, 2025 through February 27, 2025

Account Number: ████████ **0671**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00073442 DRE 802 089 05925 NNNNNNNNNNN  1 000000000 01
SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530

## To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:
- Request details about your payment's purpose and how you made contact with the recipient
- Block or decline payments identified as originating from contact through social media
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement if you do not respond truthfully to questions we ask

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:
- On chase.com, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## Para ayudar a protegerle del fraude y las estafas, ya no podrá enviar pagos de Zelle® a destinatarios que se originen en medios sociales, tales como los mercados de redes sociales o las aplicaciones de mensajería

Debido al aumento significativo de las estafas en los medios sociales y para ayudar a proteger su cuenta, actualizaremos nuestras políticas el 23 de marzo de 2025, lo que limita su capacidad para enviar pagos de Zelle® identificados como originados por el contacto a través de las redes sociales. Como resultado, podemos:
- Solicitar detalles sobre el propósito de su pago y cómo se puso en contacto con el destinatario
- Bloquear o rechazar los pagos identificados como originados por el contacto a través de las redes sociales
- Rechazar los pagos, restringir el uso de Zelle® a través de Chase o tomar otras medidas según se describe en su acuerdo de cuenta si no responde con veracidad a las preguntas que hacemos

Las actualizaciones de la política entran en vigor el 23 de marzo de 2025 y se describirán en la Sección 2 del Acuerdo de Servicio de Zelle®, que puede aparecer como un acuerdo independiente o como un Apéndice al Acuerdo de Servicios Digitales. Puede revisar los nuevos acuerdos a partir del 23 de enero de 2025. Así es cómo se accede a ellos:
- En chase.com, inicie sesión en su cuenta, haga clic en el menú principal, luego seleccione "Acuerdos y declaraciones".
- En la aplicación Chase Mobile®, vaya a "Información legal" en Perfil y configuración o en la parte inferior de la página de inicio, luego "Acuerdos legales y declaraciones".

Si tiene alguna pregunta, llámenos al número que aparece en este estado de cuenta.



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $200,426.10 |
| Deposits and Additions | 10,071.85 |
| ATM & Debit Card Withdrawals | -9,163.44 |
| Electronic Withdrawals | -4,172.97 |
| Fees | -25.00 |
| **Ending Balance** | **$197,136.54** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$200,426.10** |
| 01/30 | Card Purchase | 01/29 Caridad Restaurant - Br Bronx NY Card 2233 | -119.44 | 200,306.66 |
| 01/30 | Card Purchase | 01/29 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -61.89 | 200,244.77 |
| 01/30 | Card Purchase | 01/29 Segovia Steakhouse Little Ferry NJ Card 2233 | -166.57 | 200,078.20 |
| 01/31 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 201,485.21 |
| 01/31 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 201,997.66 |
| 02/03 | Card Purchase | 01/31 Caridad Restaurant - Br Bronx NY Card 2233 | -136.77 | 201,860.89 |
| 02/06 | Card Purchase | 02/05 Caridad Restaurant - Br Bronx NY Card 2233 | -123.16 | 201,737.73 |
| 02/06 | Card Purchase | 02/05 Segovia Steakhouse Little Ferry NJ Card 2233 | -219.95 | 201,517.78 |
| 02/07 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 202,924.79 |
| 02/07 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 203,437.24 |
| 02/07 | Card Purchase | 02/07 Shoprite Greewy Plza 914-376-5429 NY Card 2233 | -235.18 | 203,202.06 |
| 02/10 | Card Purchase | 02/07 Caridad Restaurant - Br Bronx NY Card 2233 | -136.77 | 203,065.29 |
| 02/10 | Card Purchase | 02/08 Caridad Restaurant - Br Bronx NY Card 2233 | -103.46 | 202,961.83 |
| 02/10 | Card Purchase | 02/09 Caridad Restaurant - Br Bronx NY Card 2233 | -166.54 | 202,795.29 |
| 02/10 | Recurring Card Purchase 02/10 Geico *Auto 800-841-3000 DC Card 2233 | | -3,804.50 | 198,990.79 |
| 02/12 | Card Purchase | 02/11 Caridad Restaurant - Br Bronx NY Card 2233 | -110.76 | 198,880.03 |
| 02/13 | Card Purchase | 02/12 Caridad Restaurant - Br Bronx NY Card 2233 | -132.64 | 198,747.39 |
| 02/13 | Card Purchase | 02/13 Fsi*Coned Bill Paymen 800-752-6633 NY Card 2233 | -1,053.81 | 197,693.58 |
| 02/13 | Card Purchase | 02/12 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -60.92 | 197,632.66 |
| 02/13 | Card Purchase | 02/12 Dolce Novita Moonachie NJ Card 2233 | -179.79 | 197,452.87 |
| 02/13 | Card Purchase | 02/12 Jose Pharmacy & Surgic New York NY Card 2233 | -109.00 | 197,343.87 |
| 02/14 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 198,750.88 |
| 02/14 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,263.33 |
| 02/18 | Card Purchase | 02/14 Caridad Restaurant - Br Bronx NY Card 2233 | -171.99 | 199,091.34 |
| 02/18 | Card Purchase | 02/15 Caridad Restaurant - Br Bronx NY Card 2233 | -192.13 | 198,899.21 |
| 02/18 | Recurring Card Purchase 02/16 Optimum 7803 718-860-3513 NY Card 2233 | | -399.15 | 198,500.06 |
| 02/19 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036030 | **2,380.00** | 200,880.06 |
| 02/19 | Card Purchase | 02/18 Caridad Restaurant - Br Bronx NY Card 2233 | -148.24 | 200,731.82 |
| 02/19 | 02/19 Online Payment 23401835472 To Mercedes-Benz | | -2,770.03 | 197,961.79 |
| 02/20 | Card Purchase | 02/19 Caridad Restaurant - Br Bronx NY Card 2233 | -153.25 | 197,808.54 |
| 02/20 | Card Purchase | 02/19 Interboro Insurance CO 877-3690304 FL Card 2233 | -148.00 | 197,660.54 |
| 02/20 | Card Purchase | 02/19 Segovia Steakhouse Little Ferry NJ Card 2233 | -244.92 | 197,415.62 |




# TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 02/21 | Card Purchase Return | 02/21 Shoprite Greewy Plza 914-376-5429 NY Card 2233 | 14.01 | 197,429.63 |
| 02/21 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | 1,407.01 | 198,836.64 |
| 02/21 | 207th Street Lin Payroll | PPD ID: 9200502232 | 512.45 | 199,349.09 |
| 02/21 | Card Purchase | 02/21 Shoprite Greewy Plza 914-376-5429 NY Card 2233 | -227.87 | 199,121.22 |
| 02/24 | Card Purchase | 02/21 Caridad Restaurant - Br Bronx NY Card 2233 | -115.81 | 199,005.41 |
| 02/24 | Card Purchase | 02/22 Caridad Restaurant - Br Bronx NY Card 2233 | -125.74 | 198,879.67 |
| 02/24 | Card Purchase | 02/22 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -47.66 | 198,832.01 |
| 02/24 | Verizon Wireless Payments | PPD ID: 7223344794 | -402.94 | 198,429.07 |
| 02/24 | 02/24 Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Ortiz And Ortiz Llp Iola Trust Acc Astoria NY 11103 US Ref:/Bnf/Santiago Quezada Tustee Fees Imad: 0224Mmqfmp2M023197 Trn: 3495455055Es | | -1,000.00 | 197,429.07 |
| 02/24 | Online Domestic Wire Fee | | -25.00 | 197,404.07 |
| 02/26 | Card Purchase | 02/25 Caridad Restaurant - Br Bronx NY Card 2233 | -112.76 | 197,291.31 |
| 02/27 | Card Purchase | 02/26 Caridad Restaurant - Br Bronx NY Card 2233 | -125.77 | 197,165.54 |
| 02/27 | Card Purchase | 02/26 Jose Pharmacy & Surgic New York NY Card 2233 | -29.00 | 197,136.54 |
| | **Ending Balance** | | | **$197,136.54** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow^SM network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $11,977.30. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $197,343.87)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $254,387.58)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

