UNITED STATES BANKTUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN re

SANTIAGO QUEZADA, SR.,

                         Debtor.

Case No. 24-22431-SHL

**AFFIDAVIT OF SANTIAGO QUEZADA, SR.**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF BRONX)

SANTIAGO QUEZADA, SR., being duly sworn deposes and says:

1. I am the debtor in the above captioned action.

2. On the morning of Wednesday, March 19th, 2025, I informed my bankruptcy attorney, Norma Ortiz, of Ortiz & Ortiz LLP, that she was discharged and would no longer be representing me due to the existence of irreconcilable conflict between Ms. Ortiz and myself as the client. This affidavit is submitted in further support of this motion to withdraw as counsel.

3. Ms. Ortiz has been directed that she may no longer speak on my behalf.

4. Ms. Ortiz accepted this discharge and promptly filed a motion seeking to withdraw from her representation.

5. I would like to retain new counsel and respectfully request sufficient time to obtain new counsel, provide him/her with the case file, and ensure a proper transition.

_____
SANTIAGO QUEZADA SR.

Sworn to before me this
24th day of MARCH, 2025

_____
Notary Public

SORAYA D' PEREZ
Notary Public - State of New York
No. 01PE6036226
Qualified in Bronx County
Commission Expires 01-05-26