UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case 24-22431-SHL |
|---|---|
| SANTIAGO QUEZADA, SR. | Chapter 11, Subchapter V |
| Debtor | Re: ECF #45, #58 |

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE the hearing on the following matters has been adjourned, from March 25, 2025, at 10:00 a.m., to April 23, 2025, at 10:00 a.m.:

- Case Management Status Conference
- Motion to Approve Expansion of Trustee Eric Huebscher's Duties (ECF #45)
- Status Conference re: Motion to Withdraw as Counsel (ECF #58)

Dated: New York, NY
March 25, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro