# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Santiago Quezada, Sr. | CASE NO: 24-22431<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/4/2025, I did cause a copy of the following documents, described below,

Amended Application to Withdraw as Debtor's Counsel

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/4/2025

/s/ Norma E. Ortiz
Norma E. Ortiz

Ortiz & Ortiz, LLP
287 Park Ave. South, Ste. 337
New York, NY 10010
718 522 1117
nicolas@ortizandortiz.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Santiago Quezada, Sr.

CASE NO: 24-22431

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 4/4/2025, a copy of the following documents, described below,

Amended Application to Withdraw as Debtor's Counsel

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/4/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma E. Ortiz
Ortiz & Ortiz, LLP
287 Park Ave. South, Ste. 337
New York, NY  10010

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

SANTIAGO QUEZADA SR.
258 RUMSEY ROAD
YONKERS NY 10705