# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-22431(SHL) |
| Santiago Quezada, Sr. | |
| Debtor | |

## Certiicate of No Objection

I, Eric M. Huebscher, filed a first interim fee application as Subchapter V Trustee in the Subject case on March 27, 2025 (ECF 63). A Certificatre of Service was filed on March 27, 2025 (ECF 84). The objection deadline was April 16, 2025. No objections have been received or filed on the docket.

s/Eric Huebscher

Date: April 17, 2025

By:Eric Huebscher
Subchapter V Trustee

**UST Form 101-11(v)-NDR E**