Fill in this information to identify the case:

Debtor Name __Santiago Quezada__

United States Bankruptcy Court for the: __Southern District of New York__

Case number: __24-22431__

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: _ __March 2025__ ___

Line of business: __Individual.__

Date report filed: _____
MM / DD / YYYY

NAISC code: __N/A__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Debtor__

Original signature of responsible party _____

Printed name of responsible party __Santiago Quezada Sr.__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 196,366.88

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 10,057.84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 13,213.73

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + − $ 3,155.89

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $193,210.99

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 792.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0

27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0.00

30. How much have you paid this month in other professional fees? $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case? $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,500.00 − | $10,057.84 = | $ - 557.84 |
| 33. **Cash disbursements** | $ 9,000.00 − | $ 13,213.73 = | $ - 4,213.73 |
| 34. **Net cash flow** | $ 500.00 − | $ - 3,155.89 = | $ 3,655.89 |

35. Total projected cash receipts for the next month: $ 9,500.00

36. Total projected cash disbursements for the next month: - $ 9,000.00

37. Total projected net cash flow for the next month: = $ 500.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## Exhibit C - Receipts

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 3/7/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 3/7/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 3/14/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 3/14/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 3/19/2025 | Social Security | SSA  Treas 310 | 2,380.00 | Chase DIP *0671 |
| 3/21/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 3/21/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 3/28/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 3/28/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |

Total Receipts: 10,057.84

## Exhibit D - Disbursements

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 3/3/2025 | Personal Expense | Segovia Steakhouse | 209.45 | Chase DIP *0671 |
| 3/3/2025 | Personal Expense | Caridad Restaurant | 119.35 | Chase DIP *0671 |
| 3/3/2025 | Medical | Mount Sinai | 86.16 | Chase DIP *0671 |
| 3/3/2025 | Medical | Sherman Abrams Lab | 20.00 | Chase DIP *0671 |
| 3/5/2025 | Personal Expense | Caridad Restaurant | 118.26 | Chase DIP *0671 |
| 3/6/2025 | Personal Expense | Caridad Restaurant | 134.27 | Chase DIP *0671 |
| 3/6/2025 | Travel Expense | BP | 56.32 | Chase DIP *0671 |
| 3/7/2025 | Personal Expense | Segovia Steakhouse | 235.86 | Chase DIP *0671 |
| 3/10/2025 | Personal Expense | Caridad Restaurant | 216.89 | Chase DIP *0671 |
| 3/10/2025 | Personal Expense | Segovia Steakhouse | 197.68 | Chase DIP *0671 |
| 3/10/2025 | Personal Expense | Segovia Steakhouse | 185.14 | Chase DIP *0671 |
| 3/10/2025 | Personal Expense | Caridad Restaurant | 120.35 | Chase DIP *0671 |
| 3/12/2025 | Personal Expense | Caridad Restaurant | 122.47 | Chase DIP *0671 |
| 3/13/2025 | Personal Expense | Caridad Restaurant | 103.46 | Chase DIP *0671 |
| 3/13/2025 | Travel Expense | BP | 44.31 | Chase DIP *0671 |
| 3/14/2025 | Personal Expense | Segovia Steakhouse | 249.51 | Chase DIP *0671 |
| 3/17/2025 | Utilities | Optimum | 399.15 | Chase DIP *0671 |
| 3/17/2025 | Personal Expense | Caridad Restaurant | 229.01 | Chase DIP *0671 |
| 3/17/2025 | Personal Expense | Segovia Steakhouse | 152.16 | Chase DIP *0671 |
| 3/17/2025 | Personal Expense | Caridad Restaurant | 125.01 | Chase DIP *0671 |
| 3/18/2025 | Medical | Jose Pharmacy & Surgic | 108.00 | Chase DIP *0671 |
| 3/19/2025 | Auto Bill | Mercedes-Benz | 2,770.03 | Chase DIP *0671 |
| 3/20/2025 | Personal Expense | Segovia Steakhouse | 203.98 | Chase DIP *0671 |
| 3/20/2025 | Personal Expense | Caridad Restaurant | 118.53 | Chase DIP *0671 |
| 3/21/2025 | Utilities | City of Yonkers | 334.46 | Chase DIP *0671 |
| 3/24/2025 | Plan Fund payment (See ECF 10 ¶ 10) | Ortiz And Ortiz Llp Iola Trust Acc | 1,000.00 | Chase DIP *0671 |
| 3/24/2025 | Utilities | Verizon Wireless | 419.34 | Chase DIP *0671 |
| 3/24/2025 | Personal Expense | Caridad Restaurant | 170.99 | Chase DIP *0671 |
| 3/24/2025 | Personal Expense | El Gauchito | 157.33 | Chase DIP *0671 |
| 3/24/2025 | Bank Fee | Wire Fee | 25.00 | Chase DIP *0671 |
| 3/25/2025 | Tax Payment | Nys Dtf | 3,635.00 | Chase DIP *0671 |
| 3/26/2025 | Personal Expense | Caridad Restaurant | 183.91 | Chase DIP *0671 |
| 3/26/2025 | Personal Expense | Caridad Restaurant | 135.36 | Chase DIP *0671 |
| 3/27/2025 | Personal Expense | Caridad Restaurant | 102.10 | Chase DIP *0671 |
| 3/27/2025 | Travel Expense | BP | 66.08 | Chase DIP *0671 |
| 3/28/2025 | Personal Expense | Segovia Steakhouse | 206.13 | Chase DIP *0671 |
| 3/28/2025 | Personal Expense | Shoprite | 181.38 | Chase DIP *0671 |
| 3/31/2025 | Personal Expense | Caridad Restaurant | 136.77 | Chase DIP *0671 |
| 3/31/2025 | Personal Expense | Segovia Steakhouse | 134.53 | Chase DIP *0671 |

Total Disbursements: 13,213.73

Exhibit E - Payables

| Date | Description | To/From | Amount |
|---|---|---|---|
| 10/27/24 | Barber | Son | $ 35.00 |
| 10/30/24 | Pharmacy copay | Son | $ 75.00 |
| 10/8/24 | Groceries | Son | $ 157.00 |
| 9/30/24 | Groceries | Son | $ 255.00 |
| 9/23/24 | Groceries | Son | $ 270.00 |
| | Total owed to son* | | $ 792.00 |

*Due to the closure of the DIP account, the Debtor's son
paid for the above expenses. The Debtor intends to
reimburse his son.

# Exhibit F – Escrow Accounts

**Ortiz & Ortiz is holding $10,000.00 in escrow account as of 03.31.2025, with an expected monthly increase of $1,000.00 per month

** Argilio Rodriguez Esq. is holding $55,000.00 in escrow account as of 02.28.2025, this amount is not expected to change



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 28, 2025 through March 26, 2025

Account Number: ████████ 0671

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00073043 DRE 802 089 08625 NNNNNNNNNNN  1 000000000 01
SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530



## We're introducing new security measures for certain wire transfers when using our digital banking services

To help protect your account, you may be required to use a trusted device to send certain wire transfers when using chase.com or the Chase Mobile® app.[1] Here are the key changes that will be effective May 8, 2025:

- **Use of Trusted Devices:** You'll need to use a trusted device to send certain wire transfers using our digital banking services. A trusted device is a smartphone that has been enrolled with us based on specific criteria.
- **Enrolling a Device:** You may already be using a trusted device. If not, you'll receive step-by-step instructions to make your device trusted the next time you initiate a wire transfer that requires it. You'll need to use a smartphone with the Chase Mobile® app installed and fulfill certain identification requirements, such as scanning and uploading a copy of your driver's license or state ID.
- **Restrictions on Wire Transfers:** If you don't have a trusted device, you may not be able to add recipients or initiate certain wire transfers using our digital banking services. This won't affect your ability to initiate wires at a Chase branch or J.P. Morgan Financial Center.

**Where to Find More Information**
These policy updates are effective May 8, 2025, and will be detailed in Section 3 of the *Online Wire Transfer and Chase Global Transfer Services Addendum*, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement.

You can review the new requirements in those agreements beginning February 20, 2025. Here's how to access them:
- **On chase.com:** Log in to your account, click on the Main Menu, and select "Agreements & Disclosures."
- **On the Chase Mobile® app:** Go to "Legal Information" in Profile & Settings or at the bottom of the home page, then select "Legal Agreements and Disclosures."

If you have any questions, please call the number listed on this statement.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## Estamos introduciendo nuevas medidas de seguridad para ciertos giros bancarios al usar nuestros servicios de banca digital

Para ayudar a proteger su cuenta, es posible que se le requiera utilizar un dispositivo confiable para enviar ciertos giros bancarios al usar chase.com o la aplicación Chase Mobile®.[1] Estos son los cambios importantes que entrarán en vigor el 8 de mayo de 2025:

- **Uso de dispositivos confiables:** Necesitará utilizar un dispositivo confiable para enviar ciertos giros bancarios usando nuestros servicios de banca digital. Un dispositivo confiable es un teléfono inteligente que ha sido inscrito con nosotros según criterios específicos.


- **Inscripción de un dispositivo:** Es posible que ya esté utilizando un dispositivo de confianza. Si no es así, recibirá instrucciones paso a paso para hacer que su dispositivo sea confiable la próxima vez que inicie un giro bancario que lo requiera. Necesitará utilizar un teléfono inteligente con la aplicación Chase Mobile® instalada y cumplir con ciertos requisitos de identificación, como escanear y cargar una copia de su licencia de conducir o identificación estatal.
- **Restricciones en los giros bancarios:** Si no tiene un dispositivo confiable, es posible que no pueda agregar destinatarios o iniciar ciertos giros bancarios utilizando nuestros servicios de banca digital. Esto no afectará su capacidad para iniciar giros en una sucursal de Chase o en un Centro Financiero de J.P. Morgan.

**Dónde encontrar más información**

Estas actualizaciones de políticas entrarán en vigor el 8 de mayo de 2025 y se detallarán en la Sección 3 del *Anexo de Servicios de Giro Bancario por Internet y Transferencia Global de Chase*, que puede aparecer como un acuerdo separado o como un Anexo al Contrato de Servicios Digitales.

Puede revisar los nuevos requisitos en esos acuerdos a partir del 20 de febrero de 2025. Esta es la forma de acceder a ellos:

- **En chase.com:** inicie sesión en su cuenta, haga clic en el menú principal y seleccione "Acuerdos y declaraciones."
- **En la aplicación Chase Mobile®:** Visite "Información legal" en Perfil y Configuración o en la parte inferior de la página de inicio, luego seleccione "Contratos legales y declaraciones."

Si tiene alguna pregunta, llámenos al número que aparece en este estado de cuenta.

[1]**La aplicación Chase Mobile®** está disponible para dispositivos móviles selectos. Pueden aplicarse cargos por mensajes y datos .

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---:|
| **Beginning Balance** | **$197,136.54** |
| Deposits and Additions | 10,057.84 |
| ATM & Debit Card Withdrawals | -5,891.10 |
| Electronic Withdrawals | -7,824.37 |
| Fees | -25.00 |
| **Ending Balance** | **$193,453.91** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| | **Beginning Balance** | | | **$197,136.54** |
| 02/28 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 198,543.55 |
| 02/28 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,056.00 |
| 02/28 | Card Purchase | 02/26 Segovia Steakhouse Little Ferry NJ Card 2233 | -176.30 | 198,879.70 |
| 02/28 | Card Purchase 2233 | 02/28 Fsi*Coned Bill Paymen 800-752-6633 NY Card | -1,177.43 | 197,702.27 |
| 03/03 | Card Purchase | 02/28 Caridad Restaurant - Br Bronx NY Card 2233 | -119.35 | 197,582.92 |
| 03/03 | Card Purchase | 02/28 Pt *Mount Sinai 212-987-3100 NY Card 2233 | -86.16 | 197,496.76 |
| 03/03 | Card Purchase 2233 | 02/28 Sherman Abrams Lab 718-4357200 NY Card | -20.00 | 197,476.76 |
| 03/03 | Card Purchase | 03/01 Segovia Steakhouse Little Ferry NJ Card 2233 | -209.45 | 197,267.31 |
| 03/05 | Card Purchase | 03/04 Caridad Restaurant - Br Bronx NY Card 2233 | -118.26 | 197,149.05 |
| 03/06 | Card Purchase | 03/05 Caridad Restaurant - Br Bronx NY Card 2233 | -134.27 | 197,014.78 |
| 03/06 | Card Purchase 2233 | 03/05 Bp#2141521A And A Manag Fort Lee NJ Card | -56.32 | 196,958.46 |
| 03/07 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 198,365.47 |
| 03/07 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 198,877.92 |

# CHASE ⬡

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 03/07 | Card Purchase | 03/05 Segovia Steakhouse Little Ferry NJ Card 2233 | -235.86 | 198,642.06 |
| 03/10 | Card Purchase | 03/07 Caridad Restaurant - Br Bronx NY Card 2233 | -120.35 | 198,521.71 |
| 03/10 | Card Purchase | 03/08 Caridad Restaurant - Br Bronx NY Card 2233 | -216.89 | 198,304.82 |
| 03/10 | Card Purchase | 03/08 Segovia Steakhouse Little Ferry NJ Card 2233 | -185.14 | 198,119.68 |
| 03/10 | Card Purchase | 03/09 Segovia Steakhouse Little Ferry NJ Card 2233 | -197.68 | 197,922.00 |
| 03/12 | Card Purchase | 03/11 Caridad Restaurant - Br Bronx NY Card 2233 | -122.47 | 197,799.53 |
| 03/13 | Card Purchase | 03/12 Caridad Restaurant - Br Bronx NY Card 2233 | -103.46 | 197,696.07 |
| 03/13 | Card Purchase 2233 | 03/12 Bp#2141521A And A Manag Fort Lee NJ Card | -44.31 | 197,651.76 |
| 03/14 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 199,058.77 |
| 03/14 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,571.22 |
| 03/14 | Card Purchase | 03/12 Segovia Steakhouse Little Ferry NJ Card 2233 | -249.51 | 199,321.71 |
| 03/17 | Card Purchase | 03/14 Caridad Restaurant - Br Bronx NY Card 2233 | -229.01 | 199,092.70 |
| 03/17 | Card Purchase | 03/15 Caridad Restaurant - Br Bronx NY Card 2233 | -125.01 | 198,967.69 |
| 03/17 | Card Purchase | 03/15 Segovia Steakhouse Little Ferry NJ Card 2233 | -152.16 | 198,815.53 |
| 03/17 | Recurring Card Purchase 03/16 Optimum 7803 718-860-3513 NY Card 2233 | | -399.15 | 198,416.38 |
| 03/18 | Card Purchase | 03/17 Jose Pharmacy & Surgic New York NY Card | -108.00 | 198,308.38 |
| 03/19 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036030 | **2,380.00** | 200,688.38 |
| 03/19 | 03/19 Online Payment 23774795001 To Mercedes-Benz | | -2,770.03 | 197,918.35 |
| 03/20 | Card Purchase | 03/19 Caridad Restaurant - Br Bronx NY Card 2233 | -118.53 | 197,799.82 |
| 03/20 | Card Purchase | 03/19 Segovia Steakhouse Little Ferry NJ Card 2233 | -203.98 | 197,595.84 |
| 03/21 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 199,002.85 |
| 03/21 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 199,515.30 |
| 03/21 | Card Purchase 2233 | 03/20 City of Yonkers H2Opd 877-513-5465 NY Card | -334.46 | 199,180.84 |
| 03/24 | Card Purchase | 03/21 Caridad Restaurant - Br Bronx NY Card 2233 | -170.99 | 199,009.85 |
| 03/24 | Card Purchase | 03/21 Tst*El Gauchito Elmhurst NY Card 2233 | -157.33 | 198,852.52 |
| 03/24 | Verizon Wireless Payments | PPD ID: 7223344794 | -419.34 | 198,433.18 |
| 03/24 | 03/24 Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Ortiz And Ortiz Llp Iola Trust Acc Astoria NY 11103 US Ref:/Bnf/Santiago Quezada Tustee Fees Imad: 0324Mmqfmp2M007989 Trn: 3166975083Es | | -1,000.00 | 197,433.18 |
| 03/24 | Online Domestic Wire Fee | | -25.00 | 197,408.18 |
| 03/25 | Nys Dtf Pit Tax Paymnt | PPD ID: N146013200 | -3,635.00 | 193,773.18 |
| 03/26 | Card Purchase | 03/25 Caridad Restaurant - Br Bronx NY Card 2233 | -135.36 | 193,637.82 |
| 03/26 | Card Purchase | 03/25 Caridad Restaurant - Br Bronx NY Card 2233 | -183.91 | 193,453.91 |
| | **Ending Balance** | | | **$193,453.91** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $11,977.30. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $196,958.46)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $252,953.65)


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**All transactions**          Spending summary

🔍 Search or filter

| | |
|---|---|
| $194,817.68 | -$181.38 › |
| SEGOVIA STEAKHOUSE LITTLE FERRY NJ 03/26 | |
| $194,999.06 | -$206.13 › |
| 207TH STREET LIN Payroll PPD ID: 9200502232 | |
| $195,205.19 | $512.45 |
| EL TINA FISH MAR Payroll PPD ID: 9200502232 | |
| $194,692.74 | $1,407.01 |
| Mar 27, 2025 | |
| BP#2141521A AND A MANAG FORT LEE NJ 03/26 | |
| $193,285.73 | -$66.08 › |
| CARIDAD RESTAURANT - BR BRONX NY 03/26 | |
| $193,351.81 | -$102.10 › |
| Mar 26, 2025 | |
| CARIDAD RESTAURANT - BR BRONX NY 03/25 | |
| $193,453.91 | -$183.91 › |
| CARIDAD RESTAURANT - BR BRONX NY 03/25 | |

All transactions | Spending summary

🔍 Search or filter

**Apr 02, 2025**

CARIDAD RESTAURANT - BR BRONX NY 04/01
$194,489.56                    -$56.82 ›

**Mar 31, 2025**

SEGOVIA STEAKHOUSE LITTLE FERRY NJ 03/29
$194,546.38                   -$134.53 ›

CARIDAD RESTAURANT - BR BRONX NY 03/28
$194,680.91                   -$136.77 ›

**Mar 28, 2025**

SHOPRITE GREEWY PLZA 914-376-5429 NY 03/28
$194,817.68                   -$181.38 ›

SEGOVIA STEAKHOUSE LITTLE FERRY NJ 03/26
$194,999.06                   -$206.13 ›

207TH STREET LIN Payroll PPD ID: 9200502232
$195,205.19                    $512.45

EL TINA FISH MAR Payroll PPD ID: 9200502232



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025

Account Number: ████████ 8829

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00069495 DRE 802 219 09325 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609



## Chase Business Complete Checking® and Chase Business Savings account customers: We're increasing the rush fee for replacement debit and ATM cards to $15.

Starting June 22, 2025, there will be a $15 fee if you request express shipping on a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

Access your replacement card sooner by adding it to your digital wallet.
- When you add your card to your digital wallet, you'll typically be able to use your replacement card once it's issued.
- For more information on how to add your card to your digital wallet, visit **chase.com/Digital-Payments**.

If you have any questions, please call the number on this statement. We're here to help.

## California privacy policy information for Chase business accounts

If you are a California resident, you may have rights under the California Consumer Privacy Act ("CCPA") if personal information was collected as part of your business account. Learn more by reviewing our CCPA Disclosure and Notice at Collection, available at **chase.com/privacy** or in the Chase Mobile®,[1] app in the Security & Privacy Center. Please note that the CCPA does not apply to personal information collected subject to certain other laws, including the Gramm-Leach-Bliley Act and the Fair Credit Reporting Act. For example, the CCPA does not apply to personal information we collect when you obtain products or services primarily for personal, family or household use. If you have any questions, call the number on this statement.

[1] **Chase Mobile® app is available for select mobile devices. Message and data rates may apply.**

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $23,696.32 |
| Deposits and Additions | 27 | 2,932.13 |
| Electronic Withdrawals | 3 | -433.30 |
| Fees | 1 | -95.00 |
| Ending Balance | 31 | $26,100.15 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|-------:|
| 03/03 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000019350015 Eed:250303<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0629350015Tc | CO Entry<br>Ind ID:B194202 | | $106.44 |
| 03/03 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000014363191 Eed:250303<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0624363191Tc | CO Entry<br>Ind ID:B194202 | | 22.12 |
| 03/04 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000013592997 Eed:250304<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0633592997Tc | CO Entry<br>Ind ID:B194202 | | 56.30 |
| 03/05 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000013121850 Eed:250305<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0643121850Tc | CO Entry<br>Ind ID:B194202 | | 32.35 |
| 03/06 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000013041919 Eed:250306<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0653041919Tc | CO Entry<br>Ind ID:B194202 | | 59.22 |
| 03/07 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000015338290 Eed:250307<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0665338290Tc | CO Entry<br>Ind ID:B194202 | | 385.43 |
| 03/10 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000013128364 Eed:250310<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0693128364Tc | CO Entry<br>Ind ID:B194202 | | 81.66 |
| 03/10 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000012626767 Eed:250310<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0692626767Tc | CO Entry<br>Ind ID:B194202 | | 65.36 |
| 03/11 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000017462766 Eed:250311<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0707462766Tc | CO Entry<br>Ind ID:B194202 | | 79.38 |
| 03/12 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000014235374 Eed:250312<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0714235374Tc | CO Entry<br>Ind ID:B194202 | | 135.60 |
| 03/13 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000011617844 Eed:250313<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0721617844Tc | CO Entry<br>Ind ID:B194202 | | 160.64 |
| 03/14 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000012998080 Eed:250314<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0732998080Tc | CO Entry<br>Ind ID:B194202 | | 53.31 |
| 03/17 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000011970766 Eed:250317<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0761970766Tc | CO Entry<br>Ind ID:B194202 | | 348.75 |
| 03/17 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000011252374 Eed:250317<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0761252374Tc | CO Entry<br>Ind ID:B194202 | | 93.95 |
| 03/17 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:<br>Descr:Nyotdaebt Sec:CCD  Trace#:091000013420580 Eed:250317<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0763420580Tc | CO Entry<br>Ind ID:B194202 | | 64.57 |



# CHASE ⬡

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012100439 Eed:250318    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0772100439Tc | 124.15 |
| 03/19 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000019157832 Eed:250319    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0789157832Tc | 98.22 |
| 03/19 | Orig CO Name:Efunds Corp          Orig ID:1675060116 Desc Date:250318 CO Entry<br>Descr:Dly Settlesec:CCD    Trace#:091000019125376 Eed:250319    Ind ID:B19420<br>Ind Name:El Tina Fish Market CO Trn: 0789125376Tc | 12.65 |
| 03/21 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012382551 Eed:250321    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0802382551Tc | 120.24 |
| 03/24 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016961517 Eed:250324    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0836961517Tc | 247.11 |
| 03/24 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013104316 Eed:250324    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0833104316Tc | 98.50 |
| 03/24 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016116802 Eed:250324    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0836116802Tc | 22.44 |
| 03/26 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013319860 Eed:250326    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0853319860Tc | 41.89 |
| 03/28 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012280082 Eed:250328    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0872280082Tc | 13.00 |
| 03/31 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016594104 Eed:250331    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0906594104Tc | 270.84 |
| 03/31 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016803148 Eed:250331    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0906803148Tc | 126.01 |
| 03/31 | Orig CO Name:Fis Ebt          Orig ID:1675060116 Desc Date:          CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016847512 Eed:250331    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 0906847512Tc | 12.00 |

**Total Deposits and Additions**     **$2,932.13**




## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/10 | Orig CO Name:Tax Bureau Servi     Orig ID:9200502236 Desc Date:250310 CO Entry<br>Descr:ACH Debit Sec:CCD    Trace#:021000027292739 Eed:250310  Ind ID:9024864629<br>Ind Name:El Tina Fish Market CO     Accounting Fees Trn: 0697292739Tc | $300.00 |
| 03/19 | Orig CO Name:Fis Ebt     Orig ID:1675060116 Desc Date:     CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000015181416 Eed:250319  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 0785181416Tc | 106.35 |
| 03/25 | Orig CO Name:Fis Ebt     Orig ID:1675060116 Desc Date:     CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000017990642 Eed:250325  Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 0847990642Tc | 26.95 |
| **Total Electronic Withdrawals** | | **$433.30** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/05 | Service Charges For The Month of February | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/03 | $23,824.88 | 03/12 | 24,325.18 | 03/21 | 25,295.31 |
| 03/04 | 23,881.18 | 03/13 | 24,485.82 | 03/24 | 25,663.36 |
| 03/05 | 23,818.53 | 03/14 | 24,539.13 | 03/25 | 25,636.41 |
| 03/06 | 23,877.75 | 03/17 | 25,046.40 | 03/26 | 25,678.30 |
| 03/07 | 24,263.18 | 03/18 | 25,170.55 | 03/28 | 25,691.30 |
| 03/10 | 24,110.20 | 03/19 | 25,175.07 | 03/31 | 26,100.15 |
| 03/11 | 24,189.58 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 4/3/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 27 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 39 | 0 | 39 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 4/3/25)** | | | | | **$95.00** |



## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT            8829** | | | | | |
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 27 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 39 | | | | |



Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025

Account Number: ▮▮▮▮ **9395**

00001678 DRI 802 219 09325 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



## Chase Business Complete Checking® and Chase Business Savings account customers: We're increasing the rush fee for replacement debit and ATM cards to $15.

Starting June 22, 2025, there will be a $15 fee if you request express shipping on a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

Access your replacement card sooner by adding it to your digital wallet.
- When you add your card to your digital wallet, you'll typically be able to use your replacement card once it's issued.
- For more information on how to add your card to your digital wallet, visit **chase.com/Digital-Payments**.

If you have any questions, please call the number on this statement. We're here to help.

## California privacy policy information for Chase business accounts

If you are a California resident, you may have rights under the California Consumer Privacy Act ("CCPA") if personal information was collected as part of your business account. Learn more by reviewing our CCPA Disclosure and Notice at Collection, available at **chase.com/privacy** or in the Chase Mobile®,[1] app in the Security & Privacy Center. Please note that the CCPA does not apply to personal information collected subject to certain other laws, including the Gramm-Leach-Bliley Act and the Fair Credit Reporting Act. For example, the CCPA does not apply to personal information we collect when you obtain products or services primarily for personal, family or household use. If you have any questions, call the number on this statement.

[1] **Chase Mobile® app is available for select mobile devices. Message and data rates may apply.**

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$47,175.77** |
| Deposits and Additions | 5 | 35,500.00 |
| Checks Paid | 1 | -10,500.00 |
| Electronic Withdrawals | 27 | -28,972.18 |
| Fees | 1 | -103.00 |
| **Ending Balance** | **34** | **$43,100.59** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/03 | Deposit    2125696932 | $8,600.00 |
| 03/17 | Deposit    2125646814 | 7,800.00 |
| 03/24 | Deposit    2125646818 | 7,300.00 |
| 03/31 | Deposit    2125646872 | 8,000.00 |
| 03/31 | Deposit    2125646869 | 3,800.00 |
| **Total Deposits and Additions** | | **$35,500.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 102  ^ | | 03/12 | $10,500.00 |
| **Total Checks Paid** | | | **$10,500.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/03 | Orig CO Name:American Express      Orig ID:9493560001 Desc Date:250303 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000025001335 Eed:250303   Ind ID:A0728 Ind Name:Santiago Quezada                                      Am Trn: 0625001335Tc | $885.14 |
| 03/03 | 03/03 Basic Online Payroll Payment 11162980693 To ########0965 | 300.00 |
| 03/04 | Orig CO Name:Instamed      Orig ID:9221883201 Desc Date:      CO Entry Descr:Health Inssec:CCD   Trace#:021000024016859 Eed:250304   Ind ID:021000021695557            Ind Name:El Tina Fish Market CO Trn: 0634016859Tc | 2,158.84 |
| 03/04 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000012892649 Eed:250304   Ind ID:000000124296188 Ind Name:Fset2503038550178 Trn: 0632892649Tc | 245.72 |
| 03/05 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:030525 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036015134893 Eed:250305   Ind ID:225546434707584            Ind Name:El Tina Fish Market IN Trn: 0645134893Tc | 1,181.62 |
| 03/06 | Orig CO Name:Westguard Ins CO      Orig ID:7232240321 Desc Date:      CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000013279222 Eed:250306   Ind ID:Elwc595485            Ind Name:El Tina Fish Market CO Trn: 0653279222Tc | 127.03 |
| 03/06 | 03/06 Basic Online Payroll Payment 11163454050 To ####0671 | 1,407.01 |
| 03/07 | 03/07 Basic Online Payroll Payment 11164660385 To ######8445 | 546.00 |
| 03/10 | 03/10 Basic Online Payroll Payment 11163899316 To ########0965 | 300.00 |
| 03/11 | Orig CO Name:Nys Dtf Wt      Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000017367776 Eed:250311   Ind ID:000000124745175 Ind Name:Fset2503108743336 Trn: 0707367776Tc | 245.72 |
| 03/12 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:031225 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036011678279 Eed:250312   Ind ID:225547165007974            Ind Name:El Tina Fish Market IN Trn: 0711678279Tc | 1,181.58 |
| 03/13 | 03/13 Basic Online Payroll Payment 11164380449 To ####0671 | 1,407.01 |





# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | 03/14 Basic Online Payroll Payment 11165479703 To ######8445 | 546.00 |
| 03/17 | 03/17 Basic Online Payroll Payment 11164767381 To #######0965 | 300.00 |
| 03/18 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000011514154 Eed:250318   Ind ID:000000125535936 Ind Name:Wtwl2503177395611 Trn: 0771514154Tc | 245.72 |
| 03/19 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:250318 CO Entry Descr:Cecony Sec:CCD   Trace#:021000025087087 Eed:250319   Ind ID:37921560001 Ind Name:Euros El Tina Rest. Lo Trn: 0785087087Tc | 2,530.47 |
| 03/19 | Orig CO Name:Irs              Orig ID:3387702000 Desc Date:031925 CO Entry Descr:Usataxpymtsec:CCD     Trace#:061036015175800 Eed:250319   Ind ID:270547824284526             Ind Name:El Tina Fish Market IN Trn: 0785175800Tc | 1,181.58 |
| 03/20 | Orig CO Name:Nys Dtf Sales      Orig ID:O146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014897719 Eed:250320   Ind ID:000000125895826 Ind Name:Sw2509251243 Trn: 0794897719Tc | 1,839.02 |
| 03/20 | 03/20 Basic Online Payroll Payment 11165208156 To ####0671 | 1,407.01 |
| 03/21 | 03/21 Basic Online Payroll Payment 11165474008 To ######8445 | 546.00 |
| 03/24 | 03/24 Basic Online Payroll Payment 11165595673 To #######0965 | 300.00 |
| 03/27 | Orig CO Name:Uticafirst         Orig ID:1150476540 Desc Date:250326 CO Entry Descr:Web Pay   Sec:CCD   Trace#:022000045792412 Eed:250327   Ind ID:Uticafirst              Ind Name:Santiago Quezada 8881234567 Trn: 0865792412Tc | 4,170.20 |
| 03/27 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000016244378 Eed:250327   Ind ID:000000126316863 Ind Name:Wpwl2503269525307 Trn: 0866244378Tc | 10.91 |
| 03/27 | 03/27 Basic Online Payroll Payment 11166013524 To ####0671 | 1,407.01 |
| 03/28 | 03/28 Basic Online Payroll Payment 11166206719 To ######8445 | 546.00 |
| 03/31 | Orig CO Name:Action Environme     Orig ID:1134000316 Desc Date:032825 CO Entry Descr:Bt0328   Sec:CCD   Trace#:072000092820265 Eed:250331   Ind ID:000000317465269 Ind Name:El Tina Fish Market CO Action Trn: 0902820265Tc | 3,656.59 |
| 03/31 | 03/31 Basic Online Payroll Payment 11166353808 To #######0965 | 300.00 |
| **Total Electronic Withdrawals** | | **$28,972.18** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Service Charges For The Month of February | $103.00 |
| **Total Fees** | | **$103.00** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/03 | $54,590.63 | 03/12 | 36,594.11 | 03/20 | 34,937.30 |
| 03/04 | 52,186.07 | 03/13 | 35,187.10 | 03/21 | 34,391.30 |
| 03/05 | 50,901.45 | 03/14 | 34,641.10 | 03/24 | 41,391.30 |
| 03/06 | 49,367.41 | 03/17 | 42,141.10 | 03/27 | 35,803.18 |
| 03/07 | 48,821.41 | 03/18 | 41,895.38 | 03/28 | 35,257.18 |
| 03/10 | 48,521.41 | 03/19 | 38,183.33 | 03/31 | 43,100.59 |
| 03/11 | 48,275.69 | | | | |



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $26.25 |
| **Total Service Charges** | **$121.25** Will be assessed on 4/3/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 5 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 20 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $35,500 | $25,000 | $10,500 | $0.0025 | $26.25 |
| **Subtotal Other Service Charges (Will be assessed on 4/3/25)** | | | | | **$121.25** |

| ACCOUNT ████████ 9395 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 5 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 20 | | | | |
| Branch Deposit - Immediate Verification | $35,500 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**





## IMAGES

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



009670070743 MAR 12 #0000000102 $10,500.00


This Page Intentionally Left Blank

# TD Bank

**America's Most Convenient Bank®**

Go paperless.
Scan the QR code to opt in to paperless statements.

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2628

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Mar 04 2025-Apr 03 2025 |
| Cust Ref #: | 5606-719-E-*** |
| Primary Account #: | 5606 |

## TD Business Premier Checking

EL TINA FISH MARKET CORP

Account # ████5606

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 14,952.41 | Average Collected Balance | 14,790.15 |
| Deposits | 11,878.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 10,195.74 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 31 |
| Ending Balance | 16,604.67 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

---

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | DEPOSIT | 1,200.00 |
| 03/14 | DEPOSIT | 1,500.00 |
| 03/17 | DEPOSIT | 1,500.00 |
| 03/21 | DEPOSIT | 1,200.00 |
| 03/24 | DEPOSIT | 2,300.00 |
| 03/25 | SBB MDEPOSIT | 632.00 |
| 03/25 | SBB MDEPOSIT | 246.00 |
| 03/28 | DEPOSIT | 1,500.00 |
| 04/01 | DEPOSIT | 1,800.00 |
| | Subtotal: | 11,878.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| 03/19 | CCD DEBIT, CON ED OF NY CECONY 34225000008 | 5,289.74 |
| 03/26 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| | Subtotal: | 10,195.74 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| **①** Ending Balance | | 16,604.67 |
| **②** Total Deposits | + | |
| **③** Sub Total | | |
| **④** Total Withdrawals | - | |
| **⑤** Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

EL TINA FISH MARKET CORP

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/03 | 14,952.41 | 03/24 | 14,909.67 |
| 03/07 | 16,152.41 | 03/25 | 15,787.67 |
| 03/12 | 13,699.41 | 03/26 | 13,334.67 |
| 03/14 | 15,199.41 | 03/28 | 14,834.67 |
| 03/17 | 16,699.41 | 04/01 | 16,634.67 |
| 03/19 | 11,409.67 | 04/03 | 16,604.67 |
| 03/21 | 12,609.67 | | |

**Please see important information on the back page**



America's Most Convenient Bank®

EL TINA FISH MARKET CORP

We're committed to keeping you informed when it comes to your banking and want you to know about upcoming changes to your TD Bank Business Deposit Account Agreement.

**TD Bank's Funds Availability Policy will be changing by July 1, 2025.**

When you deposit a check, we'll continue to make $100 available immediately and, typically, make the remaining funds available by the end of the first business day after we receive your deposit. **However, if a hold is placed on a check deposit, by July 1, you'll have access to more funds as follows:**

- **Today:** If a hold is applied, an additional $125 is available by the end of the first business day after we receive your deposit.
- **By July 1:** We'll increase the amount available to $175. This means, the first $275 of your deposit will be available by the end of the first business day after we receive your deposit.

**We'll also make more of your funds available for larger deposits:**

- **Today:** Typically, we make the first $5,525 of a day's total deposits available by the end of the first business day after we receive your deposit. Please see the TD Bank Business Deposit Account Agreement for details.

- **By July 1:** We'll increase that amount to $6,725.

**Questions?**
Visit any TD Bank or call us at **1-888-751-9000**. We're glad to help.

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender