UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | | Case 24-22431-SHL |
| SANTIAGO QUEZADA, SR. | | Chapter 11, Subchapter V |
| | Debtor | **COUNTER DESIGNATION** (Appellee) |

| ECF No. | Date Filed | Document Description |
|---|---|---|
| 31 | 12/23/2024 | Motion for Objection to Claim(s) Number: 6 |
| 34 | 01/07/2025 | Response to Motion *Response to Debtor's Objection to Claim #6 and Cross-Motion for Leave to File Said Claim After Claims Bar Date and to Allow Said Claim* |
| 35 | 01/07/2025 | Cross Motion to File Proof of Claim After Claims Bar Date, Cross Motion to Allow Claims |
| 36 | 01/07/2025 | Declaration *of Maria Jose Pizarro* |
| 36-1 | 01/07/2025 | Exhibit 1 - Dominican Real Property Public Record Search Results |
| 36-2 | 01/07/2025 | Exhibit 2 - Debtor's Counsel's 09/11/2024 Email to Maria of Bar Date Notice |
| 36-3 | 01/07/2025 | Exhibit 3 - Maria's 09/12/2024 Email to Debtor's Counsel Attaching her Proof of Claim |
| 36-4 | 01/07/2025 | Exhibit 4 - 09/19/2024 Confirmation of Pro Se Upload of Maria's Proof of Claim |
| 38 | 01/09/2025 | Supplemental Declaration *of Maria Jose Pizarro* |
| 38-1 | 01/09/2025 | Exhibit 5 - Description of Debtor's Dominican Real Estate |
| 38-2 | 01/09/2025 | Exhibit 6 - Claim #6 |
| 42 | 01/21/2025 | Reply to Motion |
| 43 | 01/21/2025 | Reply to Motion *in Support of Cross-Motion for Leave to file Claim #6 After Claims Bar Date and to Allow Said Claim* |

Dated: New York, NY
      April 21, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro