UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case 24-22431-SHL |
|---|---|
| SANTIAGO QUEZADA, SR. | Chapter 11, Subchapter V |
| Debtor | Re: ECF #75 |

## JOINDER TO MOTION TO DISMISS

Judgment creditor Maria Jose Pizarro joins in the United States Trustee's motion to dismiss. Her preference is § 1112(b) relief, specifically dismissal. She is leaving her § 1183(b)(2) motion on the calendar out of an abundance of caution, as alternative relief if § 1112(b) relief is denied. If the Court dismisses, she asks that a finding be made as to the debtor's willful failure to abide by the FRBP 2004 order (ECF #52) (no documents have been produced to date), so as to trigger application of 11 U.S.C. § 109(g)(1).

Dated: New York, NY
April 24, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Judgment Creditor Maria Jose Pizarro