**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Santiago Quezada, Sr.                     CASE NO.: 24−22431−shl
  aka   Quezada Santiago

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  11
xxx−xx−7173

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on March 31, 2025, document number 67, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 25−cv−2741 assigned to the Honorable Philip M. Halpern.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: April 25, 2025                     Vito Genna
                                          Clerk of the Court

In re:                                                                    Case No. 24-22431-shl

Santiago Quezada, Sr.                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: tranapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Santiago Quezada, Sr., 258 Rumsey Road, Yonkers, NY 10705-1530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Ehret A. Van Horn | on behalf of Creditor Rocket Mortgage  LLC ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com |
| Eric Michael Huebscher | ehuebscher@huebscherconsulting.com |
| Eric Michael Huebscher | on behalf of Trustee Eric Michael Huebscher ehuebscher@huebscherconsulting.com |
| Evan Brustein | on behalf of Unknown Maria Pizarro evan@brusteinlaw.com |
| Jeffrey Chubak | on behalf of Unknown Maria Pizarro jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |

Kathleen M. Aiello

on behalf of Trustee Eric Michael Huebscher KAiello@Klestadt.com

Norma E. Ortiz

on behalf of Unknown Ortiz & Ortiz  L.L.P email@ortizandortiz.com, nicolas@ortizandortiz.com;hello@ortizandortiz.com

Norma E. Ortiz

on behalf of Debtor Santiago Quezada  Sr. email@ortizandortiz.com, nicolas@ortizandortiz.com;hello@ortizandortiz.com

Rachael Siegel

on behalf of U.S. Trustee United States Trustee rachael.e.siegel@usdoj.gov

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV


TOTAL: 11