☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:     April 2025

Date report filed:     _____
MM / DD / YYYY

Line of Business:     Individual

NAISC code:     N/A

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:     Debtor

Original signature of responsible party     _____

Printed name of responsible party     Santiago Quezada Sr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 193,210.99

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 10,177,84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 32,213,83

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ - 22,035.99

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 171,175.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 792.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                  _____ 0

27. What is the number of employees as of the date of this monthly report?                      _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                         $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | **Actual** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,500.00 | − $ $10,177.84 | = $ - 677.84 |
| 33. **Cash disbursements** | $ 9,000.00 | − $ 32,213.83 | = $ - 23,213.83 |
| 34. **Net cash flow** | $ 500.00 | − $ - 22,035.99 | = $ 22,535.99 |

35. Total projected cash receipts for the next month:                                          $ 11,900.00

36. Total projected cash disbursements for the next month:                                   − $ 11,500.00

37. Total projected net cash flow for the next month:                                         = $ 400.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Exhibit C - Receipts

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 4/4/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 4/4/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 4/8/2025 | Social Security | SSA  Treas 310 | 120.00 | Chase DIP *0671 |
| 4/11/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 4/11/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 4/16/2025 | Social Security | SSA  Treas 310 | 2,380.00 | Chase DIP *0671 |
| 4/18/2025 | Payroll | El Tina Fish Mar Payroll | 1,407.01 | Chase DIP *0671 |
| 4/18/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |
| 4/25/2025 | Payroll | El Tina Fish Mar Payroll | 1407.01 | Chase DIP *0671 |
| 4/25/2025 | Payroll | 207th Street Lin Payroll | 512.45 | Chase DIP *0671 |

Total Receipts:  10,177.84

# Exhibit D - Disbursements

| Date | Description | To/From | Amount | Account |
|------|-------------|---------|--------|---------|
| 4/2/2025 | Personal Expense | Caridad Restaurant | 56.82 | Chase DIP *0671 |
| 4/3/2025 | Personal Expense | Dia Y Noche | 17.07 | Chase DIP *0671 |
| 4/3/2025 | Personal Expense | Caridad Restaurant | 49.38 | Chase DIP *0671 |
| 4/3/2025 | Personal Expense | Segovia Steakhouse | 154.31 | Chase DIP *0671 |
| 4/7/2025 | Travel Expense | BP | 49.44 | Chase DIP *0671 |
| 4/7/2025 | Personal Expense | Caridad Restaurant | 122.61 | Chase DIP *0671 |
| 4/7/2025 | Personal Expense | Caridad Restaurant | 134.27 | Chase DIP *0671 |
| 4/7/2025 | Utilities | Coned Bill Payment | 1,306.85 | Chase DIP *0671 |
| 4/9/2025 | Personal Expense | Caridad Restaurant | 119.29 | Chase DIP *0671 |
| 4/10/2025 | Personal Expense | Segovia Steakhouse | 169.73 | Chase DIP *0671 |
| 4/10/2025 | Personal Expense | Caridad Restaurant | 188.50 | Chase DIP *0671 |
| 4/11/2025 | Personal Expense | Shoprite | 301.04 | Chase DIP *0671 |
| 4/14/2025 | Medical | Jose Pharmacy & Surgic | 75.00 | Chase DIP *0671 |
| 4/14/2025 | Personal Expense | Caridad Restaurant | 103.08 | Chase DIP *0671 |
| 4/14/2025 | Personal Expense | Caridad Restaurant | 120.68 | Chase DIP *0671 |
| 4/14/2025 | Personal Expense | Segovia Steakhouse | 174.25 | Chase DIP *0671 |
| 4/15/2025 | Medical | Jose Pharmacy & Surgic | 70.00 | Chase DIP *0671 |
| 4/15/2025 | Tax Payment | Usataxpymt | 17,443.00 | Chase DIP *0671 |
| 4/16/2025 | Personal Expense | Caridad Restaurant | 102.10 | Chase DIP *0671 |
| 4/17/2025 | Travel Expense | BP | 53.65 | Chase DIP *0671 |
| 4/17/2025 | Personal Expense | Caridad Restaurant | 120.22 | Chase DIP *0671 |
| 4/17/2025 | Personal Expense | Segovia Steakhouse | 178.67 | Chase DIP *0671 |
| 4/17/2025 | Personal Expense | Dolce Novita | 208.25 | Chase DIP *0671 |
| 4/17/2025 | Utilities | Optimum | 399.16 | Chase DIP *0671 |
| 4/17/2025 | Auto Bill | Mercedes-Benz | 2,770.03 | Chase DIP *0671 |
| 4/18/2025 | Travel Expense | Parking | 0.70 | Chase DIP *0671 |
| 4/18/2025 | Travel Expense | Parking | 35.00 | Chase DIP *0671 |
| 4/21/2025 | Personal Expense | Caridad Restaurant | 138.62 | Chase DIP *0671 |
| 4/21/2025 | Personal Expense | Segovia Steakhouse | 163.21 | Chase DIP *0671 |
| 4/21/2025 | Personal Expense | Segovia Steakhouse | 201.72 | Chase DIP *0671 |
| 4/22/2025 | Utilities | Verizon Wireless | 424.36 | Chase DIP *0671 |
| 4/23/2025 | Personal Expense | Tomo Sushi | 40.79 | Chase DIP *0671 |
| 4/23/2025 | Personal Expense | Caridad Restaurant | 122.61 | Chase DIP *0671 |
| 4/23/2025 | Travel Expense | Delta Air | 1,214.79 | Chase DIP *0671 |
| 4/23/2025 | Travel Expense | Delta Air | 1,214.79 | Chase DIP *0671 |
| 4/23/2025 | Travel Expense | Delta Air | 1,214.79 | Chase DIP *0671 |
| 4/23/2025 | Travel Expense | Delta Air | 1,214.79 | Chase DIP *0671 |
| 4/24/2025 | Bank Fee | Wire Fee | 25.00 | Chase DIP *0671 |
| 4/24/2025 | Personal Expense | Segovia Steakhouse | 171.99 | Chase DIP *0671 |
| 4/24/2025 | Plan Fund payment (See ECF 10 ¶ 10) | Ortiz And Ortiz Llp Iola Trust Acc | 1,000.00 | Chase DIP *0671 |
| 4/28/2025 | Personal Expense | Caridad Restaurant | 148.42 | Chase DIP *0671 |
| 4/28/2025 | Personal Expense | Caridad Restaurant | 119.65 | Chase DIP *0671 |
| 4/28/2025 | Travel Expense | BP | 52.88 | Chase DIP *0671 |
| 4/28/2025 | Personal Expense | Segovia Steakhouse | 134.64 | Chase DIP *0671 |
| 4/30/2025 | Personal Expense | Pez Dorado | 85.13 | Chase DIP *0671 |
| 4/30/2025 | Bank Fee | Foreign Exchange Rate | 2.55 | Chase DIP *0671 |

Total Disbursements: 32,213.83

Exhibit E - Payables

| Date | Description | To/From | Amount |
|---|---|---|---|
| 10/27/24 | Barber | Son | $ 35.00 |
| 10/30/24 | Pharmacy copay | Son | $ 75.00 |
| 10/8/24 | Groceries | Son | $ 157.00 |
| 9/30/24 | Groceries | Son | $ 255.00 |
| 9/23/24 | Groceries | Son | $ 270.00 |
| | Total owed to son* | | $ 792.00 |

*Due to the closure of the DIP account, the Debtor's son paid for the above expenses. The Debtor intends to reimburse his son.

# Exhibit F – Escrow Accounts

**Ortiz & Ortiz is holding $11,000.00 in escrow account as of 04.30.2025, with an expected monthly increase of $1,000.00 per month

** Argilio Rodriguez Esq. is holding $55,000.00 in escrow account as of 04.30.2025, this amount is not expected to change



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 27, 2025 through April 24, 2025

Account Number:          0671



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00072471 DRE 802 089 11525 NNNNNNNNNNN  1 000000000 01

SANTIAGO QUEZADA
DEBTOR IN POSSESSION CASE # 24-22431
258 RUMSEY RD
YONKERS NY 10705-1530

## We've increased the amount we make available for certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your receipt will always show the date when your deposit is expected to be available.

For more details, including the reasons we may delay the full check deposit, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement which you can find at **chase.com/disclosures**.

If you have any questions, please call the number listed on this statement.

## We're increasing the rush fee for replacement debit and ATM cards

Starting June 22, 2025, a $15 fee will apply if you request express shipping of a replacement Chase debit or ATM card. Please know that you can still receive a replacement card at no cost through our regular mailing process.

**Access your replacement debit card sooner by adding it to your digital wallet**
- If your debit card is already in your digital wallet, you'll typically be able to use your replacement debit card once it's issued.
- If you haven't added your debit card to your digital wallet yet, we highly recommend doing so. You can add your debit card to your digital wallet in the Chase Mobile® app[1]. For more information, visit **chase.com/digital-payments**.

Special Note: If you have a Chase Private Client Checking℠, Chase Sapphire℠ Checking or Chase Private Client Savings℠ account, the rush shipping fee will not apply.

If you have any questions, please don't hesitate to call the number on this statement. We're here to help.

[1] **Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## Estamos incrementando el cargo de envío urgente para las tarjetas de débito y de cajero automático de reemplazo

A partir del 22 de junio de 2025, se aplicará un cargo de $15 si solicita el envío urgente de una tarjeta de débito o de cajero automático de reemplazo de Chase. Por favor, tenga en cuenta que aún puede recibir una tarjeta de reemplazo sin costo a través de nuestro proceso regular de envío por correo postal.

**Acceda antes a su tarjeta de débito de reemplazo agregándola a su billetera digital**
- Si su tarjeta de débito ya está en su billetera digital, por lo general podrá utilizar su tarjeta de débito de reemplazo una vez que sea emitida.
- Si aún no ha agregado su tarjeta de débito a su billetera digital, le recomendamos encarecidamente que lo haga. Puede agregar su tarjeta de débito a su billetera digital en la aplicación Chase Mobile®[1]. Para obtener más información, visite **chase.com/digital-payments**.

Nota especial: Si tiene una cuenta Chase Private Client Checking^SM, Chase Sapphire^SM Checking o Chase Private Client Savings^SM, no se aplicará el cargo por envío urgente.

Si tiene alguna pregunta, por favor, no dude en llamar al número que aparece en este estado de cuenta. Estamos a su disposición para ayudar.

^1 **La aplicación Chase Mobile**® está disponible para dispositivos móviles selectos. Pueden aplicarse cargos por mensajes y datos.

### Hemos incrementado la cantidad que ponemos a disposición para ciertos depósitos de cheque

A partir del 23 de marzo de 2025, en los casos en que el depósito total de su cheque no esté disponible el primer día hábil después de su depósito, la cantidad mínima que ponemos a disposición el primer día hábil después de que usted deposite un cheque incrementó de $225 a $275. Como recordatorio, su recibo siempre mostrará la fecha en la que se espera que su depósito esté disponible.

Para obtener más detalles, incluyendo los motivos por los que podemos demorar el depósito total de cheque, por favor, consulte nuestra Política de disponibilidad de fondos, en la Sección IV del Contrato de Cuenta de Depósito, que puede encontrar en **chase.com/disclosures**.

Si tiene alguna pregunta, llámenos al número que aparece en este estado de cuenta.

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---:|
| **Beginning Balance** | **$193,453.91** |
| Deposits and Additions | 10,177.84 |
| ATM & Debit Card Withdrawals | -10,835.16 |
| Electronic Withdrawals | -21,637.39 |
| Fees | -25.00 |
| **Ending Balance** | **$171,134.20** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| | **Beginning Balance** | | | **$193,453.91** |
| 03/27 | Card Purchase | 03/26 Caridad Restaurant - Br Bronx NY Card 2233 | -102.10 | 193,351.81 |
| 03/27 | Card Purchase | 03/26 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -66.08 | 193,285.73 |
| 03/28 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 194,692.74 |
| 03/28 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 195,205.19 |
| 03/28 | Card Purchase | 03/26 Segovia Steakhouse Little Ferry NJ Card 2233 | -206.13 | 194,999.06 |
| 03/28 | Card Purchase | 03/28 Shoprite Greewy Plza 914-376-5429 NY Card 2233 | -181.38 | 194,817.68 |
| 03/31 | Card Purchase | 03/28 Caridad Restaurant - Br Bronx NY Card 2233 | -136.77 | 194,680.91 |
| 03/31 | Card Purchase | 03/29 Segovia Steakhouse Little Ferry NJ Card 2233 | -134.53 | 194,546.38 |
| 04/02 | Card Purchase | 04/01 Caridad Restaurant - Br Bronx NY Card 2233 | -56.82 | 194,489.56 |
| 04/03 | Card Purchase | 04/02 Caridad Restaurant - Br Bronx NY Card 2233 | -49.38 | 194,440.18 |
| 04/03 | Card Purchase | 04/02 Dia Y Noche Yonkers NY Card 2233 | -17.07 | 194,423.11 |
| 04/03 | Card Purchase | 04/02 Segovia Steakhouse Little Ferry NJ Card 2233 | -154.31 | 194,268.80 |
| 04/04 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 195,675.81 |
| 04/04 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 196,188.26 |
| 04/07 | Card Purchase | 04/04 Caridad Restaurant - Br Bronx NY Card 2233 | -122.61 | 196,065.65 |
| 04/07 | Card Purchase | 04/05 Caridad Restaurant - Br Bronx NY Card 2233 | -134.27 | 195,931.38 |
| 04/07 | Card Purchase | 04/05 Bp#2141521A And A Manag Fort Lee NJ Card 2233 | -49.44 | 195,881.94 |
| 04/07 | Card Purchase | 04/06 Fsi*Coned Bill Paymen 800-752-6633 NY Card 2233 | -1,306.85 | 194,575.09 |




## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 04/08 | SSA Treas 310 Xxsoc Sec | PPD ID: 9101036669 | **120.00** | 194,695.09 |
| 04/09 | Card Purchase | 04/08 Caridad Restaurant - Br Bronx NY Card 2233 | -119.29 | 194,575.80 |
| 04/10 | Card Purchase | 04/09 Caridad Restaurant - Br Bronx NY Card 2233 | -188.50 | 194,387.30 |
| 04/10 | Card Purchase | 04/09 Segovia Steakhouse Little Ferry NJ Card 2233 | -169.73 | 194,217.57 |
| 04/11 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 195,624.58 |
| 04/11 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 196,137.03 |
| 04/11 | Card Purchase 2233 | 04/11 Shoprite Greewy Plza 914-376-5429 NY Card | -301.04 | 195,835.99 |
| 04/14 | Card Purchase | 04/11 Caridad Restaurant - Br Bronx NY Card 2233 | -120.68 | 195,715.31 |
| 04/14 | Card Purchase 2233 | 04/11 Jose Pharmacy & Surgic New York NY Card | -75.00 | 195,640.31 |
| 04/14 | Card Purchase | 04/12 Caridad Restaurant - Br Bronx NY Card 2233 | -103.08 | 195,537.23 |
| 04/14 | Card Purchase | 04/12 Segovia Steakhouse Little Ferry NJ Card 2233 | -174.25 | 195,362.98 |
| 04/15 | Card Purchase 2233 | 04/14 Jose Pharmacy & Surgic New York NY Card | -70.00 | 195,292.98 |
| 04/15 | Irs  Usataxpymt | PPD ID: 3387702000 | -17,443.00 | 177,849.98 |
| 04/16 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036030 | **2,380.00** | 180,229.98 |
| 04/16 | Card Purchase | 04/15 Caridad Restaurant - Br Bronx NY Card 2233 | -102.10 | 180,127.88 |
| 04/17 | Card Purchase | 04/15 Caridad Restaurant - Br Bronx NY Card 2233 | -120.22 | 180,007.66 |
| 04/17 | Recurring Card Purchase 04/17 Optimum 7803 718-860-3513 NY Card 2233 | | -399.16 | 179,608.50 |
| 04/17 | Card Purchase 2233 | 04/16 Bp#2141521A And A Manag Fort Lee NJ Card | -53.65 | 179,554.85 |
| 04/17 | Card Purchase | 04/16 Dolce Novita Moonachie NJ Card 2233 | -208.25 | 179,346.60 |
| 04/17 | Card Purchase | 04/16 Segovia Steakhouse Little Ferry NJ Card 2233 | -178.67 | 179,167.93 |
| 04/17 | 04/17 Online Payment 24104200337 To Mercedes-Benz | | -2,770.03 | 176,397.90 |
| 04/18 | El Tina Fish Mar Payroll | PPD ID: 9200502232 | **1,407.01** | 177,804.91 |
| 04/18 | 207th Street Lin Payroll | PPD ID: 9200502232 | **512.45** | 178,317.36 |
| 04/18 | Card Purchase 2233 | 04/17 Dof Parkingandcamera 212-639-9675 NY Card | -35.00 | 178,282.36 |
| 04/18 | Card Purchase 2233 | 04/17 Prkng&Cameratix Servf 212-639-9675 NY Card | -0.70 | 178,281.66 |
| 04/21 | Card Purchase | 04/18 Caridad Restaurant - Br Bronx NY Card 2233 | -138.62 | 178,143.04 |
| 04/21 | Card Purchase | 04/18 Segovia Steakhouse Little Ferry NJ Card 2233 | -201.72 | 177,941.32 |
| 04/21 | Card Purchase | 04/19 Segovia Steakhouse Little Ferry NJ Card 2233 | -163.21 | 177,778.11 |
| 04/22 | Verizon Wireless Payments | PPD ID: 7223344794 | -424.36 | 177,353.75 |
| 04/23 | Card Purchase | 04/22 Caridad Restaurant - Br Bronx NY Card 2233 | -122.61 | 177,231.14 |
| 04/23 | Card Purchase 2233 | 04/22 Delta Air  0062325898 800-2211212 CA Card | -1,214.79 | 176,016.35 |
| 04/23 | Card Purchase 2233 | 04/22 Delta Air  0062325898 800-2211212 CA Card | -1,214.79 | 174,801.56 |
| 04/23 | Card Purchase 2233 | 04/22 Delta Air  0062325898 800-2211212 CA Card | -1,214.79 | 173,586.77 |
| 04/23 | Card Purchase 2233 | 04/22 Delta Air  0062325898 800-2211212 CA Card | -1,214.79 | 172,371.98 |
| 04/23 | Card Purchase | 04/23 Tomo Sushi Yonkers NY Card 2233 | -40.79 | 172,331.19 |
| 04/24 | Card Purchase | 04/23 Segovia Steakhouse Little Ferry NJ Card 2233 | -171.99 | 172,159.20 |
| 04/24 | 04/24 Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Ortiz And Ortiz Llp Iola Trust Acc Astoria NY 11103 US Ref:/Bnf/Santiago Quezada Tustee Fees Imad: 0424Mmqfmp2N006698 Trn: 3057295114Es | | -1,000.00 | 171,159.20 |
| 04/24 | Online Domestic Wire Fee | | -25.00 | 171,134.20 |
| | **Ending Balance** | | | **$171,134.20** |


A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $12,097.30.  Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

All transactions | Spending summary

🔍 Search or filter

**Apr 28, 2025**

SEGOVIA STEAKHOUSE LITTLE FERRY NJ 04/26
$172,598.07                           -$134.64

BP#2141521A AND A MANAG FORT LEE NJ 04/26
$172,732.71                           -$52.88

CARIDAD RESTAURANT - BR BRONX NY 04/26
$172,785.59                          -$119.65

CARIDAD RESTAURANT - BR BRONX NY 04/25
$172,905.24                          -$148.42

**Apr 25, 2025**

207TH STREET LIN Payroll PPD ID: 9200502232
$173,053.66                           $512.45

EL TINA FISH MAR Payroll PPD ID: 9200502232
$172,541.21                         $1,407.01

**Apr 24, 2025**

ONLINE DOMESTIC WIRE FEE


← **TOTAL CHECKING ...0671**

**All transactions** | Spending summary

 Search or filter

---

May 02, 2025

207TH STREET LIN Payroll PPD ID: 9200502232
$174,429.85                              $512.45

---

EL TINA FISH MAR Payroll PPD ID: 9200502232
$173,917.40                            $1,407.01

---

Apr 30, 2025

FOREIGN EXCHANGE RATE ADJUSTMENT FEE
04/28RESTAURAN
$172,510.39                               -$2.55

---

RESTAURANT PEZ DORADO SANTIAGO 04/28 DO
Peso 5000.00 X 0.01702600 (EXCHG RTE)
$172,512.94                              -$85.13

---

Apr 28, 2025

SEGOVIA STEAKHOUSE LITTLE FERRY NJ 04/26
$172,598.07                             -$134.64

---

BP#2141521A AND A MANAG FORT LEE NJ 04/26
$172,732.71                              -$52.88



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2025 through April 30, 2025

Account Number: ████████ 8829



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00069384 DRE 802 219 12325 NNNNNNNNNNN  1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

## Check funds availability: We've increased your available funds on certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your deposit receipt will show the date when your deposit is expected to be available.

For more details, including the reasons why we may delay full check deposits, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have any questions, please call us at the number listed on this statement.

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$26,100.15** |
| Deposits and Additions | 24 | 3,119.59 |
| Electronic Withdrawals | 2 | -406.85 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **27** | **$28,717.89** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 04/02 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000014164454 Eed:250402 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0924164454Tc | CO Entry Ind ID:B194202 | | $11.45 |
| 04/03 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000017675796 Eed:250403 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0937675796Tc | CO Entry Ind ID:B194202 | | 398.82 |
| 04/04 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000016685927 Eed:250404 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0946685927Tc | CO Entry Ind ID:B194202 | | 71.00 |
| 04/07 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000019647235 Eed:250407 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0979647235Tc | CO Entry Ind ID:B194202 | | 296.60 |
| 04/07 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000018340039 Eed:250407 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0978340039Tc | CO Entry Ind ID:B194202 | | 134.39 |
| 04/07 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000017501072 Eed:250407 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0977501072Tc | CO Entry Ind ID:B194202 | | 102.15 |
| 04/08 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000011214285 Eed:250408 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0981214285Tc | CO Entry Ind ID:B194202 | | 75.66 |
| 04/09 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000014447394 Eed:250409 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 0994447394Tc | CO Entry Ind ID:B194202 | | 72.99 |
| 04/11 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000010882340 Eed:250411 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1010882340Tc | CO Entry Ind ID:B194202 | | 62.21 |
| 04/14 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000010781739 Eed:250414 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1040781739Tc | CO Entry Ind ID:B194202 | | 243.20 |
| 04/14 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000015224414 Eed:250414 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1045224414Tc | CO Entry Ind ID:B194202 | | 128.69 |
| 04/15 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000015356456 Eed:250415 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1055356456Tc | CO Entry Ind ID:B194202 | | 29.96 |
| 04/16 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000019131116 Eed:250416 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1069131116Tc | CO Entry Ind ID:B194202 | | 258.78 |
| 04/17 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000014253557 Eed:250417 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1074253557Tc | CO Entry Ind ID:B194202 | | 159.18 |
| 04/18 | Orig CO Name:Fis Ebt   Orig ID:1675060116 Desc Date: Descr:Nyotdaebt Sec:CCD   Trace#:091000013872577 Eed:250418 Ind Name:El Tina Fish Market CO Merchant Deposits Trn: 1083872577Tc | CO Entry Ind ID:B194202 | | 262.70 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000018532998 Eed:250421    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1118532998Tc | 318.07 |
| 04/21 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000014575411 Eed:250421    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1114575411Tc | 293.26 |
| 04/21 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000017504601 Eed:250421    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1117504601Tc | 25.20 |
| 04/22 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000011350767 Eed:250422    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1121350767Tc | 45.50 |
| 04/25 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000018631087 Eed:250425    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1158631087Tc | 21.25 |
| 04/28 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000016206051 Eed:250428    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1186206051Tc | 50.33 |
| 04/28 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000012335448 Eed:250428    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1182335448Tc | 33.40 |
| 04/28 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013481025 Eed:250428    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1183481025Tc | 8.80 |
| 04/30 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Nyotdaebt Sec:CCD    Trace#:091000013602389 Eed:250430    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Deposits Trn: 1203602389Tc | 16.00 |

**Total Deposits and Additions** **$3,119.59**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | Orig CO Name:Tax Bureau Servi        Orig ID:9200502236 Desc Date:250410 CO Entry<br>Descr:ACH Debit Sec:CCD    Trace#:021000021250137 Eed:250410    Ind ID:9025309981<br>Ind Name:El Tina Fish Market CO    Accounting Fees Trn: 1001250137Tc | $300.00 |
| 04/21 | Orig CO Name:Fis Ebt        Orig ID:1675060116 Desc Date:        CO Entry<br>Descr:Ebtmerfee Sec:CCD    Trace#:091000014392409 Eed:250421    Ind ID:B194202<br>Ind Name:El Tina Fish Market CO<br>Merchant Fees Nyotda Trn: 1114392409Tc | 106.85 |

**Total Electronic Withdrawals** **$406.85**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Service Charges For The Month of March | $95.00 |

**Total Fees** **$95.00**


## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/02 | $26,111.60 | 04/10 | 26,868.21 | 04/18 | 28,012.93 |
| 04/03 | 26,415.42 | 04/11 | 26,930.42 | 04/21 | 28,542.61 |
| 04/04 | 26,486.42 | 04/14 | 27,302.31 | 04/22 | 28,588.11 |
| 04/07 | 27,019.56 | 04/15 | 27,332.27 | 04/25 | 28,609.36 |
| 04/08 | 27,095.22 | 04/16 | 27,591.05 | 04/28 | 28,701.89 |
| 04/09 | 27,168.21 | 04/17 | 27,750.23 | 04/30 | 28,717.89 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 5/5/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 24 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 55 | 0 | 55 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 5/5/25)** | | | | | **$95.00** |

| ACCOUNT ███████ 8829 | | | | | |
|-------------|--------|---------|---------|------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 24 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 55 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.




**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00001642 DRI 802 219 12325 NNNNNNNNNNN   1 000000000 D2 0000

EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY 10034-2609

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



## Check funds availability: We've increased your available funds on certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your deposit receipt will show the date when your deposit is expected to be available.

For more details, including the reasons why we may delay full check deposits, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have any questions, please call us at the number listed on this statement.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$43,100.59** |
| Deposits and Additions | 6 | 42,100.00 |
| Checks Paid | 1 | -12,000.00 |
| Electronic Withdrawals | 30 | -26,316.25 |
| Fees | 1 | -121.25 |
| **Ending Balance** | **38** | **$46,763.09** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

# CHASE ◉

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/07 | Deposit    2141143805 | $7,500.00 |
| 04/07 | Deposit    2125646877 | 3,500.00 |
| 04/14 | Deposit    2141143809 | 7,200.00 |
| 04/21 | Deposit    2141143812 | 7,000.00 |
| 04/23 | Deposit    2141143817 | 8,900.00 |
| 04/28 | Deposit    2141143818 | 8,000.00 |
| **Total Deposits and Additions** | | **$42,100.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 87  ^ | | 04/17 | $12,000.00 |
| **Total Checks Paid** | | | **$12,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | Orig CO Name:Nys Dtf Wt       Orig ID:S146013200 Desc Date:       CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000011682144 Eed:250401   Ind ID:000000126497151   Ind Name:Wpwf2503319612587 Trn: 0911682144Tc | $183.52 |
| 04/01 | Orig CO Name:American Express       Orig ID:9493560001 Desc Date:250401 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000022196834 Eed:250401   Ind ID:A2632   Ind Name:Santiago Quezada                                         Am   Trn: 0912196834Tc | 1,264.95 |
| 04/02 | Orig CO Name:Instamed       Orig ID:9221883201 Desc Date:       CO Entry Descr:Health Inssec:CCD   Trace#:021000024767951 Eed:250402   Ind ID:021000025705783              Ind Name:El Tina Fish Market CO Trn: 0924767951Tc | 2,158.84 |
| 04/02 | Orig CO Name:Irs       Orig ID:3387702000 Desc Date:040225 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036017012065 Eed:250402   Ind ID:225549254961644              Ind Name:El Tina Fish Market IN Trn: 0927012065Tc | 850.52 |
| 04/03 | Orig CO Name:Westguard Ins CO       Orig ID:7232240321 Desc Date:       CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000017164726 Eed:250403   Ind ID:Elwc595485              Ind Name:El Tina Fish Market CO Trn: 0937164726Tc | 101.04 |
| 04/03 | 04/03 Basic Online Payroll Payment 11166769712 To ####0671 | 1,407.01 |
| 04/04 | 04/04 Basic Online Payroll Payment 11166992192 To #####8445 | 546.00 |
| 04/07 | 04/07 Basic Online Payroll Payment 11167167728 To ########0965 | 300.00 |
| 04/08 | Orig CO Name:Nys Dtf Wt       Orig ID:S146013200 Desc Date:       CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015288440 Eed:250408   Ind ID:000000126963404   Ind Name:Fswt2504079827822 Trn: 0985288440Tc | 183.52 |
| 04/09 | Orig CO Name:Irs       Orig ID:3387702000 Desc Date:040925 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036010204041 Eed:250409   Ind ID:225549924182806              Ind Name:El Tina Fish Market IN Trn: 0990204041Tc | 850.48 |
| 04/10 | 04/10 Basic Online Payroll Payment 11167707989 To ####0671 | 1,407.01 |
| 04/11 | 04/11 Basic Online Payroll Payment 11167940805 To #####8445 | 546.00 |
| 04/14 | 04/14 Basic Online Payroll Payment 11168094433 To ########0965 | 300.00 |
| 04/15 | Orig CO Name:Nys Dtf Wt       Orig ID:S146013200 Desc Date:       CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014660948 Eed:250415   Ind ID:000000127731731   Ind Name:Fswt2504140121870 Trn: 0914660948Tc | 183.52 |
| 04/16 | Orig CO Name:Irs       Orig ID:3387702000 Desc Date:041625 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036010217354 Eed:250416   Ind ID:225550610142425              Ind Name:El Tina Fish Market IN Trn: 1060217354Tc | 850.50 |

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | Orig CO Name:Nys Dtf CT         Orig ID:G146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000018427810 Eed:250416   Ind ID:000000127940486 Ind Name:Cl2502483833 Trn: 1068427810Tc | 33.00 |
| 04/16 | Orig CO Name:Nyc Dept of Fina        Orig ID:6136400434 Desc Date:250415 CO Entry Descr:Taxpaymentsec:PPD   Trace#:051000018396661 Eed:250416   Ind ID: Ind Name:Euros El Tina Rest Lou Trn: 1068396661Tc | 25.00 |
| 04/17 | Orig CO Name:Con Ed of NY        Orig ID:2462467002 Desc Date:250416 CO Entry Descr:Cecony   Sec:CCD   Trace#:021000022136493 Eed:250417   Ind ID:37921560001 Ind Name:Euros El Tina Rest. Lo Trn: 1072136493Tc | 1,444.67 |
| 04/17 | 04/17 Basic Online Payroll Payment 11168548227 To #####0671 | 1,407.01 |
| 04/18 | 04/18 Basic Online Payroll Payment 11168766005 To #####8445 | 546.00 |
| 04/21 | Orig CO Name:Nys Dtf Sales        Orig ID:O146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000014033412 Eed:250421   Ind ID:000000126760801 Ind Name:Sw2509725792 Trn: 1114033412Tc | 3,450.00 |
| 04/21 | 04/21 Basic Online Payroll Payment 11168932528 To ########0965 | 300.00 |
| 04/22 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000011314653 Eed:250422   Ind ID:000000128441927 Ind Name:Fswt2504210508913 Trn: 1121314653Tc | 183.52 |
| 04/23 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:042325 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036014892459 Eed:250423   Ind ID:225551364060127        Ind Name:El Tina Fish Market IN Trn: 1134892459Tc | 850.50 |
| 04/24 | 04/24 Basic Online Payroll Payment 11169408828 To #####0671 | 1,407.01 |
| 04/25 | 04/25 Basic Online Payroll Payment 11169618985 To #####8445 | 546.00 |
| 04/28 | 04/28 Basic Online Payroll Payment 11169743637 To ########0965 | 300.00 |
| 04/29 | Orig CO Name:Nys Dtf Wt        Orig ID:S146013200 Desc Date:        CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000017184345 Eed:250429   Ind ID:000000128719278 Ind Name:Fswt2504280840233 Trn: 1197118345Tc | 183.52 |
| 04/30 | Orig CO Name:Action Environme        Orig ID:1134000316 Desc Date:042925 CO Entry Descr:Bt0429   Sec:CCD   Trace#:072000094166611 Eed:250430   Ind ID:000000321901490 Ind Name:El Tina Fish Market CO Action Trn: 1204166611Tc | 3,656.59 |
| 04/30 | Orig CO Name:Irs        Orig ID:3387702000 Desc Date:043025 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036014710522 Eed:250430   Ind ID:225552045626142        Ind Name:El Tina Fish Market IN Trn: 1204710522Tc | 850.52 |
| **Total Electronic Withdrawals** | | **$26,316.25** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Service Charges For The Month of March | $121.25 |
| **Total Fees** | | **$121.25** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $41,652.12 | 04/08 | 46,983.94 | 04/15 | 50,896.93 |
| 04/02 | 38,642.76 | 04/09 | 46,133.46 | 04/16 | 49,988.43 |
| 04/03 | 37,013.46 | 04/10 | 44,726.45 | 04/17 | 35,136.75 |
| 04/04 | 36,467.46 | 04/11 | 44,180.45 | 04/18 | 34,590.75 |
| 04/07 | 47,167.46 | 04/14 | 51,080.45 | 04/21 | 37,840.75 |



## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/22 | 37,657.23 | 04/25 | 43,753.72 | 04/29 | 51,270.20 |
| 04/23 | 45,706.73 | 04/28 | 51,453.72 | 04/30 | 46,763.09 |
| 04/24 | 44,299.72 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $42.75 |
| **Total Service Charges** | **$137.75**  Will be assessed on 5/5/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 25 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $42,100 | $25,000 | $17,100 | $0.0025 | $42.75 |
| **Subtotal Other Service Charges (Will be assessed on 5/5/25)** | | | | | **$137.75** |

**ACCOUNT** ████ 9395

| DESCRIPTION | VOLUME |
|-------------|--------|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 6 |
| **Credits** | |
| Non-Electronic Transactions | 25 |
| Branch Deposit - Immediate Verification | $42,100 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**IMAGES**

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



 APR 17 #0000000087 $12,000.00


This Page Intentionally Left Blank

 
EL TINA FISH MARKET CORP
500 W 207TH ST
NEW YORK NY  10034-2628

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Apr 04 2025-May 03 2025 |
| Cust Ref #: | ⬛⬛5606-⬛⬛* |
| Primary Account #: | ⬛⬛⬛5606 |

## TD Business Premier Checking

EL TINA FISH MARKET CORP

Account # ⬛⬛5606

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,604.67 | Average Collected Balance | 17,843.37 |
| Deposits | 10,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 9,466.64 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 30 |
| Ending Balance | 17,608.03 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | DEPOSIT | 1,400.00 |
| 04/07 | DEPOSIT | 1,500.00 |
| 04/11 | DEPOSIT | 1,800.00 |
| 04/15 | DEPOSIT | 1,200.00 |
| 04/18 | DEPOSIT | 1,400.00 |
| 04/22 | DEPOSIT | 1,700.00 |
| 04/25 | DEPOSIT | 1,500.00 |
| | Subtotal: | 10,500.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| 04/17 | CCD DEBIT, CON ED OF NY CECONY 34225000008 | 4,560.64 |
| 04/23 | CCD DEBIT, SBA EIDL LOAN PAYMENT 0000 | 2,453.00 |
| | Subtotal: | 9,466.64 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 17,608.03 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

EL TINA FISH MARKET CORP

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/03 | 16,604.67 | 04/17 | 15,491.03 |
| 04/04 | 18,004.67 | 04/18 | 16,891.03 |
| 04/07 | 19,504.67 | 04/22 | 18,591.03 |
| 04/09 | 17,051.67 | 04/23 | 16,138.03 |
| 04/11 | 18,851.67 | 04/25 | 17,638.03 |
| 04/15 | 20,051.67 | 05/02 | 17,608.03 |

