24-22431 (SHL)

May 29, 2025

Hon. Sean H Lane
United States Bankruptcy Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601- 4140

FILED
2025 MAY 29 A 10: 53
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

Dear Judge,

My name is Santiago Quezada Jr, I am writing this letter on behalf of my father Santiago Quezada Sr. to oppose the dismissal of his bankruptcy case. My father was informed that earlier today there would be a hearing on his case. Since he does not speak English, he asked me to call in with him and I did. I have attached a phone record as Exhibit 1 showing that we were on the call.

Prior to the hearing I informed the Attorney, Norma Ortiz, that we would be joining and asked for a link. Exhibit 2 page 1. In her response se appeared to indicate that she would inform the court and tell you of the need for an interpreter. Exhibit 1 page 1 bottom. When I called in, I also sent an email to Norma Ortiz, to inform her that we were on the line. See Exhibit 2 page 2. That said, our line was muted, we were not allowed speak, and no one from the court was there to translate the proceedings for my father. The court never acknowledged our presence, which makes me think they did not know we were there. As we had already informed the court, Ms. Ortiz does not properly represent us, and we were prepared to inform the Court of our desire to move forward and our intent to be represented by new counsel. We were waiting for this hearing and for Ms. Ortiz to be relieved, so that he could take over.

Since the court made its decision without hearing from us or considering our position, we respectfully ask that the motion to dismiss be denied and that we be given the opportunity to be heard.

Sincerely,

Santiago Quezada, Sr.

Santiago Quezada, Jr.
Santiago Quezada, Jr.



EXHIBIT 1

Today

↗ Outgoing call 🆔          31s
9:54 AM

↗ Outgoing call 🆔          57s
9:56 AM

↗ Outgoing call 🆔      1h 14m 12s
9:57 AM

      

Video call        Message

EXHIBIT 2

**From:** S Q <quezadasantiago@gmail.com>
**Sent:** Tuesday, May 27, 2025 9:27 PM
**To:** Norma Ortiz <norma@ortizandortiz.com>
**Subject:**

Thanks just got the zoom link, not sure where to see the time for it?

---

**S Q** <quezadasantiago@gmail.com>                                    Tue, May 27, 2025 at 9:58 PM
To: Norma Ortiz <norma@ortizandortiz.com>
Cc: Brianna at Ortiz & Ortiz <brianna@ortizandortiz.com>

We scheduled a consultation after the meeting tomorrow, for June 5 with the new bankruptcy lawyer, as we thought that it was the way its done., after the judge grants your dismissal. Will just see what happens tomorrow      . Goodnight, I have to go sleep, kids have school tomorrow.

On Tue, May 27, 2025, 9:51 PM Norma Ortiz <norma@ortizandortiz.com> wrote:





**Norma E. Ortiz**

Ortiz & Ortiz, L.L.P. | 287 Park Ave. South, Ste. 337

New York, NY 10010 | Call or Text Norma at (718) 522-1117 | Fax (718) 596-1302

norma@ortizandortiz.com

---

**From:** S Q <quezadasantiago@gmail.com>
**Sent:** Tuesday, May 27, 2025 9:34 PM
**To:** Norma Ortiz <norma@ortizandortiz.com>
**Subject:** Re:

Got it, the way we understood is that it's after tomorrow that we needed to get a lawyer, not for tomorrow.

On Tue, May 27, 2025, 9:30 PM Norma Ortiz <norma@ortizandortiz.com> wrote:

If there is no lawyer, I think he may need an interpreter.



**Norma E. Ortiz**

Ortiz & Ortiz, L.L.P. | 287 Park Ave. South, Ste. 337

New York, NY 10010 | Call or Text Norma at (718) 522-1117 | Fax (718) 596-1302



**Subject:**

'Thanks just got the zoom link, not sure where to see the time for it?

📄 **Outlook-cid_image0.png**
9 KB

---

**S Q** <quezadasantiago@gmail.com>                     Wed, May 28, 2025 at 10:36 AM
To: Norma Ortiz <norma@ortizandortiz.com>

Hello, we are on the call, but i have to go soon, not sure how long until my dads case, can I leave him my phone to continue the call?

On Wed, May 28, 2025, 10:18 AM S Q <quezadasantiago@gmail.com> wrote:
Sorry the consultation is June 4 with Michael Schwartz.

On Wed, May 28, 2025, 10:05 AM S Q <quezadasantiago@gmail.com> wrote:
He won't be here today, we have a consultation on June 5.



.com> wrote:



📄 ████████ **image0.png**
9 KB

---

**S Q** <quezadasantiago@gmail.com>
To: Norma Ortiz <norma@ortizandortiz.com>

Wed, May 28, 2025 at 11:11 AM

We used the phone call to join the meeting, we weren't able to be heard. But we heard the conversation.

On Wed, May 28, 2025, 10:36 AM S Q <quezadasantiago@gmail.com> wrote:
Hello, we are on the call, but i have to go soon, not sure how long until my dads case, can I leave him my phone to continue the call?

On Wed, May 28, 2025, 10:18 AM S Q <quezadasantiago@gmail.com> wrote:
Sorry the consultation is June 4 with Michael Schwartz.

On Wed, May 28, 2025, 10:05 AM S Q <quezadasantiago@gmail.com> wrote:
He won't be here today, we have a consultation on June 5.

