UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re : Case No. 24-22431 (SHL)
:
SANTIAGO QUEZADA, SR., : (Chapter 11)
:
Debtor. : Subchapter V
:
----------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion of William K. Harrington, the United States Trustee for Region 2, to dismiss this Chapter 11 case (ECF No. 75) (the "**Motion**"); and the Court having determined notice of the Motion is sufficient; and the Court having held a hearing on May 28, 2025; ***and given the record in the case; and the Court having found that cause exists to dismiss this case under 11 U.S.C. § 1112(b) for all the reasons stated on the record at the hearing, including but not limited to the fact that the Debtor willfully failed to abide by the Court's order, entered February 27, 2025, granting Maria Jose Pizarro's Application for the FRBP 2004 examination entered February 27, 2025 (ECF No. 52), which had directed that Santiago Quezada, Sr. produce documents to creditor Maria Pizarro,*** ~~it having found that Santiago Quezada, Sr. willfully failed to abide by the Court's order, entered February 27, 2025, granting Maria Jose Pizarro's Application for the FRBP 2004 examination entered February 27, 2025 (ECF No. 52), which had directed that Santiago Quezada, Sr. produce documents to creditor Maria Pizarro; and upon the record of the case; and the Court having found cause exists to dismiss this case under 11 U.S.C. § 1112(b)~~, ***[SHL]*** it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtor's case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b).

Dated: June 9, 2025	*/s/ Sean H. Lane*
United States Bankruptcy Judge