**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Santiago Quezada, Sr.            CASE NO.: 24–22431–shl

 aka   Quezada Santiago

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 11
xxx–xx–7173

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 11 case.

Santiago Quezada, Sr. was dismissed from the case on June 9, 2025 .

Dated: June 9, 2025                                      Vito Genna
                                                                                        Clerk of the Court