All transactions     Spending summary

🔍   Search or filter

Feb 28, 2025

FSI*CONED BILL PAYMEN 800-752-6633 NY 02/28

$197,702.27        -$1,177.43 ›

SEGOVIA STEAKHOUSE LITTLE FERRY NJ 02/26

$198,879.70        -$176.30 ›

207TH STREET LIN Payroll PPD ID: 9200502232

$199,056.00        $512.45

EL TINA FISH MAR Payroll PPD ID: 9200502232

$198,543.55        $1,407.01

Feb 27, 2025

JOSE PHARMACY & SURGIC NEW YORK NY 02/26

$197,136.54        -$29.00 ›

CARIDAD RESTAURANT - BR BRONX NY 02/26

$197,165.54        -$125.77 ›

Feb 26, 2025

CARIDAD RESTAURANT - BR BRONX NY 02/25



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051



00073969 DRE 802 219 06425 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$21,079.83** |
| Deposits and Additions | 26 | 3,117.84 |
| Electronic Withdrawals | 2 | -406.35 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **29** | **$23,696.32** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000014740437 Eed:250203   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0344740437Tc | $48.11 |
| 02/03 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019039788 Eed:250203   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0349039788Tc | 42.90 |
| 02/03 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019889257 Eed:250203   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0349889257Tc | 40.45 |
| 02/04 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016483330 Eed:250204   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0356483330Tc | 13.65 |
| 02/05 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:      CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013914133 Eed:250205   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0363914133Tc | 26.36 |



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/06 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014099328 Eed:250206　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0374099328Tc | | 28.14 |
| 02/07 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000013053796 Eed:250207　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0383053796Tc | | 96.44 |
| 02/10 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000018315514 Eed:250210　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0418315514Tc | | 215.68 |
| 02/10 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000018581530 Eed:250210　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0418581530Tc | | 196.23 |
| 02/10 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014540789 Eed:250210　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0414540789Tc | | 144.73 |
| 02/11 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000013150467 Eed:250211　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0423150467Tc | | 78.20 |
| 02/12 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000017580137 Eed:250212　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0437580137Tc | | 240.65 |
| 02/13 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000013496028 Eed:250213　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0443496028Tc | | 25.94 |
| 02/14 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014685291 Eed:250214　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0454685291Tc | | 162.65 |
| 02/18 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014738841 Eed:250218　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0494738841Tc | | 472.58 |
| 02/18 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000012827270 Eed:250218　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0492827270Tc | | 327.00 |
| 02/18 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014805665 Eed:250218　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0494805665Tc | | 86.55 |
| 02/18 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000015037161 Eed:250218　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0495037161Tc | | 80.65 |
| 02/20 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000013702163 Eed:250220　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0513702163Tc | | 99.67 |
| 02/24 | Orig CO Name:Fis Ebt　　　　Orig ID:1675060116 Desc Date:　　CO Entry<br>Descr:Nyotdaebt Sec:CCD　　Trace#:091000014487247 Eed:250224　Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0554487247Tc | | 265.68 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/24 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000014856372 Eed:250224   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0554856372Tc | 109.18 |
| 02/24 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000014087905 Eed:250224   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0554087905Tc | 107.83 |
| 02/25 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019058020 Eed:250225   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0569058020Tc | 135.64 |
| 02/26 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000015080519 Eed:250226   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0575080519Tc | 11.77 |
| 02/27 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000011206862 Eed:250227   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0581206862Tc | 38.16 |
| 02/28 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012233231 Eed:250228   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0592233231Tc | 23.00 |
| **Total Deposits and Additions** | | **$3,117.84** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/10 | Orig CO Name:Tax Bureau Servi      Orig ID:9200502236 Desc Date:250210 CO Entry<br>Descr:ACH Debit Sec:CCD    Trace#:021000024101478 Eed:250210   Ind ID:9024439407<br>Ind Name:El Tina Fish Market CO    Accounting Fees Trn: 0414101478Tc | $300.00 |
| 02/18 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000014166041 Eed:250218   Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 0494166041Tc | 106.35 |
| **Total Electronic Withdrawals** | | **$406.35** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/05 | Service Charges For The Month of January | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/03 | $21,211.29 | 02/11 | 21,615.72 | 02/24 | 23,487.75 |
| 02/04 | 21,224.94 | 02/12 | 21,856.37 | 02/25 | 23,623.39 |
| 02/05 | 21,156.30 | 02/13 | 21,882.31 | 02/26 | 23,635.16 |
| 02/06 | 21,184.44 | 02/14 | 22,044.96 | 02/27 | 23,673.32 |
| 02/07 | 21,280.88 | 02/18 | 22,905.39 | 02/28 | 23,696.32 |
| 02/10 | 21,537.52 | 02/20 | 23,005.06 | | |


## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 3/5/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 26 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 48 | 0 | 48 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 3/5/25)** | | | | | **$95.00** |

| **ACCOUNT** ▮▮▮▮▮▮8829 | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 26 |
| **Credits** | |
| Non-Electronic Transactions | 2 |
| **Miscellaneous Fees** | |
| Currency Straps Ordered | 48 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025

Account Number: ███████ 9395



00001646 DRI 802 219 06425 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$65,230.76** |
| Deposits and Additions | 4 | 28,200.00 |
| Checks Paid | 1 | -13,687.00 |
| Electronic Withdrawals | 22 | -32,443.49 |
| Fees | 1 | -124.50 |
| **Ending Balance** | **28** | **$47,175.77** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/03 | Deposit | 2100985746 | $6,700.00 |
| 02/10 | Deposit | 2100985752 | 6,500.00 |
| 02/20 | Deposit | 2125696834 | 8,000.00 |
| 02/24 | Deposit | 2125951944 | 7,000.00 |
| **Total Deposits and Additions** | | | **$28,200.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 88 ^ | | 02/12 | $13,687.00 |
| **Total Checks Paid** | | | **$13,687.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.




## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03 | Orig CO Name:American Express     Orig ID:9493560001 Desc Date:250203 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024169399 Eed:250203  Ind ID:A2434 Ind Name:Santiago Quezada                                          Am Trn: 0344169399Tc | $4,749.93 |
| 02/03 | 02/03 Basic Online Payroll Payment 11159782992 To #######0965 | 300.00 |
| 02/04 | Orig CO Name:Instamed     Orig ID:9221883201 Desc Date:    CO Entry Descr:Health Inssec:CCD   Trace#:021000026907847 Eed:250204  Ind ID:021000027916429          Ind Name:El Tina Fish Market CO Trn: 0356907847Tc | 2,158.84 |
| 02/04 | Orig CO Name:Nys Dtf Wt     Orig ID:S146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015900428 Eed:250204  Ind ID:000000123062290 Ind Name:Fset2502038158270 Trn: 0355900428Tc | 245.72 |
| 02/05 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:020525 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036016956989 Eed:250205  Ind ID:225543690388498     Ind Name:El Tina Fish Market IN Trn: 0366956989Tc | 1,181.60 |
| 02/05 | Orig CO Name:Westguard Ins CO     Orig ID:7232240321 Desc Date:    CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000013449121 Eed:250205  Ind ID:Elwc595485          Ind Name:El Tina Fish Market CO Trn: 0363449121Tc | 127.03 |
| 02/06 | 02/06 Basic Online Payroll Payment 11160243747 To ####0671 | 1,407.01 |
| 02/10 | 02/10 Basic Online Payroll Payment 11160631135 To #######0965 | 300.00 |
| 02/12 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:021225 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036015746406 Eed:250212  Ind ID:225544395171808     Ind Name:El Tina Fish Market IN Trn: 0435746406Tc | 1,181.58 |
| 02/13 | Orig CO Name:Nys Dtf Wt     Orig ID:S146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000013083907 Eed:250213  Ind ID:000000123457025 Ind Name:Fset2502118256389 Trn: 0443083907Tc | 245.72 |
| 02/13 | 02/13 Basic Online Payroll Payment 11161100326 To ####0671 | 1,407.01 |
| 02/14 | 02/14 Basic Online Payroll Payment 11161457709 To #######0965 | 300.00 |
| 02/18 | Orig CO Name:Con Ed of NY     Orig ID:2462467002 Desc Date:250214 CO Entry Descr:Cecony  Sec:CCD   Trace#:021000025956867 Eed:250218  Ind ID:37921560001 Ind Name:Euros El Tina Rest. Lo Trn: 0495956867Tc | 4,963.82 |
| 02/19 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:021925 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036012890099 Eed:250219  Ind ID:225545041002715     Ind Name:El Tina Fish Market IN Trn: 0502890099Tc | 1,181.60 |
| 02/19 | Orig CO Name:Nys Dtf Wt     Orig ID:S146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015536284 Eed:250219  Ind ID:000000123677096 Ind Name:Fset2502178322366 Trn: 0505536284Tc | 245.72 |
| 02/20 | Orig CO Name:Nys Dtf Sales     Orig ID:O146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000011885707 Eed:250220  Ind ID:000000121795537 Ind Name:Sw2407446556 Trn: 0511885707Tc | 4,250.00 |
| 02/20 | 02/20 Basic Online Payroll Payment 11161893518 To ####0671 | 1,407.01 |
| 02/24 | 02/24 Basic Online Payroll Payment 11162117217 To #######0965 | 300.00 |
| 02/25 | Orig CO Name:Nys Dtf Wt     Orig ID:S146013200 Desc Date:    CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000018304444 Eed:250225  Ind ID:000000123971402 Ind Name:Fset2502248438337 Trn: 0568304444Tc | 245.72 |
| 02/26 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:022625 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036011828607 Eed:250226  Ind ID:225545742329521     Ind Name:El Tina Fish Market IN Trn: 0571828607Tc | 1,181.58 |
| 02/27 | 02/27 Basic Online Payroll Payment 11162648097 To ####0671 | 1,407.01 |
| 02/28 | Orig CO Name:Action Environme     Orig ID:1134000316 Desc Date:022725 CO Entry Descr:Bt0227  Sec:CCD   Trace#:072000092654113 Eed:250228  Ind ID:000000313024403 Ind Name:El Tina Fish Market CO Action Trn: 0592654113Tc | 3,656.59 |
| **Total Electronic Withdrawals** | | **$32,443.49** |




## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/05 | Service Charges For The Month of January | $124.50 |
| **Total Fees** | | **$124.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/03 | $66,880.83 | 02/13 | 51,314.82 | 02/24 | 53,666.67 |
| 02/04 | 64,476.27 | 02/14 | 51,014.82 | 02/25 | 53,420.95 |
| 02/05 | 63,043.14 | 02/18 | 46,051.00 | 02/26 | 52,239.37 |
| 02/06 | 61,636.13 | 02/19 | 44,623.68 | 02/27 | 50,832.36 |
| 02/10 | 67,836.13 | 02/20 | 46,966.67 | 02/28 | 47,175.77 |
| 02/12 | 52,967.55 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $8.00 |
| **Total Service Charges** | **$103.00**  Will be assessed on 3/5/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 4 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 19 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $28,200 | $25,000 | $3,200 | $0.0025 | $8.00 |
| **Subtotal Other Service Charges** (Will be assessed on 3/5/25) | | | | | **$103.00** |

**ACCOUNT** ████████9395

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 4 |
| **Credits** | |
| Non-Electronic Transactions | 19 |
| Branch Deposit - Immediate Verification | $28,200 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit^SM are based on previous month activity.


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

## IMAGES

ACCOUNT # 9395

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

004190892389 FEB 12 #0000000088 $13,687.00

# TD Bank

**America's Most Convenient Bank®**

Go paperless.
Scan the QR code to opt in to paperless statements.

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY  10034-2628

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Feb 04 2025-Mar 03 2025 |
| Cust Ref #: | 5606█████** |
| Primary Account #: | █████5606 |

## TD Business Premier Checking

EL TINA FISH MARKET CORP                               Account # █████5606

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,297.14 | Average Collected Balance | 16,797.13 |
| Deposits | 9,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 10,314.73 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 28 |
| Ending Balance | 14,952.41 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

---

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEPOSIT | 1,500.00 |
| 02/07 | DEPOSIT | 800.00 |
| 02/11 | DEPOSIT | 1,500.00 |
| 02/14 | DEPOSIT | 1,200.00 |
| 02/18 | DEPOSIT | 1,600.00 |
| 02/24 | DEPOSIT | 1,600.00 |
| 02/28 | DEPOSIT | 800.00 |
| | Subtotal: | 9,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| 02/18 | CCD DEBIT, CON ED OF NY CECONY 34225000008 | 5,408.73 |
| 02/26 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| | Subtotal: | 10,314.73 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 14,952.41 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

EL TINA FISH MARKET CORP

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/03 | 16,297.14 | 02/18 | 15,035.41 |
| 02/04 | 17,797.14 | 02/24 | 16,635.41 |
| 02/07 | 18,597.14 | 02/26 | 14,182.41 |
| 02/11 | 20,097.14 | 02/28 | 14,982.41 |
| 02/12 | 17,644.14 | 03/03 | 14,952.41 |
| 02/14 | 18,844.14 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